UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-24253

DWAYNE WILSON, TYRONE HARRIS,
and GARY WHEELER, individually
and on behalf of those similarly situated,

    Plaintiffs,

vs.

RICKY DIXON, in his official capacity
as Secretary of the Department of Corrections,
FRANCISCO ACOSTA, in his official capacity
as Warden of Dade Correctional Institution, and
FLORIDA DEPARTMENT OF CORRECTIONS,
an agency of the State of Florida,

    Defendants.

_____

**NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF**

Plaintiffs hereby file this Notice of Entry of Parties Listed Into CM/ECF, to add Jason O'Steen (jason@osteenosteen.com) as the mediator in this matter.

Respectfully submitted,

Dante P. Trevisani
Florida Bar No. 72912
E-mail: *dtrevisani@floridausticeinstitute.org*
Ray Taseff
Florida Bar No. 352500
E-mail: rtaseff@floridajusticeinstitute.org
Andrew Udelsman
Florida Bar No. 1051696
E-mail: *audelsman@floridajusticeinstitute.org*
Florida Justice Institute, Inc.
40 NW 3rd St. Suite 200
Miami, FL 33128

            305-358-2081
            305-358-0910 (Fax)

         By: *s/Dante P. Trevisani*
            Dante P. Trevisani

         **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve it electronically on all counsel of record or pro se parties who are authorized to receive Notices of Electronic Filing.

         BY: /s/ *Dante P. Trevisani*
            Dante P. Trevisani