# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

## CASE NO. 1:24-cv-24253

DWAYNE WILSON, TYRONE HARRIS,
and GARY WHEELER, individually
and on behalf of those similarly situated,

     Plaintiffs,

vs.

RICKY DIXON, in his official capacity
as Secretary of the Department of Corrections,
FRANCISCO ACOSTA, in his official capacity
as Warden of Dade Correctional Institution, and
FLORIDA DEPARTMENT OF CORRECTIONS,
an agency of the State of Florida,

     Defendants.

_____

## Second Declaration of Stefano Schiavon, Ph.D.

    I, Stefano Schiavon, declare as follows:

## I.     Introduction

### A.  Background, Qualifications, and Experience

    1.    I am a Professor of Architecture and a Professor of Civil and Environmental Engineering at the University of California, Berkeley (hereafter "UC Berkeley") in Berkeley, California.  I joined UC Berkeley as a member of the faculty in 2011. A list of my work experience, training, and publications is contained in my curriculum vitae, attached hereto as **Exhibit A.**

    2.    Before my appointment at UC Berkeley, I was a Postdoctoral Scholar and Assistant Professional Researcher at UC Berkeley, where my research focused on Heating,

1

Ventilation and Air Conditioning ("HVAC") systems for commercial buildings. I received my Master of Science in Mechanical Engineering and my PhD in Energy Engineering from the University of Padua in Italy.

3.    My teaching covers a wide range of topics, including fundamental principles of energy flows in buildings, thermal properties of building materials, thermal comfort, solar geometry, passive solar design, passive cooling, daylighting, indoor air quality, acoustics, renewable applied to buildings, and mechanical and electrical lighting. I teach graduate seminars on Heating, Ventilation, and Air Conditioning ("HVAC"), research methods, building energy and performance simulations, and indoor environmental quality measurement and modeling.

4.    My research focuses on finding ways to reduce energy consumption in buildings while improving occupant health, well-being, and performance. We spend most of our time inside buildings, whose environments substantially affect our health, well-being, and job/learning performance. My research focuses on sustainable building design; building energy efficiency; indoor environment quality; well-being; thermal comfort; indoor air quality; mechanical systems; lighting, post occupancy evaluation; energy simulation; building standards and codes; heat; and window view quality.

5.    I am the Associate Director of the Center for Environmental Design Research (CEDR) and the Associate Director for Research of the Center for the Built Environment (cbe.berkeley.edu), which is one of the CEDR research centers. The Center for the Built Environment is a National Science Foundation Industry/University Cooperative Research Center. Its mission is to improve the design and operation of buildings to assure high performance and quality for their occupants and owners. It is a research collaboration between

UC Berkeley and its contributing Industry Partners. CBE currently has ~50 Industry Partners representing architecture and engineering firms, building owners, facility managers, manufacturers, utilities, and government agencies. CBE's primary work emphasizes evaluating and improving the environmental quality of buildings, testing new technologies for increasing occupant well-being, and reducing the energy used by buildings and their environmental control systems. In addition to the significant research programs developed under CBE's umbrella, it is also a forum for information exchange in a cooperative environment. CBE's activities include research, building evaluation and benchmarking studies, standards participation, publishing a newsletter and website for technology transfer, and semi-annual meetings with 120-150 people attending. I am one of the three active faculty in the center; I lead the research enterprise.

6.     I have published 122 peer-reviewed scientific articles in international journals, 94 peer-reviewed papers or extended abstracts in conference proceedings, 2 editorials and 3 book chapters.  I serve on the editorial boards of *Energy and Building* and *Building and Environment*, two of the top-tier journals in the architectural, engineering, and construction industry. Many of these papers relate to thermal comfort, indoor air quality, and HVAC systems.  I have a Google citation rate of 14076 and an h-index of 59, placing me among the top ranked faculty in the field of architectural engineering, thermal comfort and heat globally. Among my papers, there are contributions on developing new thermal comfort models, assessing accuracy of the most commonly used metric for thermal comfort indoor, a literature review for assessing indoor environmental quality (noise, light, thermal and acoustics), a model to predict the clothing insulations, several assessment of thermal environment and indoor air quality in hot and humid climates, the estimation of humidity-dependent temperature thresholds during heatwaves, modeling the effect of solar radiation on people, the physiological effect of

heat exposure, the assessment of passive and low-energy strategies to improve sleep thermal comfort during heat waves and cold snaps and personal exposure to heat. I am one of the top global top experts on the effect of air movement generated by fans.

7.      I have led the development of software designed to estimate thermal comfort, heat stress and perform climate analysis. The CBE Thermal Comfort Tool is a free online tool for thermal comfort calculations and visualizations that implements thermal comfort and heat stress calculations from national and international standards. It incorporates the major thermal models, including the ASHRAE and ISO Predicted Mean Vote (PMV), Standard Effective Temperature (SET), adaptive models, local discomfort models, dynamic predictive clothing insulation and Predicted Heat Strain. The CBE Thermal Comfort Tool provides results compliant with ASHRAE 55-2023. It can be freely accessed at comfort.cbe.berkeley.edu. The CBE Clima Tool is a web-based application built to support climate analysis, specifically designed to support the need of architects and engineers interested in climate-adapted design. It allows users to analyze the climate data of more than 27,500 locations worldwide. It furthermore calculates several climate-related values (i.e. solar azimuth and altitude, Universal Thermal Climate Index (UTCI), comfort indices, etc.). It can be freely accessed at clima.cbe.berkeley.edu. I co-authored the Python library *Pythermalcomfort*. It is a comprehensive toolkit for calculating thermal comfort indices, heat/cold stress metrics, and thermophysiological responses based on international standards and peer-reviewed research. Designed for researchers, engineers, and building-science professionals, it simplifies complex calculations while promoting accuracy and standards compliance. It can be freely accessed at https://pypi.org/project/pythermalcomfort/. It includes models for Heat Index, Discomfort Index, Humidex, ASHRAE and ISO Predicted Mean Vote (PMV), Standard Effective

Temperature (SET), Predicted Heat Strain Index, Physiological Equivalent Temperature (PET), Universal Thermal Climate Index (UTCI), and Wet Bulb Globe Temperature Index (WBGT).

8.      My work has been featured on media outlets including the Washington Post, the Wall Street Journal, NPR, Time, CNN, Forbes, The Atlantic, USA Today, Newsweek, The Associated Press, The Boston Globe, ArchDaily and Architectural Record.

9.      I have won four Best Paper Awards from the leading journal *Building and Environment*, the 2017 Faculty Award for Excellence in Postdoctoral Mentoring from the Berkeley Postdoctoral Association, and the Ralph G. Nevins Physiology and Human Environment Award 2013 from the American Society of Heating, Refrigeration and Air Conditioning Engineers ("ASHRAE").  I also won the 2010 Young Scientist Award from the European Federation of Heating Ventilation and Air Conditioning Associations ("REHVA") for outstanding research work by a researcher under 35 years of age.

10.     I was a Technical Advisory Group (TAG) member for the World Health Organization (Department of Environment, Climate Change, and Health), the World Meteorological Organization, and the Global Heat Health Information Network on "Informing decision-making about indoor heat risks to human health." This work contributed to the update of the WHO fact sheet for heat and health published in May 2024 (https://www.who.int/news-room/fact-sheets/detail/climate-change-heat-and-health).

11.     I am a member of the "Extreme Heat Work Group" of the International Code Council (ICC) to develop a maximum temperature limit for all building types covered by ICC. The ICC model codes have a large influence on the building sector in the US because they provide standardized, comprehensive, and up-to-date guidelines for building safety, sustainability, and performance.

12.     Because my research focuses on design and assessing real-life built environment, it necessarily intersects with the rules and regulations governing building construction. My work requires deep knowledge of standards for heating, ventilation, and air conditioning inside buildings, as well as other aspects of environmental health in buildings. For more than a decade, I have extensively studied, used, and/or worked to improve a wide range of building standards. Indeed, a meaningful portion of my professional work is dedicated to improving building standards to reflect modern research on indoor environmental quality. I focus my efforts on the professional society ASHRAE. For over a decade, I have been a non-voting member of the technical committee responsible for ASHRAE Standard 55, which specifies conditions for acceptable thermal environments. I was a founding member and a voting member of the ASHRAE committee developing ASHRAE Standard 216, which specifies testing methods for determining application data for overhead circulator fans (i.e., ceiling fans).

13.     Many substantial changes to ASHRAE Standard 55 have been made based on my group research results and the amendments I helped to develop. For example, I led the development and implementation of a dynamic clothing insulation model. The model predicts clothing insulation levels based on outdoor temperature levels (an input to thermal comfort modeling). This model has now been implemented in the standard.

14.     I was retained by Plaintiffs' counsel to provide expert opinions on how to evaluate the heat index and air quality at Dade Correctional Institution (Dade CI). I have been retained at an hourly rate of $445 an hour for general consulting, site visit, record review, and report/declaration drafting, $320 per hour for travel time, and $530 per hour for deposition, hearing, or trial testimony. My compensation is not dependent in any way on the outcome of

this matter or on the substance of my findings and conclusions. The matters set forth are my independent opinions, based on my personal and professional knowledge. If called as a witness to testify, I could and would testify competently.

15.     The opinions contained in this declaration are based on my training, professional experience, and familiarity with the literature on the subjects of heat, indoor thermal conditions, building performance simulation, indoor environmental quality assessment, the effect of outdoor thermal environment indoor, indoor air quality and human response to the thermal environment.

16.     In the past four years, I have served as an expert witness writing a report and by deposition in one case: *National Fire Protection Association, Inc. v. UpCodes Inc., Scott Reynolds and Garrett Reynolds*, Case No. 2:21-cv-05262-SPG-E.  I have not served as an expert witness in any trial or court hearing.

### B.  Materials Reviewed

17.     For purposes of this declaration, I have reviewed the following:

a.   Sworn declaration of Timothy Jones;

b.   Map from Google Maps of the dormitories at Dade Correctional Institution (Dade CI);

c.   Additional images of Dade CI from Google Maps and Google Earth;

d.   Chart of the highest daily heat index recorded at Homestead Airforce Base (Homestead AFB) from May-September of 2023;

e.   Amended declaration of Timothy Jones;

f.   The class action Complaint in this case;

g.   Data Files Downloaded from Hobo Devices Installed at Dade CI Dormitories.

Dates of files are June 5, 2025, July 18, 2025, July 28, 2025, September 5, 2025, and October 3, 2025;

h.   Hobo device location and file key;

i.   Dade CI map with dorm notations (PLS 0003000)

j.   Pictures of the locations of the sensors within Dade CI;

k.   Data showing outdoor temperatures recorded at Homestead Airforce Base from May 2-August 7 2025;

l.   2025-02-07 FDC Answers to Interrogatories (PLS002059);

m.   2025-05-13 Amended FDC Answers to Interrogatories (PLS002074);

n.   2025-07-18 Department's Amended Rog Response (PLS002095-002099)

o.   2025-07-30 FDC Responses to Tyrone Harris Interrogatories (PLS002100-002111)

p.   Air Flow Test Document 2022 (FDC_000010371)

q.   602.060 Seasonal Preparedness Effective 2024 (FDC_000007955)

r.   Air Flow Test Documents 2024 (FDC_000002329)

s.   Upper Level Floor Plan (FDC_000020414)

t.   Exhaust/Ventilation Work Order List - 2020-2025 (FDC_000010383)

u.   Maps, diagrams, and plans of Dade CI dormitories (FDC_000391810 – 000391834)

v.   Rothfusz, Lans P. 1990. The Heat Index "Equation". SR 90-23. NWS Southern Region Headquarters, Fort Worth, TX.

w.   Blazejczyk, Krzysztof, Yoram Epstein, Gerd Jendritzky, Henning Staiger, and Birger Tinz. 2012. "Comparison of UTCI to Selected Thermal Indices."

International Journal of Biometeorology 56 (3): 515–35. https://doi.org/ 10.1007/s00484-011-0453-2.

x.   Meade, Robert D., Ashley P. Akerman, Sean R. Notley, Nathalie V. Kirby, Ronald J. Sigal, and Glen P. Kenny. 2024. "Effects of Daylong Exposure to Indoor Overheating on Thermal and Cardiovascular Strain in Older Adults: A Randomized Crossover Trial." Environmental Health Perspectives 132 (2): 027003. https://doi.org/10.1289/EHP13159.

y.   Tartarini, Federico, and Stefano Schiavon. 2020. "Pythermalcomfort: A Python Package for Thermal Comfort Research." SoftwareX 12 (July): 100578. https://doi.org/10.1016/j.softx.2020.100578.

z.   Tartarini, Federico, Stefano Schiavon, Ollie Jay, Edward Arens, and Charlie Huizenga. 2021. "Application of Gagge's Energy Balance Model to Determine Humidity-Dependent Temperature Thresholds for Healthy Adults Using Electric Fans during Heatwaves." Building and Environment 207 (October): 108437. https://doi.org/10.1016/j.buildenv.2021.108437.

18.   On April 22, 2025, I conducted a site visit at Dade CI.  During this visit, I walked through and viewed each wing of the following prisoner dorms:  A, B, C, D, E, F, G, H.  Dorms A through E are open-bay dorms, meaning the prisoners sleep in bunkbeds in one large room. Dorms A through E have two wings each. Dorms F, G, and H are two-story units that have rows of two-person cells with metal doors. Dorms F, G, and H have three wings each.  In total, I visited 19 wings and I was able to view and feel the effects of the exhaust systems, ceiling fans, and caged fans within each.

19.   The ceiling fans were small, approximately 48-60 inch in diameter, so not

sufficient to cover the needed large area. Because they are undersized, they do not produce enough air movement to provide homogenous coverage and effectiveness. The caged fans were around 30 inch, and located closer to people, but they do not blow any air into the individual cells within F, G, and H dorms. The exhaust systems appeared to be functioning at varying capacities. In some dorms, I could feel them drawing out some air. In other dorms, I could barely feel the exhaust system working at all.

20.     In this report, I will refer to Dorms and Wings with a letter followed by a number. For example, "H-2" would be H Dorm, Wing 2. In some cases, I will spell them out fully.

21.     All my opinions and conclusions are rendered to a reasonable degree of scientific certainty. I reserve the right to supplement this declaration and to refine my opinion, or develop additional opinions, based on additional information that may become available to me.

## C.  Summary of My Opinions

22.     As I predicted in my previous Declaration, the data collected during the summer of 2025 confirm that many factors affect the heat index within the dormitories at Dade CI.

23.     The data conclusively demonstrate that the prisoner dormitories at Dade CI were persistently hot throughout the monitoring period (I analyzed data from May 23 to October 3, 2025). Across all locations, the heat index exceeded the 88°F threshold 97% of the time. In some locations, the heat index exceeded the 88°F threshold 100% of the time. Even in the least-hot location, the heat index exceeded that threshold 87% of the time.

24.     The 88°F threshold was chosen in consultation with Dr. Susi Vassallo, who

asserts that the risk to human health increases dramatically at that threshold.[1] I have also provided thresholds in 5°F increments above 88°F to demonstrate the spread of the heat index data at Dade CI.

25.     The median heat index across all monitored locations was 98.3°F. The maximum heat index was 119.4°F.

26.     The peak indexes usually occurred at night in Dorms F, G and H, between 9:00 p.m. and midnight. They usually occurred in the early afternoons in Dorms A, B, C, D and E.

27.     During the three-day period in which heat index was monitored in individual cells within F, G, and H dorms, the heat index in all three cells exceeded the 93°F threshold 100% of the time.  In the cell within F Dorm, the heat index exceeded the 98°F threshold 100% of the time, and it exceeded the 103°F threshold 50% of the time.

28.     In all dorms, the heat index remained above the 88°F threshold for many consecutive hours and days. In F-1, for example, the heat index did not drop below 88°F for 2,888 consecutive hours (more than 120 days).

29.     There were also long periods of time when the heat index exceeded 108°F. For example, in H-2, there was a period in July when the heat index did not drop below 108°F for 34 consecutive hours.

30.     At every location, it was usually hotter inside the prison than it was outside. This was particularly true in Dorms F, G, and H. In H-2, for example, the heat index inside the dorm exceeded the heat index outside 93.1% of the time. Overall, across all wings of all dorms, the

---

[1] Other researchers have proposed lower thresholds at which the heat poses danger to human health. A 2024 study from a prominent thermal physiologist research group lead by prof. Glen Kenny concluded that 26°C (79°F) was the "indoor temperature upper limit" for protecting vulnerable occupants from overheating. In their experiment the relative humidity was 45% and the relative heat index was equal to ~26°C (~79°F). *See* Meade, Robert D., Ashley P. Akerman, Sean R. Notley, Nathalie V. Kirby, Ronald J. Sigal, and Glen P. Kenny. 2024. "Effects of Daylong Exposure to Indoor Overheating on Thermal and Cardiovascular Strain in Older Adults: A Randomized Crossover Trial." Environmental Health Perspectives 132 (2): 027003. https://doi.org/10.1289/EHP13159.

indoor heat index exceeded the outdoor heat index 79.6% of the time.

31.     The existing mechanical systems at Dade CI are unable to lower the heat index to levels consistently below 88°F.

## II.     ANALYSIS: THE HEAT INDEX AT DADE CI

32.     Heat stress is a major health concern in indoor environments. The heat index is a metric that combines air temperature and humidity. It is used to estimate human heat stress.

33.     While useful, the heat index has several important limitations. First, the heat index is based on the assumption that people are exposed to air movement equal to 5 knots (~2.5 m/s).[2] This is not the case in the cells of dorms F, G and H. I was unable to perform air speed measurements, but based on my professional judgement, I doubt that the average air speed at which inmates are consistently exposed is equal to 2.5 m/s even in areas that use fans. In such locations, prisoners will be exposed to higher heat stress than suggested by the heat index. Second, the heat index is an instantaneous measure and does not account for cumulative heat exposure. Scientific evidence suggests that prolonged heat exposure over several days can have negative health effects.

### A.  General Observations of Dade CI

34.     Dade CI is located at a latitude of ~25°N of the equator. It is classified according to the Köppen–Geiger climate zone as Aw, meaning tropical wet and dry. It is close to zone Am (tropical monsoon). July and August are usually the hottest months. In that climate, even a well-ventilated building would not be able to create comfortable conditions during the summer months.

---

[2] Rothfusz, Lans P. "The Heat Index 'Equation' (or, More Than You Ever Wanted to Know About Heat Index)." NWS Southern Region Headquarters, Fort Worth, TX, July 1, 1990.

35.    Based on Google Map and Google Earth images and my own observations at Dade CI, there are no large trees, windows shading devices, or other large structures that would shield the dormitories from the sun's radiation. Moreover, according to the drawings I review, it appears that there is no insulation on the walls. Thus, the dormitories will absorb the sun's radiation through the walls and roof throughout the day. This solar radiation will raise the air temperatures (and therefore heat index) within the dormitories. Solar radiation heats indoor surfaces, raising their temperatures above the air. Neither our measurements nor the heat index fully capture this radiant load. When surface temperatures exceed the air temperature, inmates experience greater heat stress than the heat index indicates.

36.    Apart from solar radiation, outside temperature, and humidity, the indoor heat index is further increased by the internal heat gains of people, lights, appliances/equipment (TVs, tablets, CPAP machines, Securus kiosk, etc.) and motors.

37.    Sensible heat is transferred directly to the dorm through conduction, convection, or radiation. Latent heat is gained when moisture is added to the dorm from humans (breathing and sweating) and from equipment that produce water vapor, like showers. Sensible heat released to the space via convection warms the air instantaneously, while radiant heat is mediated by the thermal mass.

38.    People are significant sources of both sensible and latent heat gain. I visited 8 prisoner dorms at Dade CI: A, B, C, D, E, F, G, and H. I understand that Dorms A through E have two wings each with a capacity of approximately 70-80 people per wing (140-160 people per building). Dorms F through H have 3 wings each, with a capacity of 86 people per wing (258 people per building). Such a large number of people amounts to a major heat load, particularly in a small, confined area like the dorms Dade CI.

39.     In dorms A through E, a communal bathroom and shower area is adjacent to the part of the dorm where the bunk beds are.  There are approximately six showers.  In dorms F through H, there are eight one-person shower stalls (four on the first tier and four on the second tier). I noticed that some showers had a sign listing them as cold; I assume that the other showers are hot.  The result of this setup is that hot steam from the showers will increase the temperature and humidity within the dorms.

40.     There is no air conditioning in the prisoner dormitories at Dade CI. The dormitories have exhaust systems that are designed to draw air in through the windows, and push air out through exhaust vents in the ceiling. No ventilation system of this type would be able to consistently lower the heat index to or below the heat index outside; Only the use of air conditioning could reliably and consistently keep the heat index inside below 88°F.

41.     The ventilation systems (both supply and exhaust) at Dade CI  are unable to provide heat index below 88°F. During my visit, some of the exhaust fans seemed to be operating at a reduced capacity given that they were not producing noticeable air flow. Moreover, according to the Exhaust/Ventilation Work Order List from 2020-2025 (FDC_000010383), the fans frequently break.

42.     In Dorms F, G, and H, I was permitted to enter individual cells, but I was prohibited from bringing my sensors inside. The cells in F and G have windows that are three feet in width and approximately five inches in height (the vented area). The openings are covered by a stainless steel security screen (perforated metal plate) with holes approximately the size of a pencil head.  The cells in H Dorm do not have windows. Instead, they have rectangular metal plates, roughly six by eight inches, that are perforated with holes. There is a piece of metal on the outside of most windows, which blocks much of the air that would come

in through the wind and airflow is only based on pressure difference caused by exhaust fans. Overall, the tiny window-like openings in F, G, and H are insufficient to provide sufficient cooling.

43.     In Dorms F, G, and H, the exhaust vents are located in the ceilings of the corridors. Given that the window-like openings are in the cells, the flow of air from the windows to the exhaust vents can be impeded by the solid metal doors to each cell. When those doors are closed, additional resistance is created and less air will circulate from the outdoors.

44.     In dorms F through H, I entered a cell, closed the door, and spent several minutes inside. I could not test the heat index or $CO_2$ level, because FDC prohibited me from bringing my equipment inside the cells. I tried to feel the air flow from the window and the vent above the toilet, but the flow was very weak. To confirm the lack of air flow, I wet my finger (to increase sensitivity to air speed) and assessed if I could detect any air movement.

45.     Airflow measurements inside the cells of dorms F through H will likely vary depending on whether the cell doors are open or closed, and also on the status of other openings (for example, windows or vents to the outside, or food passes to the corridor).

46.     In dorms F through H in particular, I experienced the caustic smell of smoke. This is concerning because I was not able to identify a source of combustion and smoking and burning should not happen indoors.

**B. Data**

47.     I have analyzed data from 31 sensors that were installed throughout the prison. Twenty-four sensors were HOBO MX1101 loggers, which measure temperature and relative humidity. The remaining seven sensors were HOBO MX 1102A loggers, which measure temperature, relative humidity, and $CO_2$. Both are produced by the USA based Onset (now part

15

of Li-Cor), a well-known and respected brand in the field with more than 40 years of experience.

48.     I am familiar with both types of HOBO loggers. I have worked with them in the past and found them to be accurate and reliable. I have published papers in scientific journals based on data collected from these types of sensors. The MX1101 have a rated temperature measurement range of -4° to 158°F, an accuracy of ±0.38°F from 32° to 122°F and a relative humidity range of 1% to 90% and an accuracy of ±2% from 20% to 80% typical to a maximum of ±4.5%; below 20% and above 80% ±6% typical. The MX1102A have the same temperature and RH performance of MX1101 and a CO2 range of 0 to 5000 ppm and an accuracy of ±50 ppm ±5% of reading in standard operating conditions. All the sensors were new when installed in the prison.

49.     The HOBO loggers recorded indoor environmental conditions at five-minute intervals. From temperature and relative humidity data, the heat index (°F) was calculated and categorized using the _pythermalcomfort_ 3.6.1 Python library,[3] which implements the Rothfusz regression formula adopted by the U.S. National Weather Service.[4]

50.     I viewed pictures of the locations where the HOBO data sensors were installed throughout the prison. Twenty-eight sensors recorded continuously throughout the summer, from May 23 through October 3, 2025. In Dorms A through E, one sensor was placed in each wing on a central column in the middle of the dorm, roughly 8 feet above the ground. In Dorms F through H, two sensors were installed in each wing. One sensor was placed in the dayroom on the wall to the right upon entering each wing, approximately 8 to 10 feet off the ground—

---

[3] Tartarini, F., Schiavon, S. (2020), "pythermalcomfort: A Python package for thermal comfort research," SoftwareX 12, 100578, https://doi.org/10.1016/j.softx.2020.100578.

[4] Rothfusz, L.P. (1990) The Heat Index Equation. National Weather Service Technical Attachment (SR 90-23).

this sensor is referred to as "Dayroom." The other sensor was placed roughly in the middle of the first-floor hallway, on the right side of the hall when facing into the dorm, near cell 119, about 7 feet off the ground—this one is referred to as "Hallway." Each sensor was enclosed and locked in a plastic lock box. In my opinion, they were placed in locations that would adequately and accurately capture the heat index within the dorms.

51.     For the remaining three sensors, my understanding is that they were placed in Cell 1214 of F-1, Cell 2222 of G-2, and Cell 3222 of H-3. They remained in those cells for approximately 72 hours, from approximately 12:30 pm on July 18 through approximately 3:00pm on July 21. My understanding is that the doors on these cells were operated in the same manner as the rest of the doors on the wing; that is, they were open when other cell doors were open and closed when other cell doors were closed.

52.     Each device is identified by a unique label, logger number, device number, and a description of the device's precise location within the buildings. A log of each sensor and the corresponding location is included in the Appendix to this report.

### C. Results

#### i.  Data from Sensors in the Dormitories

53.     As noted above, a total of 28 sensors were installed in the dormitories from May 23 through October 3. All but one of the sensors functioned properly throughout the monitoring period. Due to a setting error, the sensor in the G-1 Hallway only recorded data from June 5 through October 3.

54.     Heat stress conditions were aggregated and summarized by location across the study period. For each location, I computed the median and maximum of the heat index. I then quantified exceedance frequency at five thresholds (88, 93, 98, 103, and 108°F) by dividing the

number of samples with heat index greater than each threshold by the total number of valid samples at that location, expressed as whole percentages and set to zero where no exceedances occurred. I also calculated the overall median and maximum and the overall percentage of samples above each threshold across all locations, and appended these as a final row labeled "Overall."

| Location | Median Heat Index (°F) | Max Heat Index (°F) | Timestamp of Max Heat Index | Percentage of Time Above Specific Thresholds (%) | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | (88°F) | (93°F) | (98°F) | (103°F) | (108°F) |
| A-1 | 96.5 | 111 | Aug. 19, 2 PM | 95 | 75 | 38 | 10 | 0 |
| A-2 | 95.3 | 109.9 | Aug. 19, 2 PM | 92 | 65 | 32 | 8 | 0 |
| B-1 | 95.1 | 110.8 | Aug. 19, 2 PM | 90 | 64 | 32 | 7 | 0 |
| B-2 | 96.6 | 112.5 | Aug. 26, 3 PM | 95 | 75 | 40 | 12 | 1 |
| C-1 | 96.4 | 114.9 | Aug.12, 11 PM | 94 | 72 | 40 | 12 | 1 |
| C-2 | 97.4 | 116.9 | Aug.13, 12 AM | 97 | 81 | 45 | 15 | 1 |
| D-1 | 94.4 | 110.5 | Aug. 19, 2 PM | 87 | 59 | 27 | 5 | 0 |
| D-2 | 95.9 | 111.6 | Aug. 19, 2 PM | 94 | 70 | 35 | 9 | 0 |
| E-1 | 97.1 | 110.9 | July 22, 3 PM | 96 | 77 | 43 | 12 | 1 |
| E-2 | 96 | 112.9 | Aug.19, 2 PM | 91 | 68 | 37 | 12 | 0 |
| F-1 Dayroom | 101.3 | 114.3 | Aug. 16, 1 AM | 99 | 98 | 82 | 33 | 5 |
| F-1 Hallway | 101.2 | 113 | Aug. 16, 12 AM | 100 | 98 | 83 | 31 | 3 |
| F-2 Dayroom | 95.6 | 105.8 | July 30 08 PM | 98 | 77 | 23 | 2 | 0 |
| F-2 Hallway | 96.7 | 106.5 | July 30, 9 PM | 99 | 87 | 31 | 2 | 0 |
| F-3 Dayroom | 96.1 | 107.5 | July 30, 9 PM | 98 | 81 | 30 | 3 | 0 |
| F–3 Hallway | 95.2 | 106.1 | July 30, 9 PM | 98 | 77 | 20 | 1 | 0 |
| G-1 Dayroom | 100.1 | 112.8 | July 30, 9 PM | 99 | 97 | 70 | 23 | 3 |
| G-1 Hallway | 98.4 | 108.5 | July 30, 9 PM | 100 | 94 | 54 | 10 | 0 |
| G-2 Dayroom | 100.1 | 111.6 | July 30, 9 PM | 99 | 96 | 69 | 23 | 1 |
| G-2 Hallway | 98.3 | 108.5 | July 30, 9 PM | 99 | 94 | 53 | 9 | 0 |
| G-3 Dayroom | 99.2 | 110.3 | Aug. 3, 9 PM | 99 | 94 | 61 | 17 | 1 |

| G-3 Hallway | 98.3 | 108.1 | Aug. 4, 11 AM | 99 | 94 | 53 | 8 | 0 |
| H-1 Dayroom | 100.5 | 117.4 | Aug. 22, 7 PM | 99 | 97 | 75 | 24 | 2 |
| H-1 Hallway | 99.7 | 109.4 | July 28, 9 PM | 100 | 97 | 69 | 16 | 0 |
| H-2 Dayroom | 102.4 | 119.4 | July 28, 10 PM | 100 | 98 | 85 | 44 | 7 |
| H-2 Hallway | 101.9 | 117.7 | July 28, 10 PM | 100 | 99 | 85 | 35 | 3 |
| H-3 Dayroom | 99.9 | 110.7 | July 28, 9 PM | 99 | 96 | 70 | 18 | 1 |
| H-3 Hallway | 99.6 | 110.1 | July 30, 9 PM | 100 | 97 | 68 | 15 | 0 |
| **Overall** | **98.3** | **119.4** | **July 28, 10 PM** | **97** | **85** | **52** | **15** | **1** |

55.    As the Table above indicates, there is sustained, widespread heat stress across the site. The overall median heat index was 98.3°F, with an overall maximum of 119.4°F. Across all locations, the threshold of 88° was surpassed 97% of the time, the threshold of 93°F was surpassed 85% of the time, the threshold of 98°F was exceeded 52% of the time, the threshold of 103°F was exceeded 15% of the time, and the threshold of 108°F was exceeded 1% of the time.

56.    Heat burden was highest in Dorms F, G, and H. In the H-2 Dayroom, the median was 102.4°F with a maximum of 119.4°F; 100% of the samples were above 88°F, 85% above 98°F, 44% above 103°F, and 7% above 108°F. The F-1 Dayroom and Hallway showed comparably severe conditions, with medians above 101°F, maximums above 113°F; nearly all samples exceeded 88°F, over 80% exceeded 98°F, and about one-third exceeded 103°F. In Building G, dayrooms and hallways also exhibited intense heat exposure, with medians around 99–100°F and over 95% of samples above 93°F.

57.    Buildings A–E also had high heat burdens, with median heat indexes between 94°F and 97°F, and 87–97% of measurements exceeding 88°F.

58.    The highest heat indexes were usually recorded late at night, after 9:00 p.m. The

19

peak heat index—119.4°F—was recorded at 10:00 p.m. in H-2.

59.    In the figure below, I show the conditions in H-2 Dayroom during a 48-hour period from July 28 to July 30, 2025. The colors are based on the thresholds of 88, 93, 98, 103, and 108°F. The heat index stayed above 108°F for 34 hours.



60.    As the chart indicates, the peak heat index occurred in the late evening (10 PM). It was frequently the case that the peak heat index in a 24-hour period was recorded late at night, despite the fact that the outdoor heat index usually peaks in the early afternoon. This is primarily because the prison is a high-mass structure that heats up gradually throughout the day. During the daylight hours, it is like a battery that gets charged up by the sun. Even after temperatures cool off outside, the inside of the prison remains extremely hot as the prison building slowly discharges its heat.

61.    The data in the graph below show that the heat index classified according to the proposed thresholds. Overall, only 2.8% of the measurements were below 88°F, while 97.2%

of the time the heat index exceeded this threshold. About one-third (33%) of the measurements were between 93°F and 98°F, 37% were between 98°F and 103°F, and 15% were between 103°F and 108°F. Critically, 1.3% of the data exceeded 108°F. Buildings H, F, and G showed the most intense and sustained heat.



62.     Again, these results demonstrate pervasive and consistent heat stress across all locations, with highest levels in F, G, and H dorms.

63.     I have created time-series charts for every location, showing the heat index in degrees Fahrenheit over the study period. For each location, every five-minute observation is plotted as a point, with values at or below 88°F shown in grey and values above 88°F shown in red.

64.     All location charts share the same vertical and horizontal scales. The y-axis range is fixed to the global minimum and maximum heat index found in the filtered dataset,

and the x-axis is fixed to the common earliest and latest timestamps. Using uniform axes makes charts directly comparable across locations; differences in the density and duration of red points reflect how often and how long each space exceeded 88°F. Each figure is titled "Heat Index for" and the location. No smoothing or aggregation is applied, so the reader sees the raw temporal variability.

65.     The Appendix contains charts for every location. Here, I provide two sample charts: one from C-2, to illustrate the conditions within the "open-bay" Dorm, and the other from F-1, to illustrate the conditions within the dorms with two-man cells.





Heat Index for Building F - Wing 1 Hallway

66.    I have also conducted an analysis to identify and quantify continuous periods when the heat index remained above specified thresholds (88°F, 93°F, 98°F, 103°F, and 108°F). The table below shows the results of this analysis for three locations: F-1 Dayroom, G-1 Dayroom, and H-2 Dayroom. These locations were chosen as exemplars because the raw data suggested that F, G, and H dorms consistently had high heat indexes, even overnight. The duration of every "period above the threshold" was calculated in hours. I reported here the single longest continuous run and reported its start time, end time, and total duration in full hours. This approach allowed for a clear characterization of extreme heat persistence and timing within the monitored period in the selected building.

| Location | Consecutive Hours (Approximate Days) Above Specified Thresholds | | | | |
|---|---|---|---|---|---|
| | (88°F) | (93°F) | (98°F) | (103°F) | (108°F) |
| F-1 Dayroom | 2888 (120) | 837 (35) | 357 (15) | 93 (4) | 16 (1) |
| G-1 Dayroom | 1914 (80) | 614 (26) | 203 (8) | 36 (2) | 5 |
| H-2 Dayroom | 2894 (121) | 833 (35) | 209 (9) | 47 (2) | 34 (1) |

67.     As the table indicates, there are long stretches of time when the heat index exceeds the specified thresholds. In the H-2 Dayroom, for example, the head index exceeded 88°F for 2894 consecutive hours (121 days). It exceeded 93°F for 833 consecutive hours (35 days), 98°F for 209 consecutive hours (9 days), 103°F for 47 consecutive hours, and 108°F for 34 consecutive hours.

68.     Overall, the data show that, throughout the Dade CI dormitories, the heat index exceeded 88°F nearly all summer long.

69.     It is also apparent from the data that the exhaust and ventilation systems are unable to keep the heat index below 88°F.

### ii.     Data from Sensors in the Cells

70.     As noted above, three sensors were installed inside cells in F, G, and H dorms: Cell 1214 of F-1, Cell 2222 of G-2, and Cell 3222 of H-3. They collected data from 12:30 pm. on July 18, to 3:00 p.m. on July 21.

71.     The following table lists the median and maximum heat index in each cell, as well as a percentage of the time that the heat index exceeded five thresholds (88, 93, 98, 103, and 108°F). I also calculated the overall median and maximum and the overall percentage of samples above each threshold across all locations combined, and appended these as a final row labeled "Overall."

| Location | Median Heat Index (°F) | Max Heat Index (°F) | Percentage Above Threshold (88°F) (%) | Percentage Above Threshold (93°F) (%) | Percentage Above Threshold (98°F) (%) | Percentage Above Threshold (103°F) (%) | Percentage Above Threshold (108°F) (%) |
|---|---|---|---|---|---|---|---|
| F-1 Cell | 103 | 112.9 | 100 | 100 | 100 | 50 | 4 |
| G-2 Cell | 99.5 | 105.8 | 100 | 100 | 73 | 6 | 0 |
| H-3 Cell | 100.9 | 107.2 | 100 | 100 | 95 | 22 | 0 |
| **Overall** | **100.9** | **112.9** | **100** | **100** | **89** | **26** | **1** |

72.     Below are time-series charts for each location, showing the heat index in degrees Fahrenheit over the three days for each location. Every five-minute observation is plotted as a point.



Heat Index for Building G - Wing 2 Cell



Heat Index for Building H - Wing 3 Cell



73.     The three cells exhibit persistently elevated heat index across the entire monitoring period. In all three cells, the heat index never dropped below 93°F. The F-1 Cell is the most severe, with a median heat index of 103°F, a maximum of 112.9°F, all samples above 98°F, half above 103°F, and 4% above 108°F. The H-3 Cell is also high burden, with a median of 100.9°F, a peak of 107.2°F, 95% of samples above 98°F, and 22% above 103°F. The G-2 Cell had a median 99.5°F, a peak of 105.8°F, 73% of samples above 98°F, and 6% above 103°F. Overall across the three cells, the median is 100.9°F, the maximum is 112.9°F, 89% of samples surpassed 98°F, and 26% surpassed 103°F.

74.     Based on the time series for these cells, the heat index is typically lowest in the early morning around 5–6 am and highest in the evening around 7–9pm. The evening peaks, together with sustained exceedances throughout the day, indicate substantial heat accumulation and no sufficient cooling relief overnight. In H-3, for example, the heat index remained at peak levels well after midnight.

### iii.    Indoor Data Compared to Outdoor Data

75.     I processed hourly outdoor weather data collected from the HOMESTEAD AFB, FL US station (USW00012826) and published by the National Centers for Environmental Information (NCEI).

76.     The availability of NCEI weather data has been affected by the federal government shutdown. Prior to the shutdown, weather data was downloaded for the period from May 23, 2025 through August 6, 2025.  Data for after August 6 was not available as of this writing.

77.     I selected relevant variables including station ID, date, station name, dry-bulb temperature, and relative humidity, then renamed them for clarity. I converted temperature and

humidity into numeric values and expressed temperatures in both Celsius and Fahrenheit. Using the Rothfusz regression mentioned above, I calculated the heat index in Celsius and converted it to Fahrenheit. I rounded the temperature, humidity, and heat index values to one decimal place.

78.     I created a visualization comparing indoor and outdoor heat index values for the H-2 Dayroom location over the period from May 23, 2025, to August 6, 2025. The indoor heat index is plotted as a brown line and the outdoor heat index as an orange line.



79.     As the graph illustrates, the heat index in H-2 exceeded the heat index outside 92.2% of the time. The indoor heat index remains consistently high, typically around 95–110°F, with relatively small fluctuations. In contrast, the outdoor heat index exhibits large daily variations, ranging from below 75°F at night to above 100°F during hot days. Thus, while outdoor conditions fluctuate with daily temperature and humidity cycles, the indoor environment stays at a persistently elevated heat index. The consistently high indoor values indicate limited cooling or ventilation and sustained heat stress risk for occupants, compared to the more variable outdoor conditions.

80.     I performed similar analysis for every monitored location at Dade CI. The following table summarizes the percentage of time when the heat index at a particular location exceeded the heat index outside.

**Percentage of time when the indoor Heat Index is higher than the outdoor Heat Index by location**

| Location | Percentage (%) |
|---|---|
| A-1 | 71.3 |
| A-2 | 66.7 |
| B-1 | 65.9 |
| B-2 | 71.8 |
| C-1 | 72.4 |
| C-2 | 74.1 |
| D-1 | 65.6 |
| D-2 | 71.3 |
| E-1 | 78.4 |
| E-2 | 72.2 |
| F-1 Dayroom | 91.2 |
| F-1 Hallway | 92.2 |
| F-2 Dayroom | 69.1 |
| F-2 Hallway | 75.9 |
| F-3 Dayroom | 70.9 |
| F-3 Hallway | 69.5 |
| G-1 Dayroom | 86.7 |
| G-1 Hallway | 83.1 |
| G-2 Dayroom | 87.1 |
| G-2 Hallway | 83.1 |
| G-3 Dayroom | 82.2 |
| G-3 Hallway | 81.7 |
| H-1 Dayroom | 90.1 |
| H-1 Hallway | 90.1 |
| H-2 Dayroom | 92.2 |
| H-2 Hallway | 93.1 |
| H-3 Dayroom | 88.5 |
| H-3 Hallway | 89.4 |

81.     The same data in this table are visualized in the following bar chart:



82.     For the entire dataset, the overall percentage of time when the indoor heat index

is higher than the outdoor heat index is 79.6%. For the period we have outdoor data, the average

indoor heat index is 89.7°F (median=89.8°F) and the average outdoor heat index is 97.8°F (median=98.1°F), confirming the conclusion of the first report: "I expect that the average heat index within the dormitories cannot be lower than the average heat index outside."

83.     Indoor heat index generally rises as outdoor heat index rises, but fluctuations in indoor heat index cannot be accurately predicted based on outdoor heat index. In practical terms, indoor conditions are persistently elevated, suggesting limited cooling/ventilation responsiveness and a sustained heat-stress burden indoors.

84.     In general, across the prison, the indoor heat index is higher than the outdoor heat index about 80% of the time. This highlights the imperative of measuring heat index conditions inside the dorms rather than relying on outdoor data for policymaking. If outdoor heat index values must be used, a less accurate approach, adding 14°F to the outdoor value would approximate the indoor heat index and capture about 75% of the observed difference between indoor and outdoor conditions. Seasonal Preparedness protocols (FDC_000007955) should take into account indoor conditions.

85.     I expect that, from October onwards, the heat index within the prison will generally remain higher than the heat index outside.

86.     The only doable, resilient and effective way to lower the heat index to safe levels in this prison is using mechanical cooling, for example, air conditioning, which must be designed, built, commissioned and maintained according to relevant building mechanical codes.

## III.     CONCLUSION

87.     The heat index within the prisoner dormitories at Dade CI was almost always above 88°F in the summer months. In some locations, the heat index did not drop below 98°F for days (or weeks) on end.  All of the data demonstrate the heat index levels are dangerously

high.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2025, in Berkeley, California.

Stefano Schiavon, PhD

# APPENDIX

**Table 1: Table of Loggers and Locations**

| Logger Number | Type | Location |
|---|---|---|
| 22164336 | MX1101 - Temp Logger | Building A - Wing 1 |
| 22286893 | MX1102A - CO2 Logger | Building A - Wing 2 |
| 22164337 | MX1101 - Temp Logger | Building B - Wing 1 |
| 22164338 | MX1101 - Temp Logger | Building B - Wing 2 |
| 22286894 | MX1102A - CO2 Logger | Building C - Wing 1 |
| 22164339 | MX1101 - Temp Logger | Building C - Wing 2 |
| 22164340 | MX1101 - Temp Logger | Building D - Wing 1 |
| 22164341 | MX1101 - Temp Logger | Building D - Wing 2 |
| 22164342 | MX1101 - Temp Logger | Building E - Wing 1 |
| 22164343 | MX1101 - Temp Logger | Building E - Wing 2 |
| 22164344 | MX1101 - Temp Logger | Building F - Wing 1 Dayroom |
| 22164345 | MX1101 - Temp Logger | Building F - Wing 1 Hallway |
| 22286895 | MX1102A - CO2 Logger | Building F - Wing 2 Dayroom |
| 22164346 | MX1101 - Temp Logger | Building F - Wing 2 Hallway |
| 22164347 | MX1101 - Temp Logger | Building F - Wing 3 Dayroom |
| 22164348 | MX1101 - Temp Logger | Building F - Wing 3 Hallway |
| 22164349 | MX1101 - Temp Logger | Building G - Wing 1 Dayroom |
| 22164350 | MX1101 - Temp Logger | Building G - Wing 1 Hallway |
| 22286896 | MX1102A - CO2 Logger | Building G - Wing 2 Dayroom |
| 22164351 | MX1101 - Temp Logger | Building G - Wing 2 Hallway |
| 22164352 | MX1101 - Temp Logger | Building G - Wing 3 Dayroom |
| 22164353 | MX1101 - Temp Logger | Building G - Wing 3 Hallway |
| 22164354 | MX1101 - Temp Logger | Building H - Wing 1 Dayroom |
| 22164356 | MX1101 - Temp Logger | Building H - Wing 1 Hallway |
| 22164357 | MX1101 - Temp Logger | Building H - Wing 2 Dayroom |
| 22164359 | MX1101 - Temp Logger | Building H - Wing 2 Hallway |
| 22286897 | MX1102A - CO2 Logger | Building H - Wing 3 Dayroom |
| 22164358 | MX1101 - Temp Logger | Building H - Wing 3 Hallway |
| 22185799 | MX1101 - Temp Logger | Building F - Wing 1 Cell |
| 22286899 | MX1102A - CO2 Logger | Building G - Wing 2 Cell |
| 22286898 | MX1102A - CO2 Logger | Building H - Wing 3 Cell |

Heat Index for Building A - Wing 1



Heat Index for Building A - Wing 2



Heat Index for Building B - Wing 1



Heat Index for Building B - Wing 2



Heat Index for Building C - Wing 1



Heat Index for Building C - Wing 2



Heat Index for Building D - Wing 1



Heat Index for Building D - Wing 2



Heat Index for Building E - Wing 1



Heat Index for Building E - Wing 2



Heat Index for Building F - Wing 1 Dayroom



Heat Index for Building F - Wing 1 Hallway



Heat Index for Building F - Wing 2 Dayroom



Heat Index for Building F - Wing 2 Hallway



Heat Index for Building F - Wing 3 Dayroom



Heat Index for Building F - Wing 3 Hallway



Heat Index for Building G - Wing 1 Dayroom



Heat Index for Building G - Wing 1 Hallway



Heat Index for Building G - Wing 2 Dayroom



Heat Index for Building G - Wing 2 Hallway



Heat Index for Building G - Wing 3 Dayroom



Heat Index for Building G - Wing 3 Hallway



Heat Index for Building H - Wing 1 Dayroom



Heat Index for Building H - Wing 1 Hallway



Heat Index for Building H - Wing 2 Dayroom



Heat Index for Building H - Wing 2 Hallway



Heat Index for Building H - Wing 3 Dayroom



Heat Index for Building H - Wing 3 Hallway



## SUMMARY OF PERSONAL RECORD
### Stefano Schiavon, PhD

**Current Position**

Professor of Architecture
Professor of Civil and Environmental Engineering
Associate Director of Research, Center for the Built Environment
Associate Director, Center for Environmental Design Research
Director of the MS-PhD BSTS program

**Education**

PhD Building Science-Energy Engineering (2009) at University of Padua, Italy
MSc Mechanical Engineering summa cum laude (2005) at University of Padua, Italy
Visiting student at Technical University of Denmark and Tsinghua University, China

**Principal Field of Interests**

Architectural Engineering/Building Science. Indoor Environment Quality; Mechanical/HVAC
Systems; Sustainable Architecture; Building Energy Efficiency; Thermal Comfort; Wellbeing; Post-
Occupancy Evaluation; Indoor Air Quality; Heat stress.

**Major Honors and Awards**

2024 Building and Environment Best Paper Award
2021 WELL community award
2018 three Building and Environment Best Paper Awards
2017 Faculty Award for Excellence in Postdoctoral Mentoring
2013 Ralph G. Nevins Physiology and Human Environment Award
2010 REHVA young scientist award

**Employment History**

Assistant professor at Polytechnic University of Turin, Italy
Postdoctoral scholar and assistant professional researcher at University of California, Berkeley

**Publications** Google Scholar citations: 14076; H-index: 59

Peer-reviewed papers in international journals: 122
Books or books chapters: 3
Peer-reviewed papers in conference proceedings: 94
Editorials: 2
Reports: 23
Software: 7
Media: 37
Wikipedia: Pages: 171. Live edits: 486

**Lectures/Keynotes** 91

**Postdoctoral Scholar** 23

**Patent application** 1

**Grants** $17,457,579

# RESUME OF STEFANO SCHIAVON

**Contact info**

Work: 390 Bauer Wurster Hall #1839, Berkeley, CA-94720
Home: ███████████████████████, CA-94708
Cell: +1 (510) 809-5163 | schiavon@berkeley.edu | Google Scholar | ORCID | LinkedIn

**Education**

| | |
|---|---|
| 2006-2009 | PhD in Energy Engineering (Building Science). University of Padua, Italy. *Title:* Energy savings with personalized ventilation and cooling fans. *Supervisors*: Roberto Zecchin (University of Padua); Arsen Melikov (Technical University of Demark); Xianting Li (Tsinghua University) |
| 1999-2005 | MSc in Mechanical Engineering (5-year program). University of Padua, Italy. 110/110 summa cum laude |

***Visiting Scholar***

| | |
|---|---|
| 05-07/'24 | Visiting Scholar at Berkeley Education Alliance for Research in Singapore (BEARS) for the HEATS project in collaboration with the National University of Singapore (NUS) |
| 12/'15-06/'16 | Guest Faculty. Earnest Orlando Lawrence Berkeley National Laboratory. Building Technologies and Urban Systems / Energy Technologies Area |
| 05-08/'14 07-08/'15 05-07/'16 05-06/'17 07-08/'18 07/19-20 05-06/'22 05-07/'23 | Visiting Scholar at Singapore Berkeley Building Efficiency and Sustainability in the Tropics (SinBerBEST). In collaboration with Nanyang Technological University (NTU) and the National University of Singapore (NUS) |
| 10/'07-06/'08 | Guest PhD student at the International Centre for Indoor Environment and Energy-DTU, Denmark. Supervisor A. Melikov. |
| 02/'06-01/'07 | Guest PhD student at the Department of Building Science, School of Architecture, Tsinghua University (清华大学), Beijing. China. Supervisor Xianting Li. |
| 06/'04-06/'05 | Guest MS student International Centre for Indoor Environment and Energy-DTU, Denmark with the EU program Erasmus. Supervisor Bjarne W. Olesen and A. Melikov. Master thesis on displacement ventilation. |

**Specific Field of Interests**

Sustainable Building Design; Building Energy Efficiency; Indoor Environment Quality; Wellbeing; Thermal Comfort; Indoor Air Quality; Mechanical Systems; Post-Occupancy Evaluation; Energy Simulation; Building Standards and Codes; Heat; Window View Quality.

**Employment History**

| *Employer* | *Position* | *Beginning* | *Ending* |
|---|---|---|---|
| University of California, Berkeley | Professor of Architecture and Professor of Civil and Environmental Engineering | 07/2022 | Present |

2

| | | | |
|---|---|---|---|
| University of California, Berkeley | Associate Professor of Civil and Environmental Engineering | 07/2020 | 06/2022 |
| University of California, Berkeley | Associate Professor of Architecture | 07/2017 | 06/2022 |
| University of California, Berkeley | Assistant Professor of Architecture | 07/2011 | 06/2017 |
| Polytechnic University of Turin | Assistant Professor | 12/2010 | 6/2011 |
| University of California, Berkeley | Assistant Pro. Researcher | 05/2010 | 04/2011 |
| University of California, Berkeley | Postdoctoral Scholar | 01/2009 | 05/2010 |

**Short term consultancy**

3.  Florida Justice Institute. 2024-now. Expert report in for plaintiffs against the Florida Department of Corrections. Case No. 1:24-24253

2.  Morrison & Foerster LLP and Durie Tangri LLP. 2022-2023. Expert report and deposition for defendants in National Fire Protection Association Inc. vs UpCodes Inc., Scott Reynolds and Garrett Reynolds. Case No. 2:21-cv-05262-SPG-E.

1.  Google. December 2015. REWS/Aclima science advisory Panel. Assessment of Aclima sensor network for Google.

**RESEARCH**

**Publications**
*Peer-review Papers in International Journals*

xxx   Chen X, Lv GQ, Zhuang XW, Duarte C, Schiavon S, Geyer P. 2024. Integrating symbolic neural networks with building physics: A study and Proposal. http://arxiv.org/abs/2411.00800

122   Mihalcin E, Schiavon S, Ravanelli N. 2025. Examining the physiological strain with electric fans during high indoor heat stress. Building and Environment: 113261. Open access https://doi.org/10.1016/j.buildenv.2025.113261.

121   Dallo F, Parkinson T, Duarte C, Schiavon S, Um CY, Modera MP, Raftery P, Barbante C, Singer BC. 2025. Using smart thermostats to reduce indoor exposure to wildfire fine particulate matter (PM2.5). Indoor Environments: 100088. Open access https://doi.org/10.1016/j.indenv.2025.100088

120   Aijazi A, Schiavon S, Callaway D. 2025. Building and occupant characteristics as predictors of temperature-related health hazards in american homes. Building and Environment 275: 112805. Open access https://doi.org/10.1016/j.buildenv.2025.112805

119   Duarte C, Raftery P, Schiavon S, and Bauman F.2025. How high can you go: Determining the warmest supply water temperature for high thermal mass radiant cooling systems under thermal comfort constraints. Energy and Buildings 33: 115387.Open access https://doi.org/10.1016/j.enbuild.2025.115387 https://escholarship.org/uc/item/3812p9p1

118   Xu X, Zhang H, Schiavon S, Lian Z, Parkinson T, and Lo JC. 2025. The effects of personal comfort systems on sleep: A systematic review. Renewable and Sustainable Energy Reviews 213: 115474. https://doi.org/10.1016/j.rser.2025.115474. https://escholarship.org/uc/item/0sz798x5

117   Li J, Sultan Z, Schiavon S. 2024. Should we use ceiling fans indoors to reduce the risk of transmission of infectious aerosols? Indoor Environments 1 (3): 100039. Open access https://doi.org/10.1016/j.indenv.2024.100039 data available at https://doi.org/10.5061/dryad.fqz612k0w

116   Ko WH, Burgess I, Schiavon S, Chung STL, MacNaughton P, Um CY. 2024. Assessing the impact of glazing and window shade systems on view clarity.  Scientific Reports 14 (1): 18392. Open access https://doi.org/10.1038/s41598-024-69026-x

115   Li J, Pantelic J, Merchant CB, Chen KW, Izuhara I, Yuki R, Meggers FM, Schiavon S. 2024. Comparison of the environmental, energy, and thermal comfort performance of air and radiant cooling systems in a zero-energy office building in Singapore. Energy and Buildings 318: 114487. Open access https://doi.org/10.1016/j.enbuild.2024.114487

114   Kent MG, Ko WH, Konstantzos I, Schiavon S, MacNaughton P, Wilkins AJ. 2024. The design of window shades and fenestration for view clarity. Lighting Research & Technology: 14771535241261270. https://doi.org/10.1177/14771535241261270 https://escholarship.org/uc/item/4n6102mf

113   Kent MG, Parkinson T, Schiavon S. 20024. Indoor environmental quality in WELL-certified and LEED-certified buildings. Scientific Reports 14 (1): 15120. Open access https://doi.org/10.1038/s41598-024-65768-w

112   Porras-Salazar JA, Tartarini F, Schiavon S. 2024. The effect of indoor temperature on work performance of fifty-eight people in a simulated office environment. Building and Environment 263: 111813.
https://doi.org/10.1016/j.buildenv.2024.111813

111   Aijazi A, Parkinson T, Zhang H, Schiavon S. 2024. Passive and low-energy strategies to improve sleep thermal comfort and energy resilience during heat waves and cold snaps. Scientific Reports, 14: 12568. Open access
https://doi.org/10.1038/s41598-024-62377-5
https://www.nature.com/articles/s41598-024-62377-5

110   Sun R, Schiavon S, Brager G, Arens E, Zhang H, Parkinson T, Zhang C. 2024. Causal Thinking: Uncovering Hidden Assumptions and Interpretations of Statistical Analysis in Building Science. Building and Environment 259, 111530. Open access Building and Environment 2024 Best Paper Award
https://doi.org/10.1016/j.buildenv.2024.111530.

109   André M, Schiavon S, Lamberts R. 2024. Implementation of desk fans in open office: Lessons learned and guidelines from a field study. Building and Environment 259, 111681. Open access
https://doi.org/10.1016/j.buildenv.2024.111681

108   Sultan Z, Li J, Pantelic J, Schiavon S. 2024. Particle characterization in commercial buildings: A cross-sectional study in 40 offices in Singapore. Science of The Total Environment, Volume 927, 2024, 172126.
https://doi.org/10.1016/j.scitotenv.2024.172126

107   Das HP, Lin YW, Agwan U, Spangher L, Devonport A, Yang Y, Drgoňa J, Chong A, Schiavon S, Spanos CJ. 2024. Machine Learning for Smart and Energy-Efficient Buildings. Environmental Data Science, 3:e1. Open access
https://doi.org/10.1017/eds.2023.43

106   Chen X, Sun R, Saluz U, Schiavon S, Geyer P. 2024. Using causal inference to avoid fallouts in data-driven parametric analysis: a case study in the architecture, engineering, and construction industry. Development in the Built Environment, 17, 100296. Open access
https://doi.org/10.1016/j.dibe.2023.100296

105   Tartarini F, Frei M, Schiavon S, Chua YX, Miller C. 2023. Cozie Apple: An iOS mobile and smartwatch application for environmental quality satisfaction and physiological data collection. Journal of Physics: Conference Series, Health & productivity, 2600, 142003. Open access
https://doi.org/10.1088/1742-6596/2600/14/142003

104   Betti G, Tartarini F, Nguyen C, Schiavon S. 2023. CBE Clima Tool: A free and open-source web application for climate analysis tailored to sustainable building design. Building Simulation. 17, 493-508. Open access
https://doi.org/10.1007/s12273-023-1090-5

103   Kent MG, Huynh NK, Mishra AK, Tartarini F, Lipczynska A, Li J, Sultan Z, Goh E, Karunagaran G, Natarajan A, Indrajith A, Hendri I, Wu V, Chin N, Gao CP, Sapar M, Seoh A, Shuhadah N, Valliappan S, Jukes T, Spanos C, Schiavon S. 2023. Energy savings and thermal comfort in a zero energy office building with fans in Singapore. Building and Environment 243, 110674. Open access
https://doi.org/10.1016/j.buildenv.2023.110674
http://dx.doi.org/10.2139/ssrn.4480684 (pre-print)

102   Ko WH, Schiavon S, Santos L, Kent MG, Kim H, Keshavarzi M. 2023. View access index: The effects of geometric variables of window views on occupants' satisfaction. Building and Environment 234: 110132.
https://doi.org/10.1016/j.buildenv.2023.110132
https://escholarship.org/uc/item/46p439jv

101   Parkinson T, Schiavon S, Kim J, Betti G. 2023. Common sources of occupant dissatisfaction with workspace environments in 600 office buildings. Buildings and Cities, 4(1): 17–35. Open

access
https://doi.org/10.5334/bc.274

100   Kent M, Huynh NK, Schiavon S, Selkowitz S. 2022. Using support vector machine to detect desk illuminance sensor blockage for closed-loop daylight harvesting. Energy and Buildings 274: 112443. Open access
https://doi.org/10.1016/j.enbuild.2022.112443

99    Tartarini F, Schiavon S, Quintana M, Miller C. 2022. Personal comfort models based on a 6-month experiment using environmental parameters and data from wearables. Indoor Air, 32 (11): e13160. Open access
https://doi.org/10.1111/ina.13160

98    Wu Z, Li N, Schiavon S. 2022. Experimental evaluation of thermal comfort, SBS symptoms and physiological responses in a radiant ceiling cooling environment under temperature step-changes. Building and Environment 224: 109512.
https://doi.org/10.1016/j.buildenv.2022.109512
https://escholarship.org/uc/item/4vs1x9m9

97    Sultan Z, Li J, Pantelic J, Schiavon S. 2022. Indoor air pollution of outdoor origin: Mitigation using portable air cleaners in Singapore office building. Aerosol and Air Quality Research 22 (10): 220204. Open access
https://doi.org/10.4209/aaqr.220204

96    Li J, Sultan Z, Schiavon S, Wan MP, Xiong J, Tham KW. 2022. Diurnal trends of indoor and outdoor fluorescent biological aerosol particles in a tropical urban area. Science of the Total Environment 848, 157811.
https://doi.org/10.1016/j.scitotenv.2022.157811
https://escholarship.org/uc/item/00g3d5g0

95    Quintana M, Schiavon S, Tartarini F, Kim J, Miller C. 2023. Cohort comfort models -- Using occupants' similarity to predict personal thermal preference with less data. Building Environment 277 (1), 109685.
https://doi.org/10.1016/j.buildenv.2022.109685
http://arxiv.org/abs/2208.03078
https://escholarship.org/uc/item/9vk9c79b

94    Kent MG, Schiavon S. 2022. Predicting window view preferences using the environmental information criteria. LEUKOS 19 (2): 190-209.
https://doi.org/10.1080/15502724.2022.2077753
https://escholarship.org/uc/item/7rv6936v

93    Dong B et al (57 authors). 2022. A global building occupant behavior database. Scientific Data 9 (1): 369. Open access
https://doi.org/10.1038/s41597-022-01475-3 - data available at
https://doi.org/10.6084/m9.figshare.16920118.v6 and https://ashraeobdatabase.com

92    Cheung T, Graham LT, Schiavon S. 2022. Impacts of life satisfaction, job satisfaction and the Big Five personality traits on satisfaction with the indoor environment. Building and Environment 212, 108783.
https://doi.org/10.1016/j.buildenv.2022.108783 - data available at
https://doi.org/10.6078/D1R99M
https://escholarship.org/uc/item/84r525hj

91    Nazarian N, Krayenhoff S, Bechtel B, Hondula D, Paolini R, Vanos J, Cheung T, Chow W, de Dear R, Jay O, Lee JKW, Martilli A, Middel A, Norford L, Sadeghi M, Schiavon S, Santamouris S. Integrated assessment of urban overheating impacts on human life. 2022. Earth's Future 10, e2022EF002682. Open access
https://doi.org/10.1029/2022EF002682

90    Ko WH, Kent MG, Schiavon S, Levitt B, Betti G. 2021. A window view quality assessment framework. LEUKOS 18(3):168-193.
https://doi.org/10.1080/15502724.2021.1965889

89  Parkinson T, Schiavon S, de Dear R, Brager G. 2021. Overcooling of offices reveals gender inequity in thermal comfort. Scientific Reports 11 (1): 1–7. Open access
https://doi.org/10.1038/s41598-021-03121-1

88  Dawe M, Karmann C, Schiavon S, Bauman F. 2021. Field evaluation of thermal and acoustical comfort in eight North-American buildings using embedded radiant systems. PLOS ONE 16 (10): e0258888. Open access
https://doi.org/10.1371/journal.pone.0258888

87  Tartarini F, Schiavon S, Jay O, Arens E, Huizenga C. 2021. Application of Gagge's energy balance model to determine humidity-dependent temperature thresholds for healthy adults using electric fans during heatwaves. Building and Environment 207, 108437. Open access.
https://doi.org/10.1016/j.buildenv.2021.108437

86  Kent M, Parkinson T, Kim J, Schiavon S. 2021. A data-driven analysis of occupant workspace dissatisfaction. Building and Environment 205: 108270.
https://doi.org/10.1016/j.buildenv.2021.108270
https://escholarship.org/uc/item/9r901701

85  Porras-Salazar JA, Schiavon S, Wargocki P, Cheung T, Tham KW. 2021. Meta-analysis of 35 studies examining the effect of indoor temperature on office work performance. Building and Environment 203: 108037. Open access.
https://doi.org/10.1016/j.buildenv.2021.108037

84  Graham LT, Parkinson T, Schiavon S. 2021. Lessons learned from 20 years of CBE's occupant surveys. Buildings and Cities 2(1): 166–84. Open access.
https://doi.org/10.5334/bc.76

83  Tran PTM, Adam MG, Tham KW, Schiavon S, Pantelic J, Linden P, Sofianopoulou E, Sekhar C, Cheong DKW, Balasubramanian R. 2021. Assessment and mitigation of personal exposure to particulate air pollution in cities: An exploratory study. Sustainable Cities and Society 72: 103052.
https://doi.org/10.1016/j.scs.2021.103052
https://escholarship.org/uc/item/3tm9n180

82  Mishra AK, Schiavon S, Wargocki P, Tham KW. 2021. Respiratory performance of humans exposed to moderate levels of carbon dioxide. Indoor Air, ina.12823.
https://doi.org/10.1111/ina.12823
https://escholarship.org/uc/item/8qj5v8d1

81  Gall E, Mishra A, Li J, Schiavon S, Laguerre A. 2021. Impact of cognitive tasks on $CO_2$ and isoprene emissions from humans. Environmental Science & Technology, 55 (1), 139-148.
https://doi.org/10.1021/acs.est.0c03850
https://pdxscholar.library.pdx.edu/mengin_fac/324/ data available at
https://doi.org/10.5061/dryad.gb5mkkwmk

80  Cheung T, Schiavon S, Graham LY, Tham KW. 2020. Occupant satisfaction with the indoor environment in seven commercial buildings in Singapore. Building and Environment, 107443.
https://doi.org/10.1016/j.buildenv.2020.107443
https://escholarship.org/uc/item/43k2z2zx

79  Tartarini F, Schiavon S. 2020. pythermalcomfort: A Python package for thermal comfort research. SoftwareX 12:100578. Open access.
https://doi.org/10.1016/j.softx.2020.100578

78  Lassen N, Goia F, Schiavon S, Pantelic J. 2020. Field investigations of a smiley-face polling station for recording occupant satisfaction with indoor climate. Building and Environment 185, 107266. Open access.
https://doi.org/10.1016/j.buildenv.2020.107266

77  Kent M, Cheung T, Li J, Schiavon S. 2020. Experimental evaluation of visual flicker caused by ceiling fans. Building and Environment 182: 107060.
https://doi.org/10.1016/j.buildenv.2020.107060
https://escholarship.org/uc/item/3wj1f6xj

76   Kent M, Schiavon S. 2020. Evaluation of the effect of landscape distance seen in window views on visual satisfaction. Building and Environment 183: 107160.
https://doi.org/10.1016/j.buildenv.2020.107160
https://escholarship.org/uc/item/6gd9t8pj

75   Li P, Parkinson T, Schiavon S, Froese TM, de Dear R, Rysanek A, Staub-French S. 2020. Improved long-term thermal comfort indices for continuous monitoring. Energy and Buildings 224: 110270.
https://doi.org/10.1016/j.enbuild.2020.110270
https://escholarship.org/uc/item/9h55w20w

74   Tartarini F, Schiavon S, Cheung T, Hoyt T. 2020. CBE Thermal Comfort Tool: Online tool for thermal comfort calculations and visualizations. SoftwareX 12:100563. Open access.
https://doi.org/10.1016/j.softx.2020.100563

73   Liu S, Wang Z, Schiavon S, He YD, Luo MH, Zhang H, Arens E. 2020. Predicted percentage dissatisfied with vertical temperature gradient. Energy and Buildings 220: 110085.
https://doi.org/10.1016/j.enbuild.2020.110085

72   Altomonte S, Allen J, Bluyssen P, Brager G, Heschong L, Loder A, Schiavon S, Veitch J, Wang L, Wargocki P. 2020. Ten questions concerning well-being in the built environment. Building and Environment 180: 106949. Open access.
https://doi.org/10.1016/j.buildenv.2020.106949

71   Li J, Wan MP, Schiavon S, Tham KW, Zuraimi S, Xiong J, Fang M, Gall E. 2020. Size-resolved dynamics of indoor and outdoor fluorescent biological aerosol particles in a bedroom: A one-month case study in Singapore. Indoor Air 30(5), 942-954.
https://doi.org/10.1111/ina.12678

70   Ko WH, Schiavon S, Zhang H, Graham L, Brager G, Mauss I, Lin YW. 2020. The impact of a view from a window on thermal comfort, emotion, and cognitive performance. Building and Environment 175: 106779.
https://doi.org/10.1016/j.buildenv.2020.106779
https://escholarship.org/uc/item/09b861jb

69   Schweiker M, André A, Al-Atrash F, Al-Khatri H, Alprianti RR, Alsaad H, Amin R, et al. 2020. Evaluating assumptions of scales for subjective assessment of thermal environments – Do laypersons perceive them the way, we researchers believe? Energy and Buildings 211. 109761. Open access.
https://doi.org/10.1016/j.enbuild.2020.109761

68   Kent M, Schiavon S, Jakubiec A. 2020. A dimensionality reduction method to select the most representative daylight illuminance distributions. Building Performance Simulation 13 (1): 122-135.
https://doi.org/10.1080/19401493.2019.1711456
https://escholarship.org/uc/item/04x6v86j

67   Dawe M, Raftery P, Woolley J, Schiavon S, Bauman F. 2019. Comparison of mean radiant and air temperatures in mechanically-conditioned commercial buildings from over 200000 field and laboratory measurements. Energy and Buildings 206. 109582
https://doi.org/10.1016/j.enbuild.2019.109582
https://escholarship.org/uc/item/2sn4v9xr

66   Schweiker M, et al 95 authors. 2019. The Scales Project, a Cross-National Dataset on the Interpretation of Thermal Perception Scales. Scientific Data 6 (1): 1–10. Open access.
https://doi.org/10.1038/s41597-019-0272-6

65   Pantelic J, Liu S, Pistore L, Licina D, Vannucci M, Sadrizadeh S, Ghahramani A, Gilligan B, Sternberg E, Kampschroer K, Schiavon S. 2019. Personal $CO_2$ cloud: Laboratory measurements of metabolic $CO_2$ inhalation zone concentration and dispersion in a typical office desk setting. Journal of Exposure Science & Environmental Epidemiology, 1–10. Open access.
https://doi.org/10.1038/s41370-019-0179-5

64   Liu S, Schiavon S, Das HP, Jin M, Spanos CJ. 2019. Personal thermal comfort models with wearable sensors. Building and Environment 162: 106281.
https://doi.org/10.1016/j.buildenv.2019.106281
https://escholarship.org/uc/item/3fb0p5gk

63   Yang B, Melikov A, Kabanshi A, Zhang C, Bauman F, Cao G, Awbi H, Wigö H, Niu JL, Cheong D, Tham KW, Sandberg M, Nielsen P, Kosonen R, Yao R, Kato S, Sekhar C, Schiavon S, Karimipanah T, Li X, Lin JZ. 2019. A review of advanced air distribution methods - theory, practice, limitations and solutions. Energy and Buildings 202. 109359
https://doi.org/10.1016/j.enbuild.2019.109359
https://escholarship.org/uc/item/85x6r3wv

62   Pei G, Rim D, Schiavon S, Vannucci M. 2019. Effect of sensor position on the performance of $CO_2$–based demand-controlled ventilation. Energy and Buildings 202, 109358.
https://doi.org/10.1016/j.enbuild.2019.109358
https://escholarship.org/uc/item/8n23p8c4

61   Raftery P, Fizer J, Chen WH, He YD, Zhang H, Arens E, Schiavon S, Paliaga G. 2019. Ceiling fans: Predicting indoor air speeds based on fill scale laboratory measurements. Building and Environment 155, 210-223.
https://doi.org/10.1016/j.buildenv.2019.03.040
https://escholarship.org/uc/item/4p479663

60   Soebarto V, Zhang H, Schiavon S. 2019. A thermal comfort environmental chamber study of older and younger people. Building and Environment 155, 1-14.
https://doi.org/10.1016/j.buildenv.2019.03.032
https://escholarship.org/uc/item/00h9x985

59   Li P, Parkinson T, Brager G, Schiavon S, Cheung T, Froese T. 2019. A data-driven approach to defining acceptable temperature ranges in building. Building and Environment 153, 302-312.
https://doi.org/10.1016/j.buildenv.2019.02.020
https://escholarship.org/uc/item/4qm4c7bk

58   Cheung T, Schiavon S, Parkinson T, Li P, Brager G. 2019. Analysis of the accuracy on PMV – PPD model using the ASHRAE Global Thermal Comfort Database II. Building and Environment 153, 205-217.
https://doi.org/10.1016/j.buildenv.2019.01.055
https://escholarship.org/uc/item/2kd0135t

57   Kent MG, Cheung T, Altomonte S, Schiavon S, Lipcznska A. 2018. A Bayesian method of evaluating discomfort due to glare: The effect of order bias from a large glare source. Building and Environment 146, 258-267. Open access.
https://doi.org/10.1016/j.buildenv.2018.10.005 data available at https://doi.org/10.6078/D14Q14

56   Ko WH, Schiavon S, Brager G, Levitt B. 2018. Ventilation, thermal and luminous autonomy metrics for an integrated design process. Building and Environment 145, 153-165.
https://doi.org/10.1016/j.buildenv.2018.08.038
https://escholarship.org/uc/item/81t2t9vd

55   Jia R, Jin B, Jin M, Zhou Y, Konstantakopoulos IC, Zou H, Kim J, Li D, Gu W, Arghandeh R, Nuzzo P, Schiavon S, Sangiovanni-Vincentelli AL, Spanos JC. Design Automation for Smart Building Systems. IEEE 6 (9), 1680-1699
https://doi.org/10.1109/JPROC.2018.2856932
https://escholarship.org/uc/item/54r6027g

54   Woolley J, Schiavon S, Bauman F, Raftery P, Pantelic J. 2018. Side-by-side laboratory comparison of space heat extraction rates and thermal energy use for radiant and all-air systems. Energy and Buildings 176, 139-150.

https://doi.org/10.1016/j.enbuild.2018.06.018
https://escholarship.org/uc/item/65w8v0rt

53   Földváry V, Cheung T, Zhang H, de Dear R, Parkinson T, Arens E, Chun C, Schiavon S, Luo M, Brager G, Li P, Kaam S et al. 2018. Development of the ASHRAE Global Thermal Comfort Database II. Building and Environment 142, 502-512. Building and Environment 2018 Best Paper Award
     https://doi.org/10.1016/j.buildenv.2018.06.022 data available at https://doi.org/10.6078/D1F671
     https://escholarship.org/uc/item/0dh6c67d

52   Liu S, Lipczynska A, Schiavon S, Arens E. 2018. Detailed experimental investigation of air speed field induced by ceiling fans. Building and Environment 142, 342-360.
     https://doi.org/10.1016/j.buildenv.2018.06.037 - data available at https://doi.org/10.6078/D1V67R
     https://escholarship.org/uc/item/2mk3n264

51   Tang H, Raftery P, Liu X, Schiavon S, Woolley J, Bauman FS. 2018. Performance analysis of pulsed flow control method for radiant slab system. Building and Environment 127, 107-119.
     https://doi.org/10.1016/j.buildenv.2017.11.004
     https://escholarship.org/uc/item/31s4x6jr

50   Lipczynska A, Schiavon S, Graham L. 2018. Thermal comfort and self-reported productivity in an office with ceiling fans in the tropics. Building and Environment 135, 202-212.
     https://doi.org/10.1016/j.buildenv.2018.03.013
     https://escholarship.org/uc/item/80b3458w

49   Pantelic J, Schiavon S, Ning B, Burdakis E, Raftery P, Bauman F. 2018. Full scale laboratory experiment on the cooling capacity of a radiant floor system. Energy and Buildings 170, 134-144.
     https://doi.org/10.1016/j.enbuild.2018.03.002
     http://escholarship.org/uc/item/77w894k2

48   Liu S, Yin L, Schiavon S, Ho WK, Ling KV. 2018. Coordinate control of air movement for optimal thermal comfort. Science and Technology for the Built Environment.
     https://doi.org/10.1080/23744731.2018.1452508
     www.escholarship.org/uc/item/0m91d1t2

47   Kim J, Schiavon S, Brager G. 2018. Personal comfort models – A new paradigm in thermal comfort for occupant-centric environmental control. Building and Environment 129, 96-106.
     https://doi.org/10.1016/j.buildenv.2018.01.023
     https://escholarship.org/uc/item/18d174zs

46   Kim J, Zhou Y, Schiavon S, Raftery P, Brager G. 2018. Personal comfort models: Predicting individuals' thermal preference using occupant heating and cooling behavior and machine learning. Building and Environment 129, 96-106. Building and Environment 2018 Best Paper Award
     https://doi.org/10.1016/j.buildenv.2017.12.011
     https://escholarship.org/uc/item/54n6b7m3

45   Jin M, Liu S, Schiavon S, Spanos C. 2018. Automated mobile sensing: Towards high-granularity agile indoor environmental quality monitoring. Building and Environment 127, 268-276. Building and Environment 2018 Best Paper Award
     https://doi.org/10.1016/j.buildenv.2017.11.003
     https://escholarship.org/uc/item/1kj1v33r

44   Sekhar C, Anand P, Schiavon S, Tham KW, Cheong D, Saber E. 2018. Adaptable cooling coil performance during part loads in the tropics—A computational evaluation. Energy and Buildings 159, 148-163.
     https://doi.org/10.1016/j.enbuild.2017.10.086
     https://escholarship.org/uc/item/176977qw

43   Karmann C, Schiavon S, Graham L, Raftery P, Bauman F. 2017. Comparing temperature and acoustic satisfaction in 60 radiant and all-air buildings. Building and Environment 126, 431-441.
https://doi.org/10.1016/j.buildenv.2017.10.024
http://escholarship.org/uc/item/3nh8q2bk

42   Karmann C, Bauman F, Raftery P, Schiavon S, Koupriyanov. 2018. Effect of acoustical clouds coverage and air movement on radiant chilled ceiling cooling capacity. Energy and Buildings 158, 939-949.
https://doi.org/10.1016/j.enbuild.2017.10.046
https://escholarship.org/uc/item/80h2t038

41   Altomonte S, Schiavon S, Kent M, Brager G. Indoor environmental quality and occupant satisfaction in green-certified buildings. Building Research & Information 47, 255-274. Open access.
http://dx.doi.org/10.1080/09613218.2018.1383715

40   Duarte C, Raftery P, Schiavon S. 2017. Development of whole building energy models for detailed energy insights of a large office building with green certification rating in Singapore. Energy Technology. Open access.
http://dx.doi.org/10.1002/ente.201700564

39   Xu Z, Hu G, Spanos C, Schiavon S. 2017. PMV-based event-triggered mechanism for building energy management under uncertainties. Energy and Buildings 152, 73-85.
http://dx.doi.org/10.1016/j.enbuild.2017.07.008
http://escholarship.org/uc/item/2z597468

38   Altomonte S, Saadounia A, Kent M, Schiavon S. 2017. Satisfaction with indoor environmental quality in BREEAM and non-BREEAM certified office buildings. Architectural Science Review 4, 343-355. Open access.
http://dx.doi.org/10.1080/00038628.2017.1336983

37   Cheung T, Schiavon S, Gall E, Jin M, Nazaroff W. 2017. Longitudinal assessment of thermal and perceived air quality acceptability in relation to temperature, humidity, and $CO_2$ exposure in Singapore. Building and Environment 115, 80-90 data available at
https://doi.org/10.6078/D1P98M
http://dx.doi.org/10.1016/j.buildenv.2017.01.014
www.escholarship.org/uc/item/483474qj

36   Liu S, Schiavon S, Kabanshi A, Nazaroff WW. 2017. Predict percentage dissatisfied with ankle draft. Indoor Air 27(4), 852-862.
https://doi.org/10.1111/ina.12364 data available at: https://doi.org/10.15146/R3QX24
http://www.escholarship.org/uc/item/9076254n

35   Karmann C, Bauman F, Raftery P, Schiavon S, Frantz W. Roy K. 2017. Cooling capacity and acoustical performance of radiant slab systems with free-hanging acoustical clouds. Energy and Buildings 138, 676-686.
http://dx.doi.org/10.1016/j.enbuild.2017.01.002
http://escholarship.org/uc/item/8r07k5g3

34   Ning B, Schiavon S, Bauman F. 2017. A novel classification scheme for design and control of radiant system based on thermal response time. Energy and Buildings 137, 38-45.
http://dx.doi.org/10.1016/j.enbuild.2016.12.013
http://escholarship.org/uc/item/2j75g92w

33   Liu S, Yin L, Ho WK, Ling KV, Schiavon S. 2017. A tracking cooling fan using geofence and camera-based indoor localization. Building and Environment 114, 36-44.
http://dx.doi.org/10.1016/j.buildenv.2016.11.047
https://escholarship.org/uc/item/5br8q4x4

32  Karmann C, Schiavon S, Bauman F. 2017. Thermal comfort in buildings using radiant vs. all-air
    systems: A critical literature review. Building and Environment 111, 123-131.
    http://dx.doi.org/10.1016/j.buildenv.2016.10.020
    www.escholarship.org/uc/item/1vb3d1j8

31  Schiavon S, Yang B, Donner Y, Chang VW-C, Nazaroff WW. 2016. Thermal comfort, perceived
    air quality and cognitive performance when personally controlled air movement is used by
    tropically acclimatized persons. Indoor Air 27 (3), 690-702.
    http://dx.doi.org/10.1111/ina.12352
    http://escholarship.org/uc/item/7f01n291

30  Feng JD, Schiavon S, Bauman F. 2016. New method for the design of radiant floor cooling
    systems with solar radiation. Energy and Buildings 125, 9-18.
    http://dx.doi.org/10.1016/j.enbuild.2016.04.048
    www.escholarship.org/uc/item/5sj3h2s5

29  Gall E, Cheung T, Luhung I, Schiavon S, Nazaroff WW. 2016. Real-time monitoring of personal
    exposure to carbon dioxide. Building and Environment 104, 59-67.
    http://dx.doi.org/10.1016/j.buildenv.2016.04.021
    http://escholarship.org/uc/item/0q1269cv

28  Schiavon S, Rim D, Pasut W, Nazaroff WW. 2016. Sensation of draft at uncovered ankles for
    women exposed to displacement ventilation and underfloor air distribution systems. Building
    and Environment 96, 228-236.
    http://dx.doi.org/10.1016/j.buildenv.2015.11.009
    http://escholarship.org/uc/item/4p692575

27  Raftery P, Bauman F, Schiavon S, Epp T. 2015. Laboratory testing of a displacement ventilation
    diffuser for underfloor air distribution systems. Energy and Buildings 108, 82-91.
    http://dx.doi.org/10.1016/j.enbuild.2015.09.005
    http://escholarship.org/uc/item/9qz2w733

26  Schiavon S, Bauman F, Tully B, Rimmer J. 2015. Chilled ceiling and displacement ventilation
    system: Laboratory study with high cooling load. Science and Technology for the Built
    Environment (Previously HVAC&R) 21(7), 944-956.
    http://dx.doi.org/10.1080/23744731.2015.1034061
    http://escholarship.org/uc/item/58m8302p

25  Rim D, Schiavon S, Nazaroff WW. 2015. Energy and cost associated with ventilating office
    buildings in a tropical climate. PLoS ONE 10(5): e0127930. Open access.
    http://dx.doi.org/10.1371/journal.pone.0127930

24  Yang B, Schiavon S, Sekhar C, Cheong KW, Tham KW, Nazaroff WW. 2015. Cooling efficiency
    of a brushless direct current stand fan. Building and Environment 85, 196-204.
    http://dx.doi.org/10.1016/j.buildenv.2014.11.032
    http://escholarship.org/uc/item/0767n79h

23  Arens E, Hoyt T, Zhou X, Huang L, Zhang H, Schiavon S. September 2014. Modeling the
    comfort effects of short-wave solar radiation indoors. Building and Environment 88, 3-9.
    http://dx.doi.org/10.1016/j.buildenv.2014.09.004
    http://escholarship.org/uc/item/89m1h2dg

22  Feng J, Bauman F, Schiavon S. December 2014. Experimental comparison of zone cooling
    load between radiant and air systems. Energy and Buildings 84, 152-159.
    http://dx.doi.org/10.1016/j.enbuild.2014.07.080
    http://escholarship.org/uc/item/9dq6p2j7

21  Schiavon S, Webster T, Dickerhoff D, Bauman F. October 2014. Stratification prediction model
    for perimeter zone UFAD diffusers based on laboratory testing with solar simulator. Energy

and Buildings 82, 786-794.
http://dx.doi.org/10.1016/j.enbuild.2014.07.056
http://escholarship.org/uc/item/14v2v0fc

20   Schiavon S, Altomonte S. July 2014. Influence of factors unrelated to environmental quality on occupant satisfaction in LEED and non-LEED certified buildings. Building and Environment 77, 148-159.
http://dx.doi.org/10.1016/j.buildenv.2014.03.028
www.escholarship.org/uc/item/52w3025m

19   Schiavon S, Hoyt T, Piccioli A. August 2014. Web application for thermal comfort visualization and calculation according to ASHRAE Standard 55. Building Simulation 7 (4), 321-334.
http://dx.doi.org/10.1007/s12273-013-0162-3
http://escholarship.org/uc/item/4db4q37h

18   Lee KH, Schiavon S. March 2014. Influence of three dynamic predictive clothing insulation models on building energy use, HVAC sizing and thermal comfort. Energies 7, 1917-1934.
http://dx.doi.org/10.3390/en7041917
http://escholarship.org/uc/item/3sx6n876

17   Fuertes G, Schiavon S. June 2014. Plug load energy analysis: The role of plug load in LEED certification and energy modeling. Energy and Buildings 76, 328-335.
http://dx.doi.org/10.1016/j.enbuild.2014.02.072
http://escholarship.org/uc/item/8fs0k03g

16   Bauman F, Feng J, Schiavon S. December 2013. Cooling load calculations for radiant systems: Are they the same as traditional methods? ASHRAE Journal, 14-20.
http://escholarship.org/uc/item/6px642bj

15   Heinzerling D, Schiavon S, Webster T, Arens E. December 2013. Indoor environmental quality models: literature review and a proposed weighting and classification scheme. Building and Environment 70, 210-222.
http://dx.doi.org/10.1016/j.buildenv.2013.08.027
http://escholarship.org/uc/item/5ts7j0f8

14   Altomonte S, Schiavon S. July 2013. Occupant satisfaction in LEED and non-LEED certified buildings. Building and Environment 68, 66-76.
http://dx.doi.org/10.1016/j.buildenv.2013.06.008
http://escholarship.org/uc/item/4j61p7k5

13   Kang KN, Song D, Schiavon S. June 2013. Correlations in thermal comfort and natural wind. Journal of Thermal Biology 38 (7), 419-426.
http://dx.doi.org/10.1016/j.jtherbio.2013.06.001

12   Feng J, Schiavon S, Bauman F. July 2013. Cooling load differences between radiant and air systems. Energy and Buildings 65, 301-321.
http://dx.doi.org/10.1016/j.enbuild.2013.06.009
http://escholarship.org/uc/item/7jh6m9sx

11   Schiavon S, Lee KH. January 2013. Dynamic predictive clothing insulation models based on outdoor air and indoor operative temperatures. Building and Environment 59, 250-260.
http://dx.doi.org/10.1016/j.buildenv.2012.08.024
http://escholarship.org/uc/item/3338m9qf

10   Lee KH, Schiavon S, Webster T, Bauman F. March 2012. Thermal decay on the underfloor air distribution (UFAD) systems: Fundamentals and influence on system performance. Applied Energy 92 (1), 197-207.
http://dx.doi.org/10.1016/j.apenergy.2011.09.011
http://escholarship.org/uc/item/6tn9246f

9   Schiavon S, Bauman F, Tully B, Rimmer J. February 2012. Room air stratification in combined chilled ceiling and displacement ventilation systems. HVAC&R Research 18 (1-2), 147-159. http://dx.doi.org/10.1080/10789669.2011.592105 http://escholarship.org/uc/item/980931rf

8   Frontczak M, Schiavon S, Goins J, Arens E, Zhang H, Wargocki P. April 2012. Quantitative relationships between occupant satisfaction and aspects of indoor environmental quality and building design. Indoor Air 22 (2), 119-131. http://dx.doi.org/10.1111/j.1600-0668.2011.00745.x http://escholarship.org/uc/item/1wc7t219

7   Schiavon S, Lee KH, Bauman F, and Webster T. March 2011. Simplified calculation method for design cooling loads in underfloor air distribution (UFAD) systems. Energy and Buildings 43 (2-3), 517-528. http://dx.doi.org/10.1016/j.enbuild.2010.10.017 http://escholarship.org/uc/item/5w53c7kr

6   Bauman F, Schiavon S, Webster T, Lee KH. 2010. Cooling Load Design Tool for UFAD Systems. ASHRAE Journal. September, 62-71. http://www.escholarship.org/uc/item/9d8430v3

5   Schiavon S, Lee KH, Bauman F, Webster T. Aug 2010. Influence of raised floor on zone design cooling load in commercial buildings. Energy and Buildings 42 (5), 1182-1191. http://dx.doi.org/10.1016/j.enbuild.2010.02.009 http://escholarship.org/uc/item/2bv611dt

4   Schiavon S, Melikov A, Sekhar C. May 2010. Energy saving strategies with personalized ventilation in tropics. Energy and Buildings 42 (5), 699-707. http://dx.doi.org/10.1016/j.enbuild.2009.11.009

3   Schiavon S, Melikov A. Nov 2009. Introduction of a cooling fan efficiency index. HVAC&R Research 5 (6), 1121-1141. http://dx.doi.org/10.1080/10789669.2009.10390882 http://escholarship.org/uc/item/4ph1m7t5

2   Schiavon S, Melikov A. May 2009. Energy-saving strategies with personalized ventilation in cold climates. Energy and Buildings 41 (10), 543-550. http://dx.doi.org/10.1016/j.enbuild.2008.11.018 http://escholarship.org/uc/item/09q0q1rb

1   Schiavon S, Melikov A. May 2008. Energy saving and improved comfort by increasing air movement. Energy and Buildings 40 (10), 1954-1960. http://dx.doi.org/10.1016/j.enbuild.2008.05.001 http://escholarship.org/uc/item/6xg815xj

**Books or books 'chapter**

3   Raftery P, Cheung T, Douglass-Jaimes D, André M, Li J, Kent M, Khoa KH, Sultan Z, Schiavon S. Fans for cooling people guidebook. 2023. https://cbe-berkeley.gitbook.io/fans-guidebook/. Version 1.0.0 on Oct 2023. Self-published, online and open source

2   Porras-Salazar JA, Schiavon S, Tham KW. 2022. Effects of IAQ on office work performance." In Handbook of Indoor Air Quality, edited by Yinping Zhang, Philip K. Hopke, and Corinne Mandin, 1–27. Springer Nature, Singapore. https://doi.org/10.1007/978-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-5_64-1

1   Raisa V, Schiavon S, Zecchin R. 2010. Teoria e tecnica della ventilazione: soluzioni per l'edilizia residenziale e per il piccolo terziario, pp 418. Editoriale Delfino. (In Italian). Theory and practice of ventilation: applications for residential and small commercial buildings.

*Peer-reviewed Papers or Extended Abstract in Conference Proceedings*

xx. Zou A, Duarte C, Raftery P, Schiavon S, Brager G. 2025. Commercial building HVAC commissioning automation using Brick metadata schema. CLIMA 2025. Milano, Italy. 4-6 June.

xx. Wu Z, Schiavon S, Karmann C, Wagner A. 2025. Combined effect of indoor environmental quality on human comfort, mood, healthy symptoms and cognitive performance. CLIMA 2025. Milano, Italy. 4-6 June.

xx. Li J, Chang L, Sanchez L, Cioni L, Kramer T, Yang W, Aijazi A, Kwong L, Sultan Z, Schiavon S. 2025. Estimate indoor heat exposure from outdoor data in Singapore. CLIMA 2025. Milano, Italy. 4-6 June.

xx Kashiwazaki M, Takemoto S, Fukawa Y, Shimoyama C, Minami K, Watanabe F, Frei M, Tartarini F, Miller C, Schiavon S, Tanabe S. 2025.  Longitudinal evaluation of work performance and well-being with a focus on individual differences. CLIMA 2025. Milano, Italy. 4-6 June.

95. André M, Rugani R, Zhang H, Schiavon S, Lamberts R. 2024. Boosting personal cooling with water: an analysis of desk fan and evaporative coolers. CATE 2024. Seville, Spain. 20-22, Nov.

94 Jiang H, Wang Y, Huizenga C, Duarte C, Raftery P, Schiavon S, Brager GS. 2025. Assessing overheating risk and energy impacts in California's residential buildings. ASHRAE 2025 Winter Conference. Orlando, USA. 8-12, February. https://escholarship.org/uc/item/1876400c

93 Kramer T, Schiavon S, Garcia-Hansen V. 2024. Spatial Thermal Autonomy (sTA): A new metric for enhancing building design towards comfort, heat resilience and energy autonomy. CATE 2024. Seville, Spain. 20-22, Nov. https://escholarship.org/uc/item/9pj5g228

92 Huizenga C, Zhang H, Schiavon S, Kwong L, Brager G, Arens E, Duarte C, Exss K, Lehrer D, Luna-Navarro A, Nomoto A, Ouellet-Plamondon C, Raftery P, Sun R, Thero R, Wang Y. Establishing Maximum Safe Indoor Temperatures for U.S. Residential Buildings. CATE 2024. Seville, Spain. 20-22, Nov. https://escholarship.org/uc/item/2bt19287

90 Nambiar C, Rosenberg S, Peffer T,  Schiavon S, Brager G,  Zhang H, Rees S. 2024. Enhancing Participation in Residential Demand Response: Insights from Case Studies Conducted in Alaska and California. ACEEE 2024. Pacific Grove, USA. 4-9 August.

89 Dallo F, Parkinson T, Duarte C, Schiavon S, Um CY, Modera M, Raftery P, Barbante C, Singer BC. Improving Air Quality using Smart Thermostats: Minimizing Indoor Exposure to Wildfire-Generated Fine Particulate Matter (PM2.5). Indoor Air 2024. Honolulu, USA. 7-11 July.

88 Sun R, Schiavon S, Brager G, Arens E, Zhang H, Parkinson T, Zhang CL. 2024. Why do we need causal thinking? Extended abstract. Indoor Air 2024. Honolulu, USA. 7-11 July.

86 Li J, Chan WYR, Singer BC, Schiavon S, Bell T, Young R. 2024. Characterizing indoor environment quality and energy efficiency improvement opportunities in U.S. commercial kitchens. Indoor Air 2024. Honolulu, USA. 7-11 July.

85 Li J, Sultan Z, Schiavon S. 2024. Should we use ceiling fans indoors to reduce the risk of transmission of infectious aerosols?  Indoor Air 2024. Honolulu, USA. 7-11 July.

84 Um CY, Russell M, Delp WW, Schiavon S, Singer BC, Sohn MD. 2024. Field demonstration of a tracer method to track simulated exhaled air trajectories and mixing in three connected rooms with upper-room GUV.  Indoor Air 2024. Honolulu, USA. 7-11 July.

83 Chang SW, Schiavon S. 2024. Impact of window vs windowless on cognitive performance – a field test during university exam. PLEA 2024. Wrocław, Poland. 26-28 June. Pages 364-368. https://doi.org/10.37190/PLEA_2024

82 Tartarini F, Nomoto A, Ocokoljic J, Acuache Briceno OJ, Zaldivar De Alba S, Chen RS, Lu JY, Mu Y, Schiavon S, Ollie J. 2024. *jsthermalcomfort:* a JavaScript package to calculate thermal comfort and thermal stress indices. Extended abstract. Indoor Air 2024. 7-11 July, Honolulu, USA.

81 Sultan Z, Jia H, Schiavon S. 2023. Energy performance assessment of COVID-19 building recommendations in Singapore. International Conference on Building Energy and Environment 2023. 184. Springer Nature Singapore https://doi.org/10.1007/978-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-5_184

80   Tartarini F, Cheung T, Schiavon S, Arens E. 2023. The prediction accuracy of different Predicted Mean Vote (PMV) model formulations. 5th International Conference on Building Energy and Environment. COBEE 2022. Environmental Science and Engineering. Springer, Singapore.
https://doi.org/10.1007/978-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-5_255

79   Lin YW, Sun RJ, Schiavon S, Spanos C. 2023. Toward design automation for building models. Building Simulation 2023 Conference. September. Shanghai, China, Sept 4-6.

78   Lin YW, Hazari A, Tang TLE, Schiavon S, Spanos C. 2022. Toward defining level of abstraction for building energy models. ACM International Conference on Systems for Energy-Efficient Buildings, Cities, and Transportation. BuildSys'22. Boston, USA, Nov 9-10

77   Quintana M, Nagy Z, Tartarini F, Schiavon S, Miller C. 2022. ComfortLearn: Enabling agent-based occupant-centric building controls. ACM International Conference on Systems for Energy-Efficient Buildings, Cities, and Transportation, 475–478. BuildSys'22. Boston, USA, Nov 9-10. https://doi.org/10.1145/3563357.3566167

76   Lamon E, Raftery P. Schiavon S. 2022. Boiler retrofits and decarbonization in existing buildings: HVAC designer interviews. ACEEE Summer Study on Energy Efficiency in Buildings. August. Pacific Grove, CA. https://escholarship.org/uc/item/6k4369z

75   Betti G, Tartarini F, Schiavon S. 2022. CBE Clima Tool: A free and open-source climate analysis web application for the AEC community. Abstract accepted for sbe22 berlin D-A-CH conference. Built Environment within planetary boundaries. Berlin, Germany, Sept 20-23.

74   Das HP, Schiavon S, Spanos CJ. 2021. Unsupervised Personal Thermal Comfort Prediction via Adversarial Domain Adaptation. 8th ACM International Conference on Systems for Energy-efficient Buildings, Cities, and Transportation (BuildSys '21). ACM, Coimbra, Portugal, 230-231. Best Poster/Demo Award https://doi.org/10.1145/3486611.3492231

73   Quintana M, Schiavon S, Tham KW, Miller Clayton. 2020. Balancing thermal comfort datasets: We GAN, but should we? ACM BuildSys '20 Conference. Yokohama, Japan.
http://arxiv.org/abs/2009.13154v1

72   Mishra AK, Schiavon S, Wargocki P, Tham KW. 2020 Effect of carbon dioxide concentration on respiratory parameters of occupants. Indoor Air 2020. Seoul, South Korea.

71   Tartarini F, Schiavon S. 2020. Skin temperature sampling period for longitudinal thermal comfort studies. Indoor Air 2020. Seoul, South Korea.

69   Gall ET, Mishra AK, Li J, Schiavon S, Laguerre A. 2020. Psychological stress increases human bioeffluent emissions: An experimental assessment. Indoor Air 2020. Seoul, South Korea.

68   Ko WH, Schiavon S, Graham LT, Brager G, Mauss I. 2020. The impact of a view from a window on thermal comfort, emotion, cognitive performance. Indoor Air 2020. Seoul, South Korea.

67   Li J, Zuraimi S, Schiavon S, Wan MP, Xiong J, Tham KW. 2020. Diurnal trends of indoor and outdoor fluorescent biological aerosol particles in Singapore. Indoor Air 2020. Seoul, South Korea.

66   Cheung T, Schiavon S, Graham L, Tham KW. 2020. Occupant's environmental satisfaction survey in five Singaporean commercial buildings. 11th Windsor Conference. Windsor, UK.

65   Mishra A, Schiavon A, Wargocki P, Tham KW. 2020. Carbon dioxide and its effect on occupant cognitive performance: A literature review. 11th Windsor Conference. Windsor, UK.

64   Lipczyńska A, Mishra A, Schiavon S. 2020. Experimental evaluation of the effect of body mass on thermal comfort perception. 11th Windsor Conference. Windsor, UK.

63   Arens E, Heinzerling D, Liu S, Paliaga G, Pande A, Schiavon S, Zhai YC, Zhang H. 2020. Advances to ASHRAE Standard 55 to encourage more effective building practice. 11th Windsor Conference. Windsor, UK.

62   Woolley J, Raftery P, Schiavon S. 2020. Effects of 'thermal zone' geometry on predicted energy benefits of radiant heating and cooling systems. 6th International High Performance Buildings Conference at Purdue, West Lafayette, IN, USA. July 13-16.

61  Li J, Wan MP, Schiavon S, Tham KW, Zuraimi S, Xiong J, Gall E. 2019. WIBS study of indoor and outdoor bioaerosols of a natural ventilated bedroom in Singapore. Healthy Building 2019 Asia, Changsha, China. October 22-25.

60  Zani A Richardson HD, Tono A, Schiavon S, Arens E. 2019. A simulation-based design analysis for the assessment of indoor comfort under the effect of solar radiation. SimAUD 2019, Atlanta, USA. April 7-9.
https://escholarship.org/uc/item/5vb3x9d6

59  Zani A, Richardson HD, Tono A, Schiavon S, Arens E. 2019. Annual Radiation Discomfort: A new climate-based framework for modelling short-wave solar radiation in indoor spaces. Building Simulation 2019 Conference. Rome, Italy. Sept 2-4.

58  Aijazi A, Best R, Schiavon S. 2019. Optimizing Energy Conservation Measures in a Grocery Store using Present and Future Weather Files. Building Simulation 2019 Conference. Rome, Italy. Sept 2-4. http://www.ibpsa.org/proceedings/BS2019/BS2019_210726.pdf

57  Liu S, Wang Z, He Y, Luo M, Zhang H, Schiavon S. 2018. Discomfort caused by thermal stratification at thermal neutrality. 15th International Conference Indoor Air 2018, Philadelphia, PA, USA. July 22-27.

56  Liu S, Jin M, Das HP, Spanos CJ, Schiavon S. 2018. Personal thermal comfort models based on physiological parameters measured by wearable sensors. 10th Windsor Conference. Windsor, UK. April 12-15.

55  Kim J, Schiavon S, Brager G. 2018. Personal comfort models – a new paradigm in thermal comfort for intelligent environmental control. 10th Windsor Conference. Windsor, UK. April 12-15.

54  Fugiglando U, Santucci D, Bojic I, Santi P, Cheung TCT, Schiavon S, Ratti C. 2018. Developing personal thermal comfort models for the control of HVAC in cars using field data. 10th Windsor Conference. Windsor, UK. April 12-15.

53  Karmann C, Schiavon S, Arens E. 2018. Percentage of commercial buildings showing at least 80% occupant satisfied with their thermal comfort. 10th Windsor Conference. Windsor, UK. April 12-15.
https://escholarship.org/uc/item/89m0z34x

52  Karmann C, Schiavon S, Graham LT, Raftery P, Bauman F. 2018. Occupant satisfaction in 60 radiant and all-air buildings: Comparing thermal comfort and acoustical quality. PLEA 2018. Hong Kong, Dec 10-12. (Best paper award)

51  Zani A, Mainini AG, Blanco Cadena JD, Schiavon S, Arens E. 2018. A new modeling approach for the assessment of the effect of solar radiation on indoor thermal comfort. 2018 Building Performance Analysis Conference and SimBuild. Chicago, IL, Sept 26-28.
https://escholarship.org/uc/item/2jx680d7

50  Duarte C, Raftery P, Schiavon S, Bauman F. 2018. How high can you go? Determining the highest supply temperature for high thermal mass radiant cooling systems in California. 4th International Conference on building energy environment COBEE 2018. Melbourne, Australia, Feb 5-9.

49  Jin M, Liu S, Tian Y, Lu M, Schiavon S, Spanos C. 2017 Indoor environmental quality monitoring by autonomous mobile sensing. The 4th ACM International Conference on Systems for Energy-Efficient Built Environments (BuildSys 2017), Delft, The Netherlands, Nov 8-9.

48  Lipczynska A, Schiavon S, Graham L. 2017. Thermal comfort and self-reported productivity in an office with ceiling fans in the tropics. Healthy Building 2017, Lublin, Poland, July 2-5.

47   Ko WH, Schiavon S. 2017. Balancing thermal and visual autonomy in the assessment of building performances. 15th International Conference Building Simulation 2017, San Francisco, US, August 7-9.
https://escholarship.org/uc/item/7b4909sf

46   Raftery P, Duarte C, Schiavon S, Bauman F. 2017. A new control strategy for high thermal mass radiant systems. 15th International Conference Building Simulation 2017, San Francisco, US, August 7-9.

45   Bourdakis E, Schiavon S, Raftery P, Bauman F, Olesen B. 2017. Cooling load calculations of radiant and all-air systems for commercial buildings. International Conference PLEA 2017, Edinburgh, UK, July 3-5.

44   Altomonte S, Kent M, Brager G, Schiavon S. 2017. Are occupants more satisfied with indoor environmental quality in green-certified buildings? International Conference PLEA 2017, Edinburgh, UK, July 3-5.

43   Kabanshi A, Liu S, Schiavon S. 2016. Potential adaptive behaviors to counteract thermal discomfort in spaces with displacement ventilation or underfloor air distribution systems. 14th International Conference Indoor Air 2016, Ghent, Belgium. July 3-8.

42   Gall E, Cheung T, Luhung L, Schiavon S, Nazaroff W. 2016. Real-time measurement of personal exposures to carbon dioxide. 14th International Conference Indoor Air 2016, Ghent, Belgium. July 3-8.

41   Altomonte S, Saadouni S, Schiavon S. 2016. Occupant satisfaction in LEED and BREEAM-certified office buildings. PLEA 2016 Conference, Los Angeles, US. July 11-13.
http://escholarship.org/uc/item/77j647gr

40   Cheung T, Gall E, Schiavon S, Nazaroff W. 2016. Real-time personal continuous monitoring of air temperature, relative humidity, carbon dioxide, and thermal and perceived air quality acceptability in Singapore. 9th Windsor Conference. Windsor, UK. April 7-10th

39   Karmann C, Schiavon S, Bauman F. 2015. Do radiant systems provide better thermal comfort than air systems? A brief critical literature review. 9th International Symposium on Heating, Ventilation and Air Conditioning (ISHVAC) and the 3rd International Conference on Building Energy and Environment (COBEE). Tianjin, China. July 12-15.

38   Schiavon S, Yang B, Chang W-C, Nazaroff W. 2015. Effect of air temperature and personally controlled air movement on thermal comfort for tropically acclimatized persons. 9th International Symposium on Heating, Ventilation and Air Conditioning (ISHVAC) and the 3rd International Conference on Building Energy and Environment (COBEE). Tianjin, China. July 12-15.

37   Ning B, Schiavon S, Bauman F. 2015. A classification scheme for radiant systems based on thermal time constant. 9th International Symposium on Heating, Ventilation and Air Conditioning (ISHVAC) and the 3rd International Conference on Building Energy and Environment (COBEE). Tianjin, China. July 12-15.

36   Schiavon S, Rim D, Pasut W, Nazaroff W. 2014. Sensation of draft at ankles for displacement ventilation and underfloor air distribution systems. 13th International Conference Indoor Air 2014, Hong Kong. July 7-12.
http://escholarship.org/uc/item/34t9x4st

35   Chen B, Schiavon S, Bauman F, and Chen QY. 2014. A comparison between two underfloor air distribution (UFAD) design tools. 13th International Conference Indoor Air 2014, Hong Kong. July 7-12.
http://escholarship.org/uc/item/5zz6g8wj

34   Yang B, Schiavon S, Sekhar C, Cheong KW, Tham KW, Nazaroff W. 2014. Performance evaluation of an energy efficient stand fan. 13th International Conference Indoor Air 2014, Hong Kong. July 7-12.

33   Schiavon S, Altomonte S. 2014. Influence of factors unrelated to environmental quality on occupant satisfaction in LEED and non-LEED certified buildings. 13th International Conference Indoor Air 2014, Hong Kong. July 7-12.

32   Arens E, Huang L, Hoyt T, Zhou X, Zhang H, and Schiavon S. 2014. Modeling the comfort effects of short-wave solar radiation indoors. 13th International Conference Indoor Air 2014, Hong Kong. July 7-12.
     https://escholarship.org/uc/item/89m1h2dg

31   Rim D, Schiavon S, Nazaroff W. 2014. Impact of increasing outdoor ventilation rates on energy consumption for office building in tropical climate. 13th International Conference Indoor Air 2014, Hong Kong. July 7-12.

30   Karmann C, Schiavon S, Bauman F. 2014. Online map of buildings using radiant technologies. 13th International Conference Indoor Air 2014, Hong Kong. July 7-12.
     http://escholarship.org/uc/item/9rs8t4wb

29   Schiavon S, Webster T, Dickerhoff D, Bauman F. 2014. Stratification prediction model for perimeter zone UFAD diffusers based on laboratory testing with solar simulator. 13th International Conference Indoor Air 2014, Hong Kong. July 7-12.

28   Feng D J, Schiavon S, Bauman F. 2014. Critical review of water based radiant cooling systems design methods. 13th International Conference Indoor Air 2014, Hong Kong. July 7-12.
     https://escholarship.org/uc/item/2s00x6ns

27   Altomonte S, Schiavon S. 2014. Indoor environmental quality and user satisfaction in green certified buildings. 48th International Conference of Architectural Science Association 2014. Genoa, Italy. Dec 10-13.

26   Feng D J, Schiavon S, Bauman F. 2013. Impacts of solar heat gain on radiant floor cooling systems design. 11th International Conference CLIMA 2013, Prague, Czech Republic, June 16-19.
     http://escholarship.org/uc/item/2913930b

25   Schiavon S, Bauman F, Tully B, Rimmer J. 2013. Temperature stratification in high cooling load office in a combined chilled ceiling and displacement ventilation system. 11th International Conference CLIMA 2013, Prague, Czech Republic, June 16-19.

24   Fuertes G, Schiavon S. 2013. Plug load energy analysis: The role of plug load in LEED certification. 11th International Conference CLIMA 2013, Prague, Czech Republic, June 16-19.
     http://escholarship.org/uc/item/8fs0k03g

23   Lee KH, Schiavon S. 2012, Influence of two dynamic predictive clothing insulation models on building energy performance. Asim2012. Shanghai, China, Nov 25-27.
     http://www.ibpsa.org/proceedings/asim2012/0012.pdf

22   Steinfeld K, Schiavon S, Moon D. 2012. Open Graphic Evaluative Frameworks: A climate analysis tool based on an open web-based weather data visualization platform. 30th International eCAADe Conference – Digital Physicality / Physical Digitality, Prague, Czech Republic, September 12-14.
     http://escholarship.org/uc/item/0dx855jg

21   Basu C, Schiavon S, Bauman F. 2012. Sizing Thermally Active Building Systems (TABS): A Brief Literature Review. International Conference on Building Energy and Environment. Boulder, Colorado, August 1-4.
     http://www.escholarship.org/uc/item/8zg102ff

20   Feng J, Schiavon S, Bauman F. 2012. Comparison of Zone Cooling Load for Radiant and Air
     Conditioning Systems. International Conference on Building Energy and Environment.
     Boulder, Colorado, August 1-4.
     http://escholarship.org/uc/item/9g24f38j

19   Webster T, Hoyt T, Lee E, Daly A, Feng J, Bauman F, Schiavon S, Lee KW, Pasut W, and
     Fisher D. 2012. Influence of design and operating conditions on underfloor air distribution
     (UFAD) system performance. SimBuild 2012, Madison, WI, August 1-3.
     http://www.ibpsa.us/simbuild2012/Papers/SB12_TS10b_4_Webster.pdf

18   Wargocki P, Frontczak M, Schiavon S, Goins J, Arens E, Zhang H. 2012. Satisfaction and self-
     estimated performance in relation to indoor environmental parameters and building features.
     10th Conference on Healthy Buildings, Brisbane, Queensland, July 8-12.
     http://escholarship.org/uc/item/451326fk

17   Schiavon S, Lee KH. 2012. Predictive clothing insulation model based on outdoor air and
     indoor operative temperatures. 7th Windsor Conference: The changing context of comfort in
     an unpredictable world Cumberland Lodge, Windsor, UK, April 12-15.
     http://escholarship.org/uc/item/4sd2240n

16   Lee KH, Schiavon S, Webster T, Bauman F, Hyot T, Feng J. 2011. Lessons learned in modeling
     underfloor air distribution system. International Conference of Building Simulation 2011,
     Sydney, Australia, November 14-16.
     http://escholarship.org/uc/item/89b530ph

15   Schiavon S, Bauman F, Tully B, Rimmer J. 2011. Ventilation effectiveness in combined chilled
     ceiling and displacement ventilation systems. International Conference Indoor Air Quality and
     Climate 2011. Austin, US.
     http://escholarship.org/uc/item/4cb4d630

14   Frontczak M, Schiavon S, Goins J, Arens E, Zhang H, Wargocki P. 2011. Quantitative
     relationships between occupant satisfaction and aspects of indoor environmental quality and
     building design. International Conference Indoor Air Quality and Climate 2011. Austin, US.

13   Peretti C, and Schiavon S. June 2011. Indoor environment quality survey: a brief literature
     review. International Conference Indoor Air Quality and Climate 2011. Austin, US.
     http://escholarship.org/uc/item/0wb1v0ss

12   Schiavon S, Bauman F, Tully B, Rimmer J. 2010. Room air stratification in combined chilled
     ceiling and displacement ventilation systems. 7th International Conference IAQVEC2010.
     Syracuse, New York, US.

11   Webster T, Lee KW, Bauman F, Schiavon S, Hoyt T, Feng J, Daly A. 2010. Influence of supply
     air temperature on underfloor air distribution (UFAD) system energy performance. SimBuild
     2010. New York, US.
     www.ibpsa.us/sb10pub.shtml

10   Peretti C, Schiavon S, Goins J, Arens E, De Carli M. 2010. Evaluation of Indoor Environment
     Quality with a Web-based Occupant Satisfaction Survey: A Case Study in Northern Italy.
     International Conference Clima 2010 - REHVA World Congress. Antalya, Turkey.
     http://escholarship.org/uc/item/4h5616k5

 9   Peretti C, Schiavon S, Goins J. 2009. Analisi della qualità dell'ambiente interno di un edificio
     per uffici certificato A+ secondo CasaClima (In Italian). Evaluation of indoor environment
     quality of an office building certificated CasaClima A+ (In English). Poster presentation.
     Energy Forum on Solar Architecture & Urban Planning 2009. Bressanone, Italy.
     http://escholarship.org/uc/item/6v70g2wn

8   Schiavon S, Melikov A. 2009. Evaluation of the Cooling Fan Efficiency index for a desk fan and a computer fan. International Conference Roomvent 2009. Busan, South Korea.
http://www.escholarship.org/uc/item/98n759dr

7   Schiavon S, Melikov A. 2008. Energy analysis of a personalized ventilation system in a cold climate: influence of the supplied air temperature. 29th International Conference AIVC in 2008. Kyoto, Japan. (Best Poster Award)
http://escholarship.org/uc/item/8xs7b61d

6   Schiavon S, Melikov A. 2008. Energy saving and improved comfort by increasing air movement. International Conference Indoor Air 2008. Copenhagen, Denmark.

5   Scarpa M, Schiavon S, Zecchin R. 2008. Renewable energy in commercial buildings. Le fonti d'energia rinnovabile nella climatizzazione. International Conference Expocomfort 2008. Milan 12-13 March. pp 71-87.
http://escholarship.org/uc/item/486449n4

4   Schiavon S, Zecchin R. 2008. Indoor Climate and Productivity in Offices. Clima Interno e Produttività negli Uffici. International Conference Expocomfort 2008. Milan 12-13 March. pp 475-488.
http://escholarship.org/uc/item/40r8r9pz

3   Schiavon S, Melikov A, Cermak C, De Carli M, Li X. 2007. An Index for Evaluation of Air Quality Improvement in Rooms with Personalized Ventilation Based on Occupied Density and Normalized Concentration. International Conference Roomvent 2007. Helsinki, Finland.
http://escholarship.org/uc/item/2kw822s7

2   De Carli M, Scarpa M, Schiavon S, Zecchin R. 2007. Simulated Energy Savings of a Cool Roofs applied to Industrial Premise in the Mediterranean Area. International Conference ClimaMed2007. Genoa, Italy.
http://escholarship.org/uc/item/0n18t8wz

1   Schiavon S. 2006. Design methods for displacement ventilation: Critical review. Chinese National HVAC&R Conference, Hefei, Anhui, China. (In Chinese)
http://escholarship.org/uc/item/5p3008p9

### Reports

23   Sultan Zuraimi, Schiavon S, Pantelic J, Salazar JA, Li JY. Mishra A, Kent M. SinBerBEST Recommendations for Singapore Buildings during COVID-19 Pandemic. Published first version 25 April 2020.
https://www.sleb.sg/Context/ContentDetails/46/17

22   Bauman F, Raftery P, Schiavon S, Karmann C, Pantelic J, Duarte D, Woolley J, Dawe M, Graham LT, Miller D, Cheng H, Feng J, Heinzerling D, Higgins C, Carbonnier K, Paliaga G, Pande S, and Farahmand F. 2019. Optimizing Radiant Systems for Energy Efficiency and Comfort. Final report to the California Energy Commission. April 2019.
https://escholarship.org/uc/item/6qx027rh

21   Feng J, Cheng H, Bauman F, Raftery P, Schiavon S, Pantelic J, Woolley J, Duarte C. December 2018. Code and standards report.
https://escholarship.org/uc/item/7st6c08f

20   Ko WH, Brager G, Schiavon S, Selkowitz S. October 2017.Building envelope impact on human performance and well-being: Experimental study on view clarity. CBE Report.
https://escholarship.org/uc/item/0gj8h384

19   Carbonnier K, Higgins C, Bauman F, Karmann C, Raftery P, Schiavon S, Graham L. September 2017. Energy Use, Occupant Surveys and Case Study Summary: Radiant Cooling and Heating

in Commercial Buildings. CBE Report
www.escholarship.org/uc/item/3cj9n3n4

18   Talami R, Karmann C, Bauman F, Schiavon S, Raftery P. 2017. Recent trends in radiant system technology in North America, pp 26
http://escholarship.org/uc/item/7pz8p9r6

17   Bauman F, Raftery P, Kim J, Kaam S, Schiavon S, Zhang H, Arens E, Brown K, Peffer T, Blumstein C, Culler D, Anderson M, Fierro G, Paliaga G, Pande A, Cheng H. Center for the Built Environment, University of California, Berkeley. 2017. Changing the rules: Innovative Low-Energy Occupant-Responsive HVAC Controls and Systems. California Energy Commission. Publication number: CEC-PIR-12-026.

16   Bauman F, Zhang H, Arens E, Raftery P, Karmann C, Feng JD, Zhai Y, Schiavon S, Dickerhoff D, Zhou X. Center for the Built Environment, University of California, Berkeley. 2015. Advanced Integrated Systems Technology Development: Personal Comfort Systems and Radiant Slab Systems. California Energy Commission. Publication number: CEC-500-2016-068, pp 143

15   Duarte C, Raftery P, Schiavon S. April 2016. SinBerBEST Technology Energy Assessment Results. Final report to SinBerBEST. Center for the Built Environment, University of California, Berkeley, CA, pp 69
http://escholarship.org/uc/item/7k1796zv

14   Monteiro P, Mosalam K, Nazaroff W, Ostertag C, Poolla K, Sangiovanni-Vincentelli A, Schiavon S, Spanos C, Taylor H, Tomizuka M. July 2015. SinBerBEST Mid-review Technical Report. Singapore. pp 77

13   Monteiro P, Mosalam K, Nazaroff W, Ostertag C, Poolla K, Sangiovanni-Vincentelli A, Schiavon S, Spanos C, Taylor H, Tomizuka M. July 2015. SinBerBEST Mid-review Scientific Advisory Committee Report. Singapore. pp 57

12   Bauman F, Webster T, Zhang H, Arens E, Lehrer D, Dickerhoff D, Feng D, Heinzerling D, Fennon D, Yu T, Hoffmann S, Hoyt T, Pasut W, Schiavon S, Vasuswv J, Kaam S. July 2013. Final project report to CEC (CEC-500-2014-074). Center for the Built Environment.
https://escholarship.org/uc/item/8jb4f64f

11   Webster T, Bauman F, Lee KH, Schiavon S, Daly A, Hoyt T. December 2012. CBE EnergyPlus' Modeling Methods for UFAD Systems. Report for the Center for the Built Environment, University of California, Berkeley, CA
http://escholarship.org/uc/item/4mt314vs

10   Bauman F, Webster T, Schiavon S, Zhang H, Arens E. April 2012. Advanced Design and Commissioning Tools for Energy-Efficient Building Technologies. Final report to California Energy Commission (CEC) Public Interest Energy Research (PIER) Program, Contract 500-06-049. Center for the Built Environment, University of California, Berkeley, pp 123.
http://escholarship.org/uc/item/9pc6t4s3

9   Webster T, Bauman F, Schiavon S, Dickerhoff D, Heinzerling D. August 2011. Technical report of California State Teachers Retirement System Building: UFAD Performance and Blinds Study. Report for the Center for the Built Environment, University of California, Berkeley, CA.
http://escholarship.org/uc/item/7hc7h08r

8   Bauman F, Webster T, Dickerhoff D, Schiavon S, Feng D, Basu C. October 2011. Case study report: David Brower Center. Report for the Center for the Built Environment, University of California, Berkeley, CA, April, pp 8.
http://www.cbe.berkeley.edu/research/pdf_files/Bauman2011-Brower-interim-report.pdf

7   Bauman F, Webster T, Lehrer D, Arens E, Zhang H, Goins J, Dickerhoff D, Schiavon S, Hoffmann S, Tiefeng Yu, Fannon D, Perepelitza M, Zelenay K. Feb 2011. Advanced Integrated Systems Tools Development and Performance Testing. UC Office of the President/CIEE

Contract Number: 500-99-013. Work Authorization Number: BOA-99-225-P. pp 24.
http://uc-ciee.org/downloads/BOA-99-225-P_FinalReport_02-16-11.pdf

6   Goins J, Adams M, Alminana J, Bauman F, Dickerhoff D, Molly J, Mc Daniels S, Mendel C, Morris P, Schiavon S, Webster T. April 2011. Kresge Foundation Complex: Post-Occupancy Evaluation. Final Report, pp 187.
http://escholarship.org/uc/item/30h937bh

5   Schiavon S, Bauman F, Lee KH, Webster T. July 2010. Development of a simplified cooling load design tool for underfloor air distribution systems. Final Report to CEC PIER Program, pp 20. CEC Contract No. 500-06-049.
http://escholarship.org/uc/item/70f4n03z

4   Schiavon S, Bauman F. 2010. Heat transfer analysis of radiant roof panel system. Report for Integrated Structures, Inc., pp 5.

3   Webster T, Bauman F, Lee K, Schiavon S, Daly A. 2009. CBE UFAD simulations toolkit part I - User Guide. Report for the Center for the Built Environment, University of California, Berkeley, CA, October, pp 16.

2   Schiavon S, Bauman F. 2009. Cooling Airflow Design Tool for Displacement Ventilation (DV). User Notes for the Center for the Built Environment, University of California, Berkeley, CA, June, pp 69.
http://escholarship.org/uc/item/7k1796zv

1   Linden P, Yu JK, Webster T, Bauman F, Lee KH, Schiavon S, Daly A. 2009. Simulation of Energy Performance of Underfloor Air Distribution (UFAD) Systems. Building Energy Research Grant (BERG), pp 46.
www.escholarship.org/uc/item/7gr8r3d3

### Book's contributions

4   Contributor to UFAD O&M Guide. A Practical Guide for Operation and Maintenance of Underfloor Air Distribution Systems. I drafted most of chapter 1. ASHRAE, Atlanta, GA.

3   Commenting on: Devlieger L (Rotor). 2014. Behind the green door. A critical look at sustainable architecture through 600 objects. Oslo Architecture Triennale.

2   Translation from English to Italian: Nielsen PV, Allard F, Awbi HB, Davidson L, Schälin A. 2007. Computational Fluid Dynamics in Ventilation Design. REHVA Guidebook no 10. 2007 (Translation for AICARR).

1   Translation from English to Italian: Wargocki P, Seppänen O, Andersson J, Boerstra A, Clements-Croome D, Fitzner K, Olaf Hanssen S. 2006. Indoor Climate and Productivity in Offices. How to integrate productivity in life-cycle cost analysis of building services. REHVA Guidebook no 6. (Translation for AICARR).

### Editorials

2   Ko WH, Schiavon S et al. (55 authors). Window view quality: Why it matters and what we should do. *LEUKOS* 18, 3 (July 3, 2022): 259–67.
https://doi.org/10.1080/15502724.2022.2055428.

1   Schiavon S. 2014. Adventitious ventilation: A new definition for an old mode? Indoor Air 24, 557-558. (Editorial)
http://dx.doi.org/10.1111/ina.12155

### Media

Schiavon's research has been featured media outlets such as The Washington Post, The Wall

Street Journal, NPR, Time, CNN, Forbes, The Atlantic, USA Today, Newsweek, The Associated Press, The Boston Globe, The Straits Times, La Repubblica, Fast Company, Architectural Record, and ArchDaily.

37   The Straits Times. Use fan with air-con set at higher temperature to stay cool, save energy. Jan 2025

36   This Old House. What does it cost to heat a home in the winter? Jan 2025

35   The Atlantic. Your air conditioner is lying to you. Aug 2024

34   Fast Company. London, Singapore, and Hong Kong are redesigning their wind to cool off. Aug 2024

33   NPR. How to keep cool while saving energy (and money). July 2024

32   Vox. Stop setting your thermostat at 72. July 2024

31   Time. How to Properly Cool Your Home With a Fan. June 2024

30   The Daily Californian. How building design impacts people's well-being. March 2024

29   The Strait Times. Scientists worried by future warmer nights want to help workers, residents in S'pore sleep better. Jan 2024

28   Washington Post. Don't use a space heater this winter. Do this instead. Dec 2023

27   Washington Post. Why you should think twice about cranking up your thermostat as it gets cold. Dec 2023

26   KCBS Radio. How to keep your home warm. Dec 2023.

25   Houston Chronicle. Looped In podcast. Texas summers, women's winters. Sept 2023

24   CNN. Temperatures reached record highs this week. Here's why you still need a sweater in the office. July 2023

23   Better Buildings for Humans podcast. Leading edge innovation on occupant comfort. July 2023

22   Building Design. Are you sufficiently prepared for a heatwave summer? April 2023

21   American Geophysical Union. Urban overheating risks are personal, study finds. Sept 2022.

20   Wall Street Journal. Why your office feels so cold. July 2022

19   Newsweek. Office aircon is sexist to women, study finds. December 2021.

18   Lianhe Zaobao (largest Singaporean Chinese-language newspaper). HDB will enhance ventilation for its shopping malls and office buildings. June 2021.

17   Popular Science. Why your office is so cold, and how to deal with it. May 2018.

16   Associated Press. Take this job and shiver it: Chilly offices plague workers. Jan 2018. News picked up also by USA Today, Telemundo;

15   UC Berkeley News. Turning up the thermostat in tropics shows promise for energy and comfort. Dec 2016. News picked up also by Xinhua, Technology.org, China.org.cn, MyScience, ScienceDaily.

14   ASHRAE News. Online Thermal Comfort Compliance Tool Included In New ASHRAE User's Manual. Oct 2016.

13   The Atlantic. In cold offices, it's all about your feet. Sept 2016.

12   PM. Radiant cooling schooling. April 2016.

11   EI at Haas blog. Are we over-air conditioned? September 2015

10   Forbes. Boosting Performance Through Thoughtful Workplace Design. July 2015

9   Modulo 394. Scenari Sostenibili. Emanuele Nabboni. May 2015
ISSN 0390 – 1025. Page: 120-124.

8  Occupant satisfaction in LEED and non-LEED buildings. Archdaily.com. BuildingGreen.com. CasaClima. Workplace Insight. Journal of Commerce. Daily Commercial News. Quality Digest. Environmental Leader. May-June 2-14.

7  Architectural Record. Performance anxiety. December 2013.

6  Il Venerdì. La Repubblica. Chi scalda la sedia salva l'ambiente. Beautiful mind. N 1337 page 68-69. Nov 2013

5  Science for Environment Policy. Indoor environmental quality of LEED-certified buildings evaluated. European Commission DG Environment News Alert Service. Oct 2013

4  CubeSensor. The environment can boost your workplace happiness. July 2013

3  Modulo. 15 Jan 2013. False myths about sustainable architecture. Interview about post occupancy evaluation by associate professor Emanuele Naboni (Royal Danish Academy).

2  Boston Globe. A room temperature of one's own. Feb 2010

1  New Scientist. Climate control for your desk. Dec 2009

### Wikipedia

Since November 2007 I personally edited 171 (27) pages. My total live edits are 486 (62).

Hereafter a chronological list of the main pages that my students and I updated or created: Underfloor air distribution (created); Mean radiant temperature; Cool roof; Blower door; Plug load (created); Natural ventilation; Dedicated outdoor air systems (created); Radiant cooling (created); Displacement ventilation (created); Dry-bulb air temperature; Thermal comfort; Clothing insulation; Operative temperature; Vapor Barrier; LEED; Radiant heating and cooling system (created); Passive cooling; Thermal manikin (created); Exploratorium; Evaporative Cooling in Buildings (created); ASHRAE 55 (created); David Brower Center; Headquarter of David and Lucile Packard Foundation (created); Thermal Bridge; New York Times Building; Red List building materials; Ralph G. Nevins (created); Cooling load (created); Passive cooling; Solar access; Daylighting; Lighting; Thermal bridge; Evidence based design; Airflow; Primary energy; Building energy simulation; Immersion; Solar gain (update and merge); Community resilience; Building Science; Alliesthesia; BIM; Healthy building; Building Automation; Takt Time; Generative design; Low-carbon economy; Biomimetic Architecture; ASHRAE 90.1.

### Software

7.  Pythermalcomfort. Version 3.0. March 2025. The Python library is freely available at: https://pypi.org/project/pythermalcomfort/. First version February 2020. Authors: Federico Tartarini, Stefano Schiavon. ~7.5k users per month. Documentation

6.  CBE Clima Tool. Version 0.8.5. April 2023. The design tool is freely available at: clima.cbe.berkeley.edu. First version June 2021. Authors: Giovanni Betti, Federico Tartarini, Christine Nguyen, Stefano Schiavon. From June 2023 to May 2024 the tool has been used by 45k unique users with ~5.3k unique users per month. Documentation

5.  CBE Thermal Comfort Tool. Version 2.5.5. March 2024. The design tool is freely available at: comfort.cbe.berkeley.edu. First version April 2013. Beta version October 2011. From June 2023 to May 2024 the tool has been used by 77k unique users with ~7.4k unique user per month. Documentation

4.  CBE Rad Tool. Version 1. Jan 2019. The design tool is freely available at: http://radiant.cbe.berkeley.edu/

3.  UFAD Cooling Airflow Design Tool. Version 2. 07/03/2014. The design tool is freely available at: https://centerforthebuiltenvironment.github.io/ufad_design_tool/. UFAD Cooling Airflow Design Tool. Version 1. 06/10/2010.

2. CBE UFAD Simulation Toolkit. Excel interface for EnergyPlus 3.1 to simulate an UFAD system. 2010. The design tool is not anymore maintained and available to the public.

1. Cooling Airflow Design Tool for Displacement Ventilation (DV). Excel 2007/VBA version of the ASHRAE method for calculating the amount of design cooling airflow required for a displacement ventilation (DV) system. 2010. The design tool is not anymore maintained and available to the public.

**Invention disclosure**

3. System to Reduce Indoor Particulate Exposure in Residential Buildings. Thomas Parkinson, Federico Dallo, Carlos Duarte, Stefano Schiavon, Mark Modera. Based on CITRIS grant 2022. July 2022. BK-2023-002.

2. Calibrated Thermal Comfort Control for a System of Fans. Stefano Schiavon – 40% (UCB), Weng Khuen Ho – 30% (NUS), Keck Voon Ling – 20% (NTU), Le Yin – 5% (NTU), Shuo Liu – 5% (NUS). Based on NRF CREATE program SinBerBEST $55,625,000 2012-2017. July 2015. TD/198/15. BK-2016-007. This is now a provisional patent (filed 03/11/2016). US provisional application number 62/307,223.

1. Optimized Air Movement Control based on Occupants Feedback. Weng Khuen Ho – 30% (NUS), Stefano Schiavon – 30% (UCB), Keck Voon Ling – 20% (NTU), Le Yin – 10% (NTU), Shuo Liu – 10% (NUS). Based on NRF CREATE program SinBerBEST $55,625,000 2012-2017. June 2015. TD/174/15. BK-2015-203

**Patent application**

1. Stefano Schiavon – 40% (UCB), Weng Khuen Ho – 30% (NUS), Keck Voon Ling – 20% (NTU), Shuo Liu – 5% (NUS), Le Yin – 5% (NTU). Method of controlling a plurality of fans disposed in an area to provide thermal comfort control. World Intellectual Property Organization WO 2017/155472 A1, issued September 14, 2017. PCT Application NO: PCT/SG2017/050119.

**Grants from external agencies**

| Role, Status, Agency, Start date and End date and Title | Total (k$) |
| --- | --- |
| co-PI. 2025. Submitted. 1918-TRP: The Verification of Openings, the Limitations of Openings, Air Distribution and Humidity Conditions in Naturally Ventilated Spaces to Complement Section 6.4 of ASHRAE Standard 62.1. ASHRAE. 09/2025-12/2027 | (195.1) |
| PI.2025. Submitted. 1925-TRP Development of View Clarity Metrics for Fenestration Systems. ASHRAE. 09/2025-08/2027 | (130.3) |
| PI. 2025. Ongoing. Occupant IEQ Survey 2025 for Renew America's Schools (IUT #7800727). 2/2025-2/2026 | 48.9 |
| PI. 2025. Not Funded.  Advancing Indoor PM 2.5  Monitoring with Low-Cost Sensors  through Multi-Pollutant Fusion and Machine Learning. Bakar Fellowship. 10/2025-09/2028. | ($300) |
| PI. 2025. Not Funded.  Smart Thermostat Algorithm to Predict Indoor Heat Risk. Bakar Fellowship. 10/2025-09/2028. | ($300) |
| PI. 2025. Ongoing. Analyzing Cost-Effectiveness and Mitigation Potential of Low-Carbon Building Material Alternative. Funder: California Air Resources Board. 4/2025-4/2027- | 499.831 |
| PI. 2024. Ongoing. Research and Development to Support In-Situ Evaluations of Air Mixing Impacts on Germicidal Ultraviolet Disinfection in Buildings (IUT # 7721216). 11/2023-12/2025 | 175.1 |

PI. 2024. Ongoing. Commercial Kitchen Indoor Environmental Quality (IEQ) Field Study (IUT #7733231). 01/2024-03/2025 (extended to 11/2025)     123.6

PI. 2024. Ongoing. HEATS: Heat Exposure, AcTivity, and Sleep. Funder: Singapore National Research Foundation. (SGD 5,000k) 01/2024-01/2027.     3,725.950

Co-I. 2023. Not Funded. Safe air for all Californians. California Climate Action Initiative. 9/1/2023-8/31/2025.     (10,000)

Co-I. 2023. Not Funded. CITRIS Climate: a holistic approach to climate action for community resilience and sustainability. California Climate Action Initiative. 9/1/2023-8/31/2025.     (10,000)

Co-I. 2023. Not Funded. Building Life-Cycle Academy: Solutions for Climate Mitigation and Adaptation. California Climate Action Initiative. 9/1/2023-8/31/2025.     (5,030)

Co-PI. Active. 2023. Establishing Maximum Thermal Conditions for California Residential Dwellings (AB209). California Department of Housing and Community Development. 6/1/2023-6/30/2025     1,307.548

Co-PI. Not Funded. 2022. Evaluating housing infrastructure improvements to mitigate exposure to extreme heat and associated adverse health outcomes" Hosting institution Aga Khan University. Funder: The Wellcome Trust Limited. 1/1/2023-12/31/2027.     (260)

Co-PI. Not funded. 2021 CITRIS Core Seed Funding. Fine-Grained Carbon Footprint Modeling of Building Energy Consumption for Decarbonization.     (60)

PI. Past 1/1/2022-12/31/2022 CITRIS Core Seed Funding. Clearing the air: using smart thermostats to improve wildfire resiliency in Californian homes.     50

Co-PI. Not Funded. C3.ai Digital Transformation Institute. Resilient Buildings: optimization of building ventilation during wildfires and pandemics using artificial intelligence.     (233)

Co-PI. Past. BOSCH. 12/2019-4/2021. Study of the impact of VRF delivery air temperature and movement in an occupied space under controlled chamber conditions. (SGD 50k)     37.1

Collaborator. Past. 10/2020-01/2021. Central Gap Fund (Covid-19 Challenge): Coupling UVC lamps and occupancy sensing for extensive disinfection in built-environment. Singapore National Research Foundation. (SGD 49.6k)     36.8

Co-PI. Current. Sanken. 7/2017-5/2022. Field study for radiant installation in BCA ZEB^PLUS.     88

PI and Theme Leader. Current. 9/2017-6/2024. SinBerBEST. Singapore Berkeley Building Efficiency and Sustainability in the Tropics. ~$170k/year for 5 years to be used in Berkeley. ~880k/year for 5 years for Theme A to be used in Singapore.     5250

PI. Past. Siebel Energy Institute. 5/2017-11/2017. Incorporating Real-time Thermal Comfort and Indoor Occupancy into Building Management Systems     50

PI. Past. Lawrence Berkeley National Laboratory. 5/2015 – 9/2015. Fabrication of Thermal Manikins for Testing in LBNL's FLEXLAB     20.3

Co-PI. Past. Electric Program Investment Charge. 07/2015-06/2018. Approved on 11/19/2014. Optimizing Radiant Systems for Energy Efficiency and Comfort     2,939.964

PI. Past. BEARS. 09/2014-03/2018. $425,000. SinBerBEST. Singapore Berkeley Building Efficiency and Sustainability in the Tropics     425

PI. Past. BEARS. 10/2014-10/2015. Building performance modeling of SinBerBEST energy saving strategies     85

PI. Past, Berkeley Educational Alliance for Research in Singapore (BEARS)/SinBerBEST project. 2014
Energy Efficient Fan in Warm Indoor Environment--A Human Response Study in the Tropics     38.7

PI. Not funded, ASHRAE 03/2014-02/2016. New Investigator Award     (65)

| | |
|---|---|
| Co-PI. Past, California Energy Commission, PIER. 06/2012-01/2015. PON 12-503 | 1,629.4 Pier |
| Changing the rules: Innovative low-energy occupant-responsive HVAC controls and systems | 192.5 CBE |
| PI. Not funded. U. S. Green Building Council. IEQ Strategies and Occupant Satisfaction: understanding what works. | (245.7) |
| Co-PI. Past. California Energy Commission, PIER. 06/2012-01/2015 Space conditioning in near zero-net-energy (ZNE) buildings. | 300 |
| Co-PI. Not funded. NSF National Science Foundation. 07/2012-06/2016. SEP: Smart People, Products and Building on the Smart Grid | (1,993) |

**Gift**

| Agency, Start date and End date (if any) and Title | Total (k$) |
|---|---|
| SCHÜCO. 04/2025. Gift given to me to support research on sustainable and healty building | 25 |
| SANKEN. 07/2024. Gift given to me to support research on sustainable mechanical systems | 140 |
| SANKEN. 05/2022. Gift given to me to support research on radiant systems | 140 |
| View Inc. 05/2021. Gift given to CBE (I am the lead contact) to support research on window view quality. | 77 |
| SANKEN. 05/2020. Gift given to me to support research on radiant systems | 140 |
| Aeratron. 9/2017. Donation of 23 Ceiling Fan to the SinBerBEST project | 19 |
| Dyson. 05/2017. Donation of 75 Bladeless Fan to the SinBerBEST project. | 22 |
| Price Industries. 02/2014. Gift given to Ed Arens to support research on HVAC. Paul Raftery, Fred Bauman, and I worked on this gift. | 15 |

**TEACHING**

**Teaching Record**

Arch 140 - Energy and Environment: S24, S23, S22, S21, S19, S18, S17, S15, S14, S13, S12

Arch 246 - Building Energy Simulations: F23, F21, F18, F16, S14, S13

Arch 241 - Research Methods in Building Science: F24,F22, F20, F18, F17, F15, F13, F11

Arch 298 - Faculty Research Colloquium: F25, S18, F16

Arch 249/ER 290 - Assessing Building Energy Use and IEQ: F15, F14, F13

Arch 249 - Integrated Mechanical Design for Zero Energy Buildings: F14

Arch 249 - Climate and Energy Analysis for Bay Area buildings: S12

Arch 298 - Cooling: mechanical systems in commercial buildings: F10
Arch 249 - Using R for building science (IOR): S22

**PhD mentoring internal** (Student. Title of the dissertation. Role. First work after graduation. Date)

Lino Sanchez. Main supervisor

Sun Woo Chang. Main supervisor. QE Spring 2025.

Aoyu Zou. Secondary supervisor. QE Spring 2025.

Chai Um. Main supervisor. QE Spring 2024.

Chitra Nambiar. Secondary supervisor. Chair of the QE Fall 2023.

Ruijin Sun. Main supervisor. QE Summer 2023

Arfa Aijazi. Secondary supervisor. Chair of the QE Fall 2021.

Won Hee Ko. View and environmental quality in buildings. Main supervisor. Served in the Qualification exam (13/03/2019). Assistant Professor at NJIT. 08/2021

Jonathan Woolley. A multi-method investigation into design and control of radiant cooling and heating systems. Main supervisor. Served in the Qualification exam (12/05/2017). 06/2020

Carlos Roa Duarte. Design and control of high thermal mass radiant systems. Main supervisor. Served in the Qualification exam (12/11/2017). Postdoc at UC Berkeley. 07/2020

Joyce Kim. Advancing comfort technology and analytics to personalize thermal experience in the built environment. Served as Chair of the Qualification exam (3/14/2016). Assistant Professor at the University of Waterloo. 04/2018

Caroline Karmann. Thermal comfort and acoustic quality in buildings using radiant systems. Arup and Postdoc at EPFL. Main supervisor. Served in the Qualification exam (2/6/2015). 06/2017

Jingjuan Dove Feng. Design and control of hydronic radiant cooling systems. Chair. LBNL/ Taylor Engineering. 05/2014

**PhD mentoring external**

Kecheng Chen. Shallow geothermal potential assessment for district heating and cooling (DHC). Dissertation committee member. CEE. 12/2024

Wenhao Zhang. Secondary PhD advisor at NUS.

Toby Seah. Secondary PhD advisor at NUS.

Raagavi Mani. Secondary PhD advisor at NUS.

Samuel Fernandes. CEE. QE in Spring 2023.

Yu-Wen (Wendy) Lin. Toward platform-based Building Design. Dissertation committee member. Served in the Qualification exam (11/2021) and in the dissertation committee. EECS. 05/2023

Lucas J. Spangher. Deploying and developing sim-to-real reinforcement learning techniques with applications in energy demand response. Dissertation committee member. EECS. Postdoc at MIT. 12/2022

Neal Jackson. A case for application driven design of energy harvesting sensor systems. Served in the Qualification exam (07/2021) and in the dissertation committee. EECS. 12/2022

Gabe Fierro. Self-Adapting Software for Cyberphysical Systems. Dissertation committee member. EECS. Assistant professor of Computer Science at Colorado School of Mines and NREL. 05/2021

Hari Prasanna Das. Data-centric machine learning for human-centric applications. Served in the Qualification exam (04/2021) and in the dissertation committee. EECS. 07/2023

Ioanna Kavvada. Optimal regional earthquake risk mitigation planning for the building infrastructure. Served in the Qualification exam (12/14/2020) and in the dissertation committee. CEE. PGE. 08/2022.

Fiona Greer. Life-cycle environmental and economic management of airport infrastructure and operation. Served in the Qualification exam (11/23/2020) and in the dissertation committee. Postdoc at UC Berkeley. 12/2021 CEE

Matias Alberto Quintana Rosales. Cohort-based personal comfort models for HVAC occupant-centric control. Served in the Qualification exam (06/22/2020) and external supervisor. National University of Singapore. Postdoc at NUS. 10/2022

Daniela Maria Martinez Lopez. Served in the Qualification exam (2/4/2019) and in the dissertation committee. 12/2021CEE.

Baihong Jin. Incipient anomaly detection with ensemble learning. Served in the Qualification exam (5/2/2018) and in the dissertation committee. Postdoc at UC Berkeley EECS. 08/2020

Antony Kim. Served as Chair of the Qualification exam (12/4/2017).

Ioannis Konstantakopoulos. Statistical learning towards gamification in human-centric cyber-physical systems. Served in the Qualification exam (10/13/2016) and in the dissertation committee. EECS. Amazon. 12/2018

Olga Kavvada. Spatial modeling of decentralized wastewater infrastructure: The case for water reuse and nitrogen recovery. Served in the Qualification exam (04/29/2016) external advisor. CEE. Researcher ENGIE Lab CRIGEN. 11/2017

Ming Jin. Data-efficient analytics for optimal human-cyber-physical systems. Served in the Qualification exam (4/29/2016). EECS. Postdoc at UC Berkeley. 12/2017.

Imran Sheikh. Served in the Qualification exam (S/2016). ERG

Alex Mead. Hardware-in-the-loop modeling and simulation methods for daylight systems in buildings. Served in the Qualification exam (12/07/2015) and external advisor. CEE. 05/2017

Aashish Ahuja. Simulation of innovative solutions for energy efficient building façades. Served as external dissertation committee member (12/2015) and external advisor. ME

Eric Burger. Served in the Qualification exam (11/20/2015), external dissertation committee member and external advisor. CEE.

Yuxun Zhou. Statistical learning for sparse sensing and agile operation. Served in the Qualification exam (5/5/2015), external dissertation committee member and external advisor. EECS. 05/2017

Matthew Vannucci. Human-centric Indoor Air Quality. Served in the Qualification exam (2/6/2015), external dissertation committee member and external supervisor. CEE. 06/2018

Zhaoyi Kang. Efficient multi-level modeling and monitoring of end-use energy profile in commercial buildings. Served in the Qualification exam (03/01/2013), external dissertation committee member and external advisor. EECS. 06/2015

Monika Frontczak. Human comfort and self-estimated performance in relation to indoor environment parameters and building features. Main supervisor Pawel Wargocki. Civil Engineer at Asplan Viak. Norway. 11/2011

**MS mentoring**

Riwayat Katia. Load shifting and enhancing energy savings with dynamic ventilation strategies in multi-family residential buildings. Lamarr.AI. 12/2024

Harry Jiang. Assessing overheating risk and energy impacts in California's residential buildings. Arup. 12/2024

Marya Sara Kemp Thawer. Screening method to identify high VAV minimum airflow rates and retrofit opportunities. Introba. 12/2023.

Isabel Burges. View Clarity: A human subject laboratory assessment of the effect of window films, electrochromic glass and fabric shades on visual acuity, contrast sensitivity, color perception and satisfaction. The Princeton Review. 05/2023

Yi Ju. Robo-chargers: optimal operation and planning of a robotic charging system to alleviate overstay. PhD student at UC Berkeley. 05/2023

Patrick Wendler. Variable air volume hot water reheat terminal units: Temperature stratification, performance at low hot water supply temperature, and myths from the field. Taylor Engineers. 12/2022

Emily Lamon. Boiler retrofits and decarbonization in existing buildings: HVAC designer interviews. Tangible Materials. 03/2022.

Emily Miller. The effect of control and optionality on occupant satisfaction in shared living environments. Arup. 06/2022.

Jing Yuan. A review of multisensory studies in built environment: Implications for biophilic design studies. Johnsons & Johnsons. 12/2021.

Isabelle Hens. Life cycle impacts of timber unitized curtain wall. Atelier Ten. 12/2021

Hari Prasanna Das. Graphical Lasso based Cluster Analysis in Energy-Game Theoretic Frameworks. 09/2021.

Yuming Xu. Capturing energy savings from correcting VAV box minimums on campus. Mayers+ Engineers. 05/2021

Dana Miller. Cooling energy savings and occupant comfort in a two year field study of automated ceiling fans installed as retrofits in 7 air conditioned buildings. EnelX. 05/2020

Benjamin Taube. Energy and comfort performance assessment for a new occupancy sensing thermostat in residential buildings. Navigant. 05/2020

Megan Dawe. Field evaluation of occupant satisfaction and energy performance in eight LEED-certified buildings using radiant systems. Carbon Lighthouse. 06/2019

Sebastian Cohn. Development of a Personal Heater Efficiency Index. Association for Energy Affordability. 09/2017

Jared Landsman. Performance, prediction and optimization of night ventilation across different climates. Integral Group. 06/2016

Priya Ghandi. Commercial office plug load energy consumption trends and the role of occupant behavior. WSP Flack + Kurtz. 06/2015

Kristine Walker. Indoor environment quality in green-rated buildings: Understanding the people and conditions affecting performance. Chair. PG&E. 06/2015

Bin Chen. Assessment and improvements of the CBE Underfloor Air Distribution (UFAD) Cooling Load Design Tool. Chair. WSP Flack + Kurtz. 06/2014

David Heinzerling. Commercial building indoor environmental quality evaluation: Methods and tools. Chair. Taylor Engineering. 12/2012

Alberto Piccioli. Thermal comfort visualizations on a web-based tool for ASHRAE 55 Standard. MS UCL (London). 3/26/2013

Gwen Fuertes. Simulated and actual energy use: The role of plug loads. Chair. MS. 05/2014. Leddy Maytum Stacy Architects

Brennan Less. Indoor air quality in 24 California residences designed as high-performance green homes. LBNL. 12/2012

Chandrayee Basu. Critical simulation based evaluation of thermally activated building systems (TABS) design models. UC Berkeley. 12/2012

Christian Ampò. Fan pressurization tests (blower door) in residential building in Italy. HVAC/AHU sale manager at FAIT Aeraulica, Italy. 04/2009

Clara Peretti. Evaluation of Indoor Environment Quality with a Web-based Occupant Satisfaction Survey: A Case Study in Northern Italy. PhD at Padua University. 12/2009

**Other mentoring**

Minghao Xu. MArch thesis. Whale Fall: Reoccupy the Remnants of San Francisco's Parking Structures. 1-5/2024
Data Science Discovery Project "Simplified web-based application to help design high thermal mass radiant systems" and "comfortDAT - an open-source data analysis toolkit for thermal comfort research". Mentored three undergraduate students. 8-12/2023
Li Leo. MArch thesis. Theater Village. 1-5/2023

Mentored 4 undergraduate students the Undergraduate Research Apprentice Program about view clarity experiments. 8/2022-5/2023
Qingquan Chen and Seoyeon Park. Undergraduate. View clarity. 8-12/2022

Ciera Gordon. March thesis. Embedded architecture. 1-5/2022

Hannah Wong. Undergraduate (math major). Thermal comfort tool. 2-8/2016

Feifei Cao. MArch. Oblique Explorations. Urban infrastructural hybrid. 1-5/2013

Elizabeth Kee. March. I guided her on the sustainable and indoor air quality design of a tuberculosis clinic and lab for the Karen department of Health and Welfare in a refugee camp. 05/2012-13
Shiyang Chen. Undergraduate. Thermal comfort tool graphical visualization. 7/2011-1/2012

**Visiting Scholar**

Alessandra Luna Navarro. Delft University. 1/2024-5/2024
Emanuele Naboni. Università di Parma. 12/2022-2/2023
JaeHan Lim. Ewha Womans University.1/2022-2/2023
Kwok Wai Tham. National University of Singapore. 5-6/2019
Kwok Wai Tham and Chandra Sekhar. National University of Singapore. 5-6/2018
Veronica Soebarto. The University of Adelaide. 8/2017-1/2018
Sergio Altomonte. University of Nottingham. 8/2012-2/2013 and 7-9/2016 and 4-5/2017

**Visiting Students**

Xia Chen (TU Berlin/Leibniz Universität Hannover). Katherine Exss (University del Biobío). Marcello Turrini (U Parma). Federico Dallo (Venice U). Maíra André (Federal University of Santa Caterina). Haida Tang (Tsinghua U), Baisong Ning (Hunan U), Eleftherios Bourdakis (DTU), Alan Kabanshi (Galve U), Yongmei Xuan (Zhejiang U), Monika Frontczak (DTU), Alberto Piccioli (Bologna U).

**Postdoctoral Students**

23. Michéle Renard. PhD at Technological University of the Shannon. Secondary supervisor. 01/2025-now

22. Xiaojun Fan. PhD at Technical University of Denmark. Main supervisor. 06/2024-now

21. Shawn Tan. PhD at National University of Singapore. Secondary supervisor. 09/2024-now

20. Beverly Tan. PhD at Massey University. Secondary supervisor. 04/2024-08/2024

19. Mario Frei. PhD at ETH. Main supervisor. 04/2024-now

18. Tobias Kramer. PhD at Queensland University of Technology. Main supervisor. 02/2024-now

17. Jiayu Li. PhD at Tianjin University. Main supervisor. 11/2023-now.

16. Federico Dallo. PhD University of Ca 'Foscari Venezia. Main Supervisor. 02/2022-02/2023. Professional Researcher at National Research Council of Italy.

15. Zhibin Wu. PhD Hunan University. Main Supervisor. 08/2020-08/2021. Postdoc at Karlsruhe Institute of Technology (KIT) and Assistant Professor at XUAT.

14. Jose Ali Porras Salazar. PhD at University of BioBio. Main Supervisor. 09/2019-12/21. Assistant Professor at University of Costa Rica.

13. Federico Tartarini. PhD at University of Wollongong. Main Supervisor. 06/2019-11/2022. Postdoc at The University of Sydney.

12. Thomas Parkinson. PhD at University of Sydney. Main Supervisor 05/2018-05/2019. Professional researcher at UC Berkeley and Assistant Professor at The University of Sydney.

11. Baisong Ning. PhD at Hunan University. Main Supervisor. 06/2018-05/2020. Assistant Professor at Zhengzhou University.

10. Michael Kent. PhD at University of Nottingham. Main Supervisor. 09/2018-12/2023. André Hoffmann Fellow at Singapore University of Social Sciences (SUSS).

9. Jiayu Li. PhD at Tianjin University. Main supervisor. 08/2018-12/2022. Singapore National Environmental Agency.

8. Asit Mishra. PhD at Indian Institute of Technology Kharagpur. Main Supervisor. 05/2018-12/2020. Postdoc at National University of Ireland.

7.  Liu Shuo. PhD at National University of Singapore. Main Supervisor 10/2016-09/2017. Huawei

6.  Aleksandra Lipczyńska. PhD at Silesian University of Technology, Poland and Technical University of Denmark. Main supervisor 1/2016-12/2018. Assistant Professor at Silesian University of Technology.

5.  Dexiang Zhou. PhD at Nanyang Technological University. Main supervisor. 01/2016-04/2017

4.  Chin To (Toby) Cheung. PhD at Honk Kong Polytechnic University. Main supervisor. 10/2015-12/2021. Researchers at National University of Singapore.

3.  Shichao Liu. PhD at University of Texas Austin. Main supervisor. 01/2015-12/2017. Assistant Professor at Worcester Polytechnic Institute (WPI)

2.  Donghyun Rim. PhD at University of Texas Austin. Co-supervisor with Bill Nazaroff. I supervise roughly 20% of his research time.01/2013-06/2014. Assistant Professor at The Pennsylvania State University

1.  Bin Yang. PhD at Technical University of Denmark, National University of Singapore. Co-supervisors with Bill Nazaroff. I supervise roughly 50% of his research time. 03/2013-06/2014. Assistant Professor at Umeå University.

**Professional researcher**

Thomas Parkinson. PhD at University of Sydney. 5/2019-03/2023. Assistant Professor at The University of Sydney.

Jovan Pantelic. PhD at National University of Singapore. 1/2016-12/2020. Scientist at WELL Living Lab.

**External PhD examiner**

Maíra André. University of Santa Catarina, Brazil. Qualify exam committee member on 07/2021.
Haein Cho. University of Geneva. 11/2020

Roshanak Ashrafi. A contactless non-intrusive approach for personalized thermal comfort model development in the built environment. UNC Charlotte. PhD committee member since 07/2019. Qualify exam committee member on 04/2021. Dissertation defense on 07/2022.
Panu Mustakallio. Aalto University. 10/2017

Shan Xin. Nanyang Technological University. 11/2017

Fan Zhang. The University of Sydney. 05/2016

Jungsoo Kim. The University of Sydney. 09/2013

**Faculty review examiner**

Associate Professor without Tenure, 02/2025
Full professor case, 10/2024
Tenure review case, 04/2023
Tenure review case, 09/2022
Tenure review case, 12/2021
Tenure review case, 07/2021

**SERVICE**

***Conference activities***

IAQVEC 2026. International Conference on Indoor Air Quality, Ventilation and Energy Conservation in Buildings, Los Angeles, USA. International Scientific Committee Advisory, Reviewer. 04/2025-07/2026

ISHVAC 2025. The 14th International Symposium on Heating, Ventilating, and Air Conditioning, Tokyo, Japan. International Scientific Committee Advisory, Reviewer. 02/2025-12/2025

COBEE 2025. The 6th International Conference on Building Energy and Environment (COBEE 2025), Eindhoven, Netherlands. International Scientific Committee Advisory, Reviewer. 09/2024-06/2025

ISHVAC 2023. The 13th International Symposium on Heating, Ventilation and Air-conditioning, Beijing, China. International Scientific Committee Advisory, Reviewer. 08/2023-11/2023.

Healthy Buildings 2023 Europe international conference Aachen, Germany. International Scientific Committee Advisory, Reviewer. 09/2022-06/2023. Did not perform review of papers due to high workload.

Healthy Buildings 2023 Asia and Pacific Rim international conference Tianjin, China. International Scientific Committee Advisory, Reviewer. 07/2022-07/2023.

CATE 22. Comfort At The Extremes. Edinburgh, UK. International Scientific Committee Advisory, Reviewer. 05/2022-010/2022.

17th International Conference of the International Society of Indoor Air Quality & Climate (IA2022), Kuopio, Finland. International Scientific Committee Advisory, Reviewer. 01/2022-06/2022

Co-organized and moderate the first Symposium on Research and Design Practice Related to Window Views. 10/2021. Online.

COBEE 2022. 5th International Conference on Building Energy and Environment. Committee Advisory and reviewer. Montreal, Canada. 08/2021-07/2022.

HB2021. Healthy Buildings 2021 Europe. Committee Advisory and reviewer. Oslo, Norway. 09/2020-07/2021.

ISHVAC2021. 12th International Symposium on Heating, Ventilation and Air-conditioning. Oslo, Seoul, Korea. 12/2020-11/2021.

SimAUD 2020. Symposium on Simulation for Architecture and Urban Design. International Scientific Committee Advisory and reviewer. Vienna, Austria. 02/2020-05/2020

11th Windsor Conference. Windsor, UK. International Scientific Committee Advisory, reviewer. 8/2019-04/2020.

16th International Conference of the International Society of Indoor Air Quality & Climate (IA2020), Seoul, Korea. International Scientific Committee Advisory, Reviewer. 08/2019-07/2020

10th International Conference on Indoor Air Quality, Ventilation and Energy Conservation in Buildings (IAQVEC 2019), Bari, Italy. International Scientific Committee Advisory, Reviewer. 09/2018-09/2019

SimAUD 2019. Symposium on Simulation for Architecture and Urban Design. International Scientific Committee Advisory and reviewer. Atlanta, Georgia. 09/2018-04/2019

Building Simulation 2019. Rome, Italy. Reviewer. 07/2018-09/2019.

Indoor Air 2018. Philadelphia, Pennsylvania. International Scientific Committee Advisory and reviewer. 01/2018-07/2018

SimAUD 2018 Conference. Delft, Netherlands. International Scientific Committee Advisory, reviewer 11/2017-06/2018

10th Windsor Conference. Windsor, UK. International Scientific Committee Advisory, reviewer. 8/2017-04/2018. Chaired a workshop on Personal Comfort Models.

Co-organized with Susan Ubbelohde and Christoph Reinhart DIVA DAY 2017 in Berkeley. 10/27/2017

International Roomvent and Ventilation 2018 Conferences. Espoo. Finland. http://www.roomventilation2018.org International Scientific Committee Advisory, reviewer. 02/2017-06/2018

International Building Physics Conference. Syracuse, NY, USA. International Scientific Committee Advisory, reviewer. 02/2017-09/2018

Healthy Buildings Europe. Lublin, Poland. International Scientific Committee Advisory, reviewer. 10/2016-07/2017

9th Windsor Conference. Windsor, UK. International Scientific Committee Advisory, reviewer. 8/2015-04/2016

9th International Conference on Indoor Air Quality, Ventilation and Energy Conservation in Buildings (IAQVEC 2016), Seoul (Songdo), Korea. International Scientific Committee Advisory, Reviewer. 07/2015-10/2016

14th International Conference on Indoor Air Quality and Climate 2016. Ghent, Belgium. International Scientific Committee Advisory, reviewer, Chair. 06/2015-07/2016

Healthy Building America 2015. Boulder, Colorado, US. http://hb2015-america.org International Scientific Committee Advisory, reviewer. 12/2014-06/2015

9th International Symposium on Heating, Ventilation and Air Conditioning (ISHVAC) and the 3rd International Conference on Building Energy and Environment (COBEE). 07/12-15/2015. Tianjin, China. International Scientific Committee Advisory, reviewer. 10/2015-07/2015

13th International Conference on Indoor Air Quality and Climate 2014. Hong Kong. International Scientific Committee Advisory, reviewer, Chair. 5/2013-08/2014

After 3.11: New Architecture + Engineering. Berkeley, US. Panelist. 2-3/2014

International Conference Counting the Cost of Comfort in a Changing World 2014. Windsor, UK. International Scientific Committee Advisory, reviewer. 8/2013-05/2014

International Conference RoomVent 2014. San Paulo, Brazil. International Scientific Committee Advisory, reviewer. 8/2013-10/2014

ASHRAE Indoor Air Quality 2013. Environmental health in low energy buildings. Vancouver, British Columbia, Canada. Reviewer. 5-10/2013

International Conference CLIMA 2013, Prague, Czech Republic. Section chair, reviewer. 8/2012-06/2013

2nd International Conference on Building Energy and Environment 2012, Boulder, Colorado, US. International Scientific Committee Advisory. 9/2011-08/2012

12th International Conference on Indoor Air Quality and Climate 2011, Austin, Texas, US. Conference attendance, oral presentation. 06/2011

IAQVEC 2010, Syracuse, New York, US. Chair, reviewer, oral presentation. 01-08/2010

SimBuild 2010 Building Simulation, New York, US. Reviewer. 01-08/2010

29th International AIVC Conference (Advanced building ventilation and environmental technology for addressing climate change issues), Kyoto, Japan. Poster presentation. 10/2008

11th International Conference on Indoor Air Quality and Climate, Copenhagen, Denmark. www.indoorair2008.org. Conference attendance, oral presentation. 08/2008

46th International Conference AICARR-Expocomfort, Milan, Italy. Conference attendance, oral presentation. 03/2008

10th International Conference on Air Distribution in Rooms, Roomvent 2007, Helsinki, Finland. Conference attendance, oral presentation. 06/2007


***Peer Reviewer*** (chronological order with date of first review in parenthesis)
Building Simulations (01/25). Rapid Reviews: COVID-19 (09/20). Nature Energy (04/17). Building Research & Information (08/14). Indoor and Built Environment (06/14). Indoor Air (12/12). Advances in Building Energy Research (11/12). Architectural Science Review (09/2011). Energy and Buildings (02/10). HVAC&R Research (08/09). Environmental Engineering Proceedings (06/09). Building and Environment (06/09). ASHRAE Journal (03/09); ASHRAE Transactions (03/09)


***Professional activities***

| Association - role | *Begin* | *End* |
|---|---|---|
| Member of the Editorial Board of the journal of Building Simulations | 01/2025 | ongoing |
| I was offered to become an Editor of Building and Environment, but I declined. | 11/2024 | 11/2024 |
| Performed best paper reviews for Building and Environment | 10/2023 | ongoing |
| Extreme Heat Work Group Member – Code Change Proposals. International Code Council. | 08/2023 | 12/2023 |
| Grants reviewer for the Kuwait Foundation for the Advancement of Sciences (KFAS) | 06/2023 | ongoing |
| I was offered to be in the Editorial Board of the International Journal of Ventilation, but I declined | 06/2023 | 06/2023 |
| ASHRAE Project Committee SPC 241, Standard to Address Mitigation of Airborne Infection Transmission. Non-voting member. | 01/2023 | 05/2024 |
| Technical Advisory Group (TAG) member for the World Health Organization (Department of Environment, Climate Change, and Health), World Meteorological Organization and the Global Heat Health Information Network on "Informing decision-making about indoor heat risks to human health". 24 months. | 08/2022 | 08/2024 |
| I was offered to be in the Editorial Board of Buildings & Cities, but I declined | 11/2021 | 11/2021 |
| US TAG ISO/TC 163. Non-Voting Member | 01/2023 | ongoing |
| US TAG ISO/TC 163. Voting Member | 09/2021 | 12/2022 |

| | | |
|---|---|---|
| I was offered to be in the Editorial Board of Buildings, but I declined. | 04/2021 | 04/2021 |
| I was offered to be in the Editorial Board of Scientific Reports (part of Nature Portfolio of journals), but I declined. | 04/2021 | 04/2021 |
| I was offered to be in the Editorial Board of Technology \| Architecture + Design [TAD] but I declined. | 2/2021 | 2/2021 |
| I was offered to become an Editor of Building and Environment, but I declined. | 11/2020 | 11/2020 |
| Member of the Editorial Board of the journal of Building and Environment | 11/2020 | ongoing |
| Member of the Environmental Health Advisors Board at View | 12/2019 | 10/2023 |
| Member of the Editorial Board of the journal of Energy and Buildings | 10/2019 | ongoing |
| Grants reviewer for UNC Charlotte. | 03/2019 | 04/2019 |
| Grants reviewer for the Office of Research Administration at New York University Abu Dhabi | 03/2018 | 03/2019 |
| Advisor for the International WELL Building Institute - WELL Air & Thermal Comfort | 06/2018 | ongoing |
| Reviewer for WELL v2 standard | 03/2018 | 05/2018 |
| Member of the Editorial Board of the journal of Advances in Building Energy Research (Taylor & Francis) | 02/2018 | ongoing |
| Grants reviewer for the Research Grants Council (RGC) of Hong Kong | 03/2015 | ongoing |
| ASHRAE TC 6.5 Radiant Heating and Cooling– non voting member. | 01/2015 | ongoing |
| U.S. Green Building Council LEED Technical Advisory Group on Indoor Environmental Quality. Voting member | 07/2014 | 07/2015 |
| ASHRAE SPC 216 Methods of test for determining application data of overhead circulator fans. Voting member. We develop a standard from zero. The new standard was published in 2020. | 03/2014 | 01/2021 |
| Reviewer of the book: "Behind the green door: A critical look at sustainable architecture through 600 objects" by Rotor. | 03/2014 | 03/2014 |
| Alembic Goods. Advisory Board member | 07/2013 | 01/2019 |
| Cariplo Foundation (one of the European largest grant-making foundation). Advisor Board for the peer-reviewing of research projects www.fondazionecariplo.it | 05/2013 | 05/2015 |
| Offered Vice-Chair ASHRAE TC 2.1 "Physiology and Human Environment". | 01/2013 | 01/2013 |
| ASHRAE TRG7 Underfloor Air Distribution (UFAD) - corresponding Member. http://trg79-ufad.ashraetcs.org/ | 01/2011 | 01/2013 |
| ASHRAE SSPC 55 Thermal environment conditions for human occupancy– non voting member. | 06/2011 | ongoing |

| | | |
|---|---|---|
| ASHRAE TC 2.1 Physiology and human environment – corresponding member. http://tc21.ashraetcs.org/ | 01/2011 | ongoing |

*Professional Memberships*

ASHRAE: American Society of Heating, Refrigerating and Air-Conditioning Engineers, Associate 2008-18; Member since 2018
ISIAQ: International Society of Indoor Air Quality and Climate. Member. Member since 2020
IBPSA US: International Building Performance Simulation Association – US chapter, since 2009-2017
SBSE: Society of Building Science Educators, since 2011-13
IBPSA IT: International Building Performance Simulation Association – IT chapter, 2011-13
AICARR: Associazione Italiana Condizionamento dell'Aria Riscaldamento Refrigerazione, 2005-11
BTES: Building Technology Educators Society, 2011-14

## Honors and Awards

| Date | Honors and awards received by me for research achievements |
|---|---|
| 01/ 2025 | 2024 Best Paper Awards given by Building and Environment. Building and Environment journal received more than 8300 submissions in 2024, out of which only the 15% were published, and only five were selected for the award (better than 99.94 percentile of the submitted paper and 99.6 percentile of accepted paper), which is given in recognition of the papers' originality, contributions to the field, quality of presentation, and soundness of the science. Paper: Sun et al (2024). |
| 11/ 2021 | 2021 WELL community award by International WELL Building Institute for my WELL Advisor work to transform buildings, organizations and communities around the world to prioritize health, in the aspect concerning thermal comfort. |
| 1/ 2019 | Three out of three 2018 Best Paper Awards given by Building and Environment. Building and Environment journal received more than 3000 submissions in 2018, out of which 640 were published, and only three were selected for the award, which is given in recognition of the papers' originality, contributions to the field, quality of presentation, and soundness of the science. For the three papers see reference above. Kim et al (2018); Földváry et al (2018) and Jin et al (2018). |
| 12/ 2018 | Best paper award at PLEA 2018. 34th International Conference on Passive and Low Energy Architecture, 10-12 Dec 2018, Hong Kong for the paper: "Karmann C, Schiavon S, Graham LT, Raftery P, Bauman F. 2018. Occupant satisfaction in 60 radiant and all-air buildings: Comparing thermal comfort and acoustical quality." |
| 09/ 2017 | Faculty Award for Excellence in Postdoctoral Mentoring given by The Berkeley Postdoctoral Association. "This award shows that you are going above and beyond your academic responsibilities by fostering your postdocs' professional and scientific development. We received great nominations this year and it was extremely challenging to decide… your nomination stood out and you deserved to win." |
| 02/ 2013 | Ralph G. Nevins Physiology and Human Environment Award 2013 by the American Society of Heating, Refrigeration and Air Conditioning Engineers (www.ashrae.org). The Ralph G. Nevins Physiology and Human Environment Award is given once each year to a young researcher who has distinguished himself in human's response to the environment, which may include thermal, moisture, visual, acoustical, toxic, allergic, olfactory, vibrational, and microbiological effects on man's health, comfort, and well-being. |
| 06/ 2010 | REHVA young scientist award. The award is given for outstanding research work of a young researchers (less than 35 years old) on subjects covered by the fields of the European Federation of Heating Ventilation and Air Conditioning Associations (REHVA) competence. REHVA represent more than 100 000 engineers from 28 European countries. |

10/ Best poster award at the 29th International AIVC Conference (Advanced building ventilation
2008 and environmental technology for addressing climate change issues), Kyoto, Japan.

**Lectures and keynotes**

91. "Project HEATS: Heat exposure, Activity, and Sleep". CREATE Seminar: Human Health and Personalized Medicine. 06/25/2025

90. "Cooling people with air movement". United Nations Environment Program Passive Cooling WG. 04/03/2025

89. "Cooling people with air movement". Mindanao State University. 04/22/2025

88. "Personal comfort models". Georgia Tech PhD seminar. 02/26/2025.

87. Keynote lecture. "Personal comfort models". First International Symposium on Carbon-Neutral Architectural Technology. Seoul, South Korea. 01/16-17/2025

86. "Personal comfort models". International Workshop on Building Energy Efficiency and Indoor Environmental Quality in AI Era at Hong Kong Polytechnic University, Hong Kong. 01/9-10/2025.

85. "Cooling people with air movement". Global Heat Health Information Network Southeast Asia Heat Health Forum 2025. Singapore, 01/ 7-10/2025.

84. "Hybrid cooling". Building Construction Autority of Singapore. 10/16/2024

83. "Energy saving and thermal comfort in a zero-energy office building with fans in Singapore". PG&E Seminar. 12/12/2023

82. "The future of cooling". Invited lecture at the Oxford Energy Society, University of Oxford, UK. 11/09/2023

81. "Hybrid Cooling: An Overview". CREATE webinar series. 06/26/2023. Singapore https://youtu.be/O_fqImxrjF0

80. Keynote lecture. "Personal comfort models". IAQVEC 2023 Tokyo, Japan. 5/20-23/2023

79. "The future of cooling". International Building Energy Efficiency Symposium. Karachi, Pakistan, 05/12-13, 2023.

78. "Healthy Buildings: Thermal Comfort Monitoring". California Labor Lab's conference: "Surveillance, Monitoring, and Data Gathering in Contemporary Employment." 05/2-3, 2023.

77. "The future of cooling". Frontiers of Energy Management and Technology Innovation. 3/31/2023. Pisa, Italy.

76. Distinguished Lecture in UNL Durham School Seminar Series. "The future of cooling". University of Nebraska-Lincoln. 02/17/2023

75. "The future of cooling". Guest lecture at Yonsei University, South Korea. 12/7/2022.

74. Keynote lecture. "Providing thermal comfort with air movement". Roomvent 2022. Xian, China. 10/16-19/2022

73. Keynote lecture. "Cooling people with air movement, a sustainable and affordable alternative to AC". CATE22. Edinburgh, UK. 10/5-6/2022

72 "Applying Thermal Comfort Concepts for Low-Energy Building Solutions". PG&E education. AIA Course Number NWB20220707. 08/18/2022

71. University of Toronto Dept of Civil & Mineral Engineering Distinguished Lecture Speaker. "The future of cooling". 11/17/2021

70. Keynote lecture. "How to Improve Well-being and Reduce the Environmental Impact of Buildings". C3.ai DTI Digital Transformation of the Built Environment. 10/26-28/2021

69. "Effect of Carbon Dioxide on Occupant Cognitive Performance and Physiological Parameters" NASA IEQ committee. 04/07/2021

68. "Future cooling, less AC and more air movement". Past, Present and Future of Binnenmilieu. 03/18/2020

67. "How to design and operate buildings to be resilient to pandemics". Ministry of National Development (MND) of Singapore webinar on: "Beyond COVID19: Rethinking Planning/ Design/ Construction/ Maintenance". 08/19/2020

66. "The future of cooling". CREATE Symposium on Climate Change. Singapore. 12/6/2019
65. "Move the air, don't cool it - Electric fans as alternative or augmentation to air conditioning for mitigation and adaptation to climate change". ICPA 2019. The 14th International Congress of Physiological Anthropology. Singapore. 10/24-27/2019
64. "First move the air, then cool it". International Built Environment Week at BCA Academy. Singapore. 09/02/2019
63. "Elevated air speed overview". SinBerBEST symposium. Singapore. 08/05/2019
62. "The accuracy of the PMV/PPD model and on what to do in simulations". IBPSA-USA SFBA chapter. San Francisco, US. 5/28/2019
61. Keynote lecture. "The Future of Thermal Comfort in a Warming Climate". SimAUD 2019. Atlanta, US. 04/8/2019
60. "Personalized Comfort Modeling for Occupant-centric Environmental Control". Presentation at the 2019 ASHRAE Winter Conference. Atlanta, US. 1/13/2019
59. "Energy efficient building technologies". CED Executive Education program "Thinking outside the walls: innovative strategies for affordable & sustainable housing". Berkeley, CA 03/23/2018.
58. "Personal thermal comfort models based on physiological parameters measured by wearable sensors". Windsor Conference, Windsor, UK. 04/12-15/2018.
57. "Personalize Comfort: Incorporating Real-time Thermal Comfort and Indoor Occupancy into Building Management Systems". Siebel Energy Institute Workshop "Digital Transformation: Smart Energy Systems and Beyond" in Turin, Italy. 2/15/2018
56. "Center for the Built Environment Overview". DIVA Day. Berkeley, CA. 10/28/2017
55. "Personalized comfort". Atelier Ten. San Francisco, CA. 7/25/2018
54. "Increased air movement for thermal comfort and energy savings" WOHA, Singapore. 06/27/2017
53. "Quantified-self thermal comfort". Quantified Self Show&Tell. Berkeley, CA. 1/26/2017
52. "Building energy simulations" Energy policy and simulation in Northern California and Japan. Berkeley, CA. 11/10/2016
51. "Cooling load for radiant systems" IBPSA SF. Berkeley, CA. 10/26/2016
50. "Personalized comfort" MIT Building Technology Lecture Series. Massachusetts Institute of Technology. Cambridge, MA. 10/17/2016.
49. "Real-time personal continuous monitoring of air temperature, relative humidity, carbon dioxide, and thermal and perceived air quality acceptability in Singapore" and "Dynamic clothing model". Windsor Conference, Windsor, UK. 04/7-10/2016
48. "Annex 69 Subtask A: Collecting field data and modeling occupant adaptation". Presented for Ed Arens. University College of London. Annex 69 Workshop "Strategy and practice of adaptive thermal comfort in low energy buildings". London, UK. 04/06/2016
47. "CBE research program overview". Presentation at Nottingham University, Department of Architecture and Build Environment. Nottingham, UK. 04/05/2016.
46. "Thermal comfort and indoor air quality: CBE and SinBerBEST perspectives". Lecture at University of Padua. Padua, Italy. 03/30/2016.
45. "CBE research program overview". Presentation at Lawrence Berkeley National Laboratory. Berkeley, California. 03/15/2016
44. "Healthy Buildings". Lecture at University of Oregon, Department of Architecture, Arch 491/591 ECS, Professor Alison Kwok. Eugene, Oregon. 03/01/2016.
43. "Indoor Environmental Quality and Cognitive Performance when Personally Controlled Air Movement is Used by Tropically Acclimatized Persons" and "Energy assessment of SinBerBEST Technologies: Final results". SinBerBEST Annual Meeting. Singapore. 01/12-13/2016
42. "Whole building energy modeling of SinBerBEST technologies: Baseline model and examples of energy saving solutions" SinBerBEST review. Singapore. 08/03/2015

41. "A classification scheme for radiant systems based on thermal time constant", "Effect of air temperature and personally controlled air movement on thermal comfort for tropically acclimatized persons", "Do radiant systems provide better thermal comfort than all-air systems? A short critical literature review" International Conference COBEE 2015. Tianjin, China. 07/12-15/2015

40. "Dynamic clothing model & CBE Thermal Comfort Tool" COBEE 2015 Workshop. Tianjin, China. 07/14/2015

39. "Cooling load differences between radiant and air systems" COBEE 2015 Workshop. Tianjin, China. 07/15/2015

38. "Indoor environmental quality and energy efficiency. Technical University of Crete. Chania, Greece. 06/18/2015

37. "Building occupant satisfaction in office buildings". NIOSH 1st International Symposium to Advance Total Worker Health, Bethesda, US. 09/7/2014

36. "Indoor environmental quality and energy efficiency: How to achieve both." Workshop of Building Efficiency (Peder Sather Center Grant). Berkeley, US. 9/15/2014

35. "Stratification prediction model for perimeter zone UFAD diffusers based on laboratory testing with solar simulator", "A comparison between two underfloor air distribution (UFAD) design", and "Sensation of draft at ankles for displacement ventilation and underfloor air distribution systems". International Conference Indoor Air 2014, Hong Kong. 07/8-11/2014

34. "Underfloor air distribution: An overview". International Conference Indoor Air 2014, Hong Kong. July 8.

33. "UFAD Cooling Load Design Tool". Stefano Schiavon. ASHRAE Winter meeting. New York. 01/21/2014.

32. "Unveiling the Built Environment: Energy Efficiency and Indoor Environmental Quality". SinBerBEST Annual Meeting. Singapore. 01/08/2014

31. "Occupant satisfaction and indoor environmental quality: What matters, LEED rating, and clothing behavior". CERC-BEE Forum on Human Behavior and Integrated Design for High Performance Buildings, LBNL, Berkeley. 07/18/2013

29. "Temperature Stratification in a High Cooling Load Office with a Combined Chilled Ceiling and Displacement Ventilation System". 11th International Conference CLIMA 2013, Prague, Czech Republic. 06/17/2013

28. "Thermal comfort and air change effectiveness in a combined chilled ceiling and displacement ventilation system". With Fred Bauman and Julian Rimmer. Golden Gate ASHRAE, Oakland, CA. 02/21/2013.

26. "Design Zone Cooling Loads for Radiant Systems". Fred S. Bauman, Jingjuan Feng and Stefano Schiavon. ASHRAE Winter meeting. Dallas, TX. 01/28/2013.

25. "Climate analysis for sustainable building design". MUD course. Berkeley, US. 10/26/2012

24. "Introduction to the use of citations and RefWorks". Brown Bag Lunch, Berkeley, US. 09/04/2012

23. "Room Air Stratification and Ventilation Performance in Combined Chilled Ceiling and Thermal Displacement Ventilation Systems". ASHRAE Annual meeting, San Antonio, US. 06/04/2012

21. "UFAD cooling load design calculations". Optimizing energy and comfort performance of Underfloor Air Distribution Systems: Guidelines, tools, and lessons from a decade of research and practice. PG&E Pacific Energy Center, San Francisco, US. 04/18/2012

20. "Predictive clothing insulation model based on outdoor air and indoor operative temperatures". 7th Windsor Conference: The changing context of comfort in an unpredictable world Cumberland Lodge, Windsor, UK. 04/14/2012

19. "Underfloor air distribution and personal environmental control systems". LoCal meeting. Berkeley, US. 09/30/2011.

18. "Ventilation effectiveness in combined chilled ceiling and displacement ventilation systems". Indoor Air conference 2011, Austin, US. 06/05/2011.

17. "UFAD cooling airflow design tool", MIT, US. 02/10/2011.
16. "UFAD overview and cooling airflow design tool" and "Unveiling the built environment", Graduate School of Design, Harvard University, US. 02/8-9/2011.
15. "Wireless cart for the performance Measurement Protocol". Emerging Technologies Conference, section "Best Practices in the Emerging Technologies Field Testing". Sacramento, US. 11/8/2010.
14. "Room air stratification in combined chilled ceiling and displacement ventilation systems". IAQVEC conference, Syracuse, US. 08/17/2010.
13. "Energy analysis of personalized ventilation system". IAQVEC post conference workshop, Ottawa, Canada. 08/19/2010.
12. "UFAD cooling airflow design tool". CBE meeting. Berkeley, US. 04/22/2010.
11. "Energy analysis of a personalized ventilation system in a cold climate: influence of the supplied air temperature". The 29th International AIVC 2008 Conference Kyoto, Japan.
7. "Energy saving and improved comfort by increased air movement". 11th International Conference on Indoor Air Quality and Climate. Indoor Air 2008. Copenhagen, Denmark.
6. "Energy savings strategies of personalized ventilation" at 3rd workshop on PECS, EXHAUSTO. Denmark. 08/15/2008.
5. " Indoor Climate and Productivity in office buildings" at the 46th International Conference AICARR-Expocomfort, Milan, Italy. 03/12/2008.
4. "Saving energy with increased air velocity" 3-03/04/2008. Lyngby, ICIEE, DTU, Denmark. DTU-IBP-TU Muchen-Fraunhofer PhD student meeting.
3. "Saving energy with personalized microenvironment (PEM)" about "Saving energy with increased air movement" Lyngby, ICIEE, DTU, Denmark. The workshop was organized by TNO and ICIEE. 10/9-10/2007.
2. "Design of Displacement Ventilation System and experimental Results" at the workshop on Advanced HVAC systems. Padua, Italy. 09/28/2007.
1. "An Index for Evaluation of Air Quality Improvement in Rooms with Personalized Ventilation Based on Occupied Density and Normalized Concentration" at the International Conference on Air Distribution in Rooms, Roomvent 2007. Helsinki, Finland, 06/13-15/2007.

**Language skills**
Italian: Mother tongue
English: Proficient
Spanish: Independent
Chinese: Intermediate. I obtain the first level certification of Chinese language from Beijing Language and Culture University (北京语言大学) Beijing, China (20 hours per week for six months). I lived and studied at Tsinghua University (清华大学) for a year. Since mid 2019 I restarted studying Chinese and I reached HSK 3 in June 2022 (~1500 words).

**Computer skills and competences**
Energy analysis of building: EnergyPlus and several interfaces (e.g. DesignBuilder); IDA-ICE. Computer Fluid Dynamics: Flovent; AirPak. Solar analysis and shading: CBE Clima Tool. Automation and measurement: LabView. Heat transfer: Windows; Comfen; Heat 2 and 3; Therm. Multizone airflow: Contam. Refrigeration: CoolPack. Statistics: R-statistic (advanced user); RStudio. Optimization: GenOpt. CAD: AutoCAD; Rhino. GitHub.

**University Service**

*Campus/Senate*
25-26   UC Berkeley Faculty Leadership Academy Fall 2025.  Since its inception in 2018, I am the first from the Department of Architecture. I enhanced my leadership skills and knowledge of UC Berkeley. Key topics: self-awareness, communication,

| | analytical skills, fostering cross-campus connections, and increasing confidence for leadership roles. The program requires 130 hr of work over the Fall Semester. |
|---|---|
| 25-now | Associate Director of Research at the Center for the Built Environment. |
| 21-24 | Digital Transformation Institute reviewer of applications |
| 20-now | Member of the Academic Senate's Faculty Awards Committee (FAC). |
| 18-now | Associate Director, Center for Environmental Design Research. Duties: 1) help strengthen CEDR intellectual identity and mission statement, 2) expand CEDR cross-campus interdisciplinary collaborations, and 3) find closer connections to UCB's new Signature Initiatives |
| 17-18 | Chancellor's Advisory Committee on Sustainability (CACS). Member |
| 17-now | Global Metropolitan Studies Affiliate |
| 16-now | Energy and Resources Group Affiliate |
| 15-16 | Siebel Energy Institute Scholar program. Reviewer of applications |
| 14-15 | Steering Committee of the campus Energy Initiative. Member |
| 14-now | Advisory Board of Certification Program in HVAC for UC Berkeley Extension. Member |
| 12-13 | Steering Committee of the campus Energy Initiative. Member |
| 11-12 | Steering Committee of the campus Energy Initiative. Member |

### College and Department

| | |
|---|---|
| 2024-25 | MS/PhD BSTS Director. Managed admissions. Coordinate teaching offering. |
| 2024-2025 | CHF Fellowship review committee member. |
| 2023-24 | MS/PhD BSTS Director. Updated website. Managed admissions. Coordinate teaching offering. |
| 2022-23 | MS/PhD BSTS Director. Updated website. Managed admissions. Coordinate teaching offering. Lead the Academic Program Review. Restructuring and updating handbooks. |
| 2021-22 | Ad-hoc committee member for adjunct promotion case in CEE. |
| 2021-22 | Performed teaching review of two lecturers. |
| 2021-22 | MS/PhD BSTS Director. Updated website. Managed admissions. Coordinate teaching offering. Developed and organized three modules class for Spring 2022. Supported the Academic Program Review |
| 2020-21 | Architecture department representative to the Sustainable Environmental Design major. SED is the second largest undergraduate major in the College |
| 2020-21 | MS/PhD committee. Member |
| 2018-19 | Chair of the search committee on Architectural Design for Sustainable Building Performance (Search #2311, 1.00 FTE, NT) |
| 2018-19 | Member of the MArch Academic Program Review |
| 2018-19 | Member of the PhD Academic Program Review |
| 2017-18 | Department Ad-Hoc Committee Report on tenure case. Member |
| 2017-18 | MS/PhD committee. Building Science and Technology Area Coordinator |
| 2015-17 | MS/PhD committee. Member |
| 2015-16 | MS/PhD committee. Member (Lead the introduction of Plan 2 – report option in MS program) |
| 2015-16 | MS/PhD committee. Member (Lead the change of language requirements) |
| 2014-15 | MS/PhD committee. Member |
| 2013-14 | MS/PhD committee. Member |

2013-14   Search committee member of the Structure and Emerging Building Technology Search #1619. Member

2012-13   CED Strategic Planning Committee Task Force on the Future of Ecologies.

2012-13   Development and implementation of energy efficiency measure regarding ventilation rate in Wurster Hall. Roughly 30 hours used to meet the building manager and campus energy service engineer to design, implement and monitor demand control ventilation.

2012-13   MArch admissions committee. Member

2012-13   Undergraduate committee. Member. Curriculum development and student funding

2012-13   MS/PhD committee. Member.

2011-12   MArch admissions. Member

2011-12   MS/PhD committee. Auditing.


**Reviews of student work**

32.   12/17/20. Forrest Meggers. PhD seminar review. Princeton University. 9-10am

31.   11/30/20. Eric Cesal. ED 110. Final debate. 9.30-11am

30.   11/19/20. Mark Anderson. March thesis review. 6-7.30pm

29.   4/22/19. Marsha Maytum, Bill Leddy. Studio review. 4-6pm

28.   12/4/18. Eric Cesal. Arch 100C. Final review. 4-5pm

27.   11/28/18. A249 Simon Schleicher. Final presentation. 11am-12pm

26.   11/15/18. MArch thesis prep presentations. 1-2pm.

25.   02/13/17. Simon Schleicher. Studio One. 4-5.30pm.

24.   11/14/16. Danelle Guthrie. A203. Mech system review. 5-6pm

23.   11/02/16. René Davids. 100C. Mech system review. 5-6pm

22.   05/08/15. Kyle Steinfeld. Studio One. Final Review. 10am-12pm

21.   05/05/15. Jean Paul Bourdier A100B. Final Review. 2-4pm

20.   12/11/14. René Davids. Integrated Design Studio. Final Review. 5-7pm

19.   09/24/14. Chris Calott. Integrated Design Studio. HVAC systems review 2-4pm

18.   05/06/14. Jean Paul Bourdier A100B. Final Review. 1-4pm

17.   05/02/14. Susan Ubbelohde A245 Daylighting. 4-5.30pm

16.   05/13/13. Steinfeld and Levitt. A229. Building performance vis. Final review. 6-9pm

15.   05/11/13. Paz Gutierrez. Final thesis review. 2-5pm

14.   05/06/13. Roddy Creedon. A100b. Final Review. 3-6pm

13.   04/08/13. Renee Chow. Vertical Cities Asia Studio. Mid-review. 2-4pm

12.   03/13/13. Midterm thesis review. 5-7pm

11.   03/11/13. Midterm thesis review. 4-6pm

10.   11/18/12. Mark Anderson, René Davids, Paz Gutierrez Studio. Review. 3-5pm

9.   10/31/12. Mark Anderson, René Davids, Paz Gutierrez Studio. Review. 3-6pm

8.   05/04/12. Nicholas de Monchaux StudioOne. Final review. 2-6pm

7.   12/08/11. Nicholas de Monchaux StudioOne. Final first semester review. 1-6pm

6.   11/17/11. Raveevarn Choksombatchai Master thesis. Midterm review. 5-8pm

5.   10/31/11. Nicholas de Monchaux StudioOne Final first part review. 2-5pm

4.   10/12/11. Susan Ubbelohde ED 105 Deep Green Design. 9.30-11am

3. 10/10/11. Jean Paul Bourdier Studio 101. Final review. 2-5pm
2. 09/26/11. Jean Paul Bourdier Studio 101. Mid-term review. 2-6pm
1. 09/21/11. Nicholas de Monchaux StudioOne. Mid-term review. 2-6pm

**Other Service**

29. 10/11/24. E93 Energy Engineering Seminar lecture                                    E
28. 1/31/22. Arch 100D review of passive solar strategies
27. 10/08/21. E93 Energy Engineering Seminar guest lecture
26. 9/13/21. MAAD studio guest lecture
25. 1/28/21. Arch 249 guest lecture
24. 1/14-15/21. 5-hour anti-racist models of architectural education workshop
23. 12/14/20. Arch admissions - Implicit Bias Workshop for STEM
22. 11/20/20. Navigating Unconscious Bias workshop by Unconscious Bias Project
21. 04/26/18. Arch 240 guest lecture
20. 08/16/17. Introduction to newly admitted students
19. 04/13/17. Arch 240 guest lecture
18. 04/05/17. ED4C guest lecture
17. 03/06/17. Arch 207B I guest lecture
16. 02/23/17. Judge for BERC Innovation Expo
15. 10/06/16. Arch 110 guest lecture
14. 08/22/16. Introduction to newly admitted students
13. 04/27/16. Arch 240 guest lecture
12. 02/23/16. Arch 298 guest lecture
11. 05/01/16. Arch 240 guest lecture
10. 03/09/15. Arch 207B guest lecture
9. 03/02/15. Arch 298 MS PhD lecture
8. 08/26/14. Introduction to newly admitted students
7. 04/12/14. Cal Day meeting with incoming students
6. 03/13/14. Co-chair of panel of student presentations at Berkeley Circus 2014
5. 04/21/13. Cal Day meeting with incoming students
4. 04/08/13. Introduction to newly admitted students
3. 08/21/12. Introduction to undergraduate students
2. 08/22/12. PhD/MS orientation
1. 03/1-2/12. CED Berkeley Circus. Project reviewer