**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-24253-KMW**

DWAYNE WILSON, TYRONE HARRIS,
and GARY WHEELER, individually and on
behalf of those similarly situated,

      Plaintiffs,

v.

RICKY DIXON, in his official capacity as
Secretary of the Department of Corrections,
FRANCISCO ACOSTA, in his official capacity
as Warden of Dade Correctional Institution,
and FLORIDA DEPARTMENT OF
CORRECTIONS, an agency of the State of
Florida,

      Defendants.

_____/

## JOINT NOTICE REGARDING SITE VISIT

Plaintiffs, Dwyane Wilson, Tyronne Harris, and Gary Wheeler ("Plaintiffs"), and

Defendants, Secretary Ricky Dixon, Warden Francisco Acosta, and the Florida Department of

Corrections ("Defendants," together with Plaintiffs, the "Parties"), in accordance with the

instructions given at the July 2, 2026 statute conference, jointly notify the Court about the

following details regarding the judicial site visit to Dade Correctional Institution:

*Date.*  Plaintiffs are available for the site visit on the following dates: July 21, 22, 23, 24

and August 5, 6 (afternoon only) and 7.[1]  Defendants are available on August 3, 4, 6, and 7.

---

[1] Plaintiffs do not recall the Court offering the week of August 3 as a possibility for the site visit, and so have provided dates in July.  Plaintiffs' counsel can also be available July 27 and 28 if necessary.  Lead counsel for Defendants is unavailable for a site visit on July 21 through 28, *see* D.E. 191 ¶ 4.

1

*Scope.* The parties agree that the scope of the visit should be as follows: The Court should visit at least one wing of each dorm, including the hallway spaces between wings and bathrooms within the open bay dorms, and both floors of the T dorms. The Court should also enter one cell in one T-building dorm. The Court should also visit the chow hall, education building, and classification and medical building. Further, the parties agree that all the ordinary third-party, site-visit governing protocols and rules will apply. These include but are not limited to prior screening and authorization of each individual entering the facility, no pictures taken, no speaking with inmates except for non-substantive greetings, no recording devices, and no firearms or other weapons on the premises. Defendants need the Court to provide Defendants the names and copies of government-issued identifications of each individual that the Court intends to bring to the site visit, at least ten (10) days prior to the visit.

Dated: July 13, 2026

Respectfully Submitted,

| | |
|---|---|
| */s/ Dante Trevisani* | */s/ Mathew Gutierrez* |
| Dante P. Trevisani | Paul C. Huck Jr. (FBN: 968358) |
| Florida Bar No. 72912 | Mathew D. Gutierrez (FBN: 94014) |
| Ray Taseff | Carlos Haag (FBN: 1018828) |
| Florida Bar No. 352500 | **LAWSON HUCK GONZALEZ, PLLC** |
| Florida Justice Institute, Inc. | 121 Alhambra Plaza, 10th Floor |
| 40 NW 3rd Street | Coral Gables, FL 33134 |
| Suite 200 | (305) 845-1000 |
| Miami, FL 33128 | paul@lawsonhuckgonzalez.com |
| 305-358-2081 | mathew@lawsonhuckgonzalez.com |
| 305-358-0910 (Fax) | carlos@lawsonhuckgonzalez.com |
| DTrevisani@FloridaJusticeInstitute.org | michelle@lawsonhuckgonzalez.com |
| RTaseff@FloridaJusticeInstitute.org | anelis@lawsonhuckgonzalez.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |