# Exhibit E

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DWAYNE WILSON, TYRONE
HARRIS, and GARY WHEELER,
individually and on behalf of those
similarly situated,

     Plaintiffs,

v.                                                                            Case No.: 1:24-cv-24253

RICKY DIXON, in his official capacity
as Secretary of the Department of Corrections,
FRANCISCO ACOSTA, in his official capacity
as Warden of Dade Correctional Institution, and
FLORIDA DEPARTMENT OF CORRECTIONS,
an agency of the State of Florida,

     Defendants.

_____/

**DECLARATION OF JESSICA CHAUDHARY, M.D. IN SUPPORT OF**
**JOINT MOTION FOR DISCOVERY HEARING**

I, Dr. Jessica Chaudhary, declare as follows:

1. I am an expert in the fields of psychiatry and psychopharmacology and have been retained

by Defendants Ricky Dixon, Francisco Acosta, and the Florida Department of Corrections in the

matter of *Wilson et al. v. Dixon et al.*, Case No. 1:24-cv-24253-KMW, currently pending in the

United States District Court for the Southern District of Florida.

2. I prepared an expert report dated October 27, 2025, and a rebuttal to the report of Dr.

Vassallo, dated December 8, 2025.

3. I was informed by Defendants' counsel that Plaintiffs wished to take my deposition, and I

was asked to find a date where I could be available for a full day prior to April 6, 2026. To my

understanding, the request for a full day of availability was at the Plaintiffs' behest.

4. I was unable to provide a date where I could be made available for deposition for a full day prior to April 6, 2026. I was, however, able to clear a portion of my schedule on March 30, 2026, to create a seven-hour window of availability between 8:30 AM and 3:30 PM. By clearing my schedule on March 30, 2026, I had to pass other economic activities I otherwise would have been able to undertake.

5. Though my deposition concluded at 12:07 PM, I remained ready, willing, and able to continue testifying until 3:30 PM, as requested by Plaintiffs.

6. My hourly rate for deposition testimony in this matter is $ 900 per hour, as reflected in the invoice I submitted for my deposition.

7. It is my understanding that Plaintiffs are refusing to pay my fee for the full amount of time they requested that I be available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July _9_, 2026

Jessica Chaudhary, M.D.

2