**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DWAYNE WILSON, TYRONE HARRIS, and GARY WHEELER, individually and on behalf of those similarly situated,

Plaintiffs,

v. Case No.: 1:24-cv-24253

RICKY DIXON, in his official capacity as Secretary of the Department of Corrections, FRANCISCO ACOSTA, in his official capacity as Warden of Dade Correctional Institution, and FLORIDA DEPARTMENT OF CORRECTIONS, an agency of the State of Florida,

Defendants.

_____________________________________/

**DEFENDANTS' UNOPPOSED EXPEDITED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR DISQUALIFICATION UNDER 28 U.S.C. §§ 455(a) & (b)(1)**

Defendants, Ricky Dixon, Francisco Acosta, and the Florida Department of Corrections (collectively, "Defendants"), respectfully move on an unopposed and expedited basis under S.D. Fla. Local Rule 7.1(d)(2) for leave to file an expedited reply in support of their Motion for Disqualification Under 28 U.S.C. §§ 455(a) and (b)(1), D.E. 255 (the "Motion"). In support thereof, Defendants state as follows:

1. On August 17, 2026, following Defendants' August 13, 2026, *ore tenus* motion to disqualify, the Court entered an order setting an expedited briefing schedule for the motion. D.E. 252 (the "Order"). The Order directed Defendants to file their written Motion by August 18, 2026,

and directed Plaintiffs to respond by August 21, 2026.[1] *Id.* The Order did not specifically address a deadline for Defendants to submit a reply brief.

2. Defendants timely filed the Motion on August 18, 2026. D.E. 255. Plaintiffs timely filed their response in opposition on August 24, 2026. D.E. 262 (the "Response").

3. Because the Court's Order set an expedited schedule that did not permit or foreclose a reply brief, Defendants, in an abundance of caution, seek leave rather than file a reply under the ordinary timetable of Local Rule 7.1(c)(1), so that the Court may resolve it without any delay to the pending matters.

4. Good cause supports the request. An expedited reply brief would allow Defendants to address several positions raised by Plaintiffs in their Response and ensure that the record on disqualification is complete before the Court rules.

5. The requested leave is unopposed and will not prejudice Plaintiffs nor affect the remainder of the Court's schedule.

6. Accordingly, Defendants request leave to file an expedited reply in support of their Motion by Wednesday, August 27, 2026.

7. Defendants respectfully request expedited consideration of this motion under Local Rule 7.1(d)(2), based on the expedited briefing schedule set in the Court's prior Order. D.E. 252.

WHEREFORE, Defendants respectfully request the Court enter an order granting Defendants' request for leave to file a reply brief in support of their Motion by August 26, 2026.

**<u>GOOD CAUSE FOR EXPEDITED CONSIDERATION</u>**

Pursuant to Local Rule 7.1(d)(2), Defendants respectfully request expedited consideration of this motion. As explained herein, the Court's Order did not set a deadline for nor prohibit

[1] Plaintiffs' response deadline was later extended to August 24, 2026. D.E. 258.

Defendants from filing a reply in support of their Motion. Under Local Rule 7.1(c)(1), Defendants would have seven (7) days to file their reply, but to facilitate an expedited resolution of the Motion, Defendants are seeking confirmation of their right to file a reply, which they will file by August 26, 2026.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that on August 24, 2026, counsel for Defendants conferred in good faith with counsel for Plaintiffs regarding the relief sought in this motion, and Plaintiffs do not oppose the relief sought herein.

Dated: August 25, 2026.

Respectfully submitted,

*/s/ Mathew D. Gutierrez*
Paul C. Huck Jr. (FBN: 968358)
Mathew D. Gutierrez (FBN: 94014)
Carlos Haag (FBN: 1018828)
Matthew K. Casbarro (FBN: 1026386)
**LAWSON HUCK GONZALEZ, PLLC**
121 Alhambra Plaza,
PH1 Floor, Suite 1604
Coral Gables, FL 33134
850-825-4334
paul@lawsonhuckgonzalez.com
mathew@lawsonhuckgonzalez.com
carlos@lawsonhuckgonzalez.com
matthew@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com
anelis@lawsonhuckgonzalez.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Mathew D. Gutierrez*
Attorney