**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:24-cv-24253**

DWAYNE WILSON, TYRONE HARRIS,
and GARY WHEELER, individually
and on behalf of those similarly situated,2292

Plaintiffs,

vs.

RICKY DIXON, in his official capacity
as Secretary of the Department of Corrections,
FRANCISCO ACOSTA, in his official capacity
as Warden of Dade Correctional Institution, and
FLORIDA DEPARTMENT OF CORRECTIONS,
an agency of the State of Florida,

Defendants.

---

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY (LOCAL RULE 7.8)**

Plaintiffs attach the Post Trial Order in *Texas Citizens United for Rehabilitation of Errants v. Lumpkin*, No. 23-CV-01004-RP (W.D. Tex. Sept. 22, 2026). In this Eighth Amendment challenge to heat in Texas prisons, the Court found that officials were deliberately indifferent to a substantial risk of serious harm and ordered them to install air conditioning system-wide, *id*. at 149–50, despite Texas's system for identifying heat-sensitive people, *id*. at 70, heat mitigation measures, *id*. at 78–79, and existing efforts to install air conditioning. *Id*. at 88–98.

The Court credited the testimony of Dr. Susi Vassallo, including her opinion "that a heat index of 88 degrees . . . poses a serious risk of adverse health outcomes to any individual," and her opinions on causes of death. *Id*. at 28–29, 37–58.

This Order supports Plaintiffs' arguments in, among others, their Response to Defendants' Motion for Summary Judgment (DE 184 at 5–22), their Response to Defendants' Motion to Decertify (DE 181 at 5–20), their Response to Defendants' Motion to Strike Dr. Susi Vassallo (DE 173 at 4–20), and their Response to Defendants' Motion to Strike Dr. Benjamin Kirtman (DE 170 at 10–18).

Respectfully submitted,

*s/Dante P. Trevisani*
Dante P. Trevisani, Esq.
Florida Bar No. 72912
dtrevisani@fji.law
Ray Taseff
Florida Bar No. 352500
rtaseff@fji.law
Erica Downs, Esq.
Florida Bar No. 0120581
edowns@fji.law
FLORIDA JUSTICE INSTITUTE, INC.
40 NW 3rd Street Suite 200
Miami, Florida 33128
Phone: (305) 358-2081
Fax: (305) 358-0910

Andrew Udelsman, Esq.
Florida Bar No. 1051696
andy@udelsman.law
UDELSMAN LAW PLLC
PO Box 557652
Miami, Florida 33255
Phone: (786) 390-2698

Adrian K. Felix, Esq.
Florida Bar No. 30846
afelix@bilzin.com
eservice@bilzin.com
Kenneth J. Duvall, Esq.
Florida Bar No. 121826

kduvall@bilzin.com
Brandon Storm, Esq. (*pro hac vice*)
bstorm@bilzin.com
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 350-7234
Direct Fax: (305) 351-2195

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve it electronically on all counsel of record or pro se parties who are authorized to receive Notices of Electronic Filing.

BY: /s/ *Dante P. Trevisani*
Dante P. Trevisani