**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:24-cv-24253**

DWAYNE WILSON, TYRONE HARRIS,
and GARY WHEELER, individually
and on behalf of those similarly situated,

Plaintiffs,

vs.

RICKY DIXON, in his official capacity
as Secretary of the Department of Corrections,
FRANCISCO ACOSTA, in his official capacity
as Warden of Dade Correctional Institution, and
FLORIDA DEPARTMENT OF CORRECTIONS,
an agency of the State of Florida,

Defendants.

---

**PLAINTIFFS' NOTICE OF TRIAL AVAILABILITY**

Plaintiffs, in accordance with the instructions provided by the Court at the October 27, 2026, hearing, provide the following information about their trial availability:

Unfortunately, Plaintiffs' experts' availability is extremely limited during the week of November 9th. Dr. Susi Vassallo will be conducting a jail visit and inspection of the Riverside County, California jails as part of another expert engagement; the traveling for that inspection and the inspection itself will render Dr. Vassallo unavailable (and unable to prepare) November 9-13. Dr. Stefano Schiavon has young children and his wife will be travelling during that week; therefore, Dr. Schiavon must be home to care for his children and cannot travel during that week. However, he can be available to testify via Zoom. Dr. Benjamin Kirtman and Dr. Kevin Horn are each available only one day during that week, and Dr. Horn would only be available via Zoom.

Thus, given that the Court instructed Plaintiffs to advise the Court on availability for the end of the week of November 2nd if necessary, Plaintiffs propose the following with respect to the trial schedule:

Plaintiffs would call their first witness on Friday, November 6, who would be Dr. Vassallo. (Plaintiffs anticipate that her testimony will take all or most of the day, and would therefore suggest deferring opening statements to Monday, November 9, or holding opening statements and other preliminary matters on Thursday, November 5). Plaintiffs would then call witnesses on November 9, 10, 12, and 13.

As indicated above, Plaintiffs would respectfully request that Dr. Stefano Schiavon and Dr. Kevin Horn be permitted to testify via Zoom.

If the Court were not inclined to permit Plaintiffs to call Dr. Vassallo on November 6, then Plaintiffs would respectfully request that the trial begin on November 16, so that Plaintiffs can call her, a critical witness, at the beginning of their case-in-chief. Plaintiffs would object to the trial starting on November 9, as it would force Plaintiffs to call her last in their case, with a weekend break in between, which Plaintiffs believe would be prejudicial to their case.

Respectfully submitted,

By: *s/Dante P. Trevisani*
Dante P. Trevisani

Florida Bar No. 72912
dtrevisani@fji.law
Ray Taseff
Florida Bar No. 352500
rtaseff@fji.law
Erica Downs
Florida Bar No. 0120581

edowns@fji.law
FLORIDA JUSTICE INSTITUTE
40 NW 3rd Street Suite 200
Miami, Florida 33128
Phone 305.358.2081
Fax 305.358.0910

Andrew Udelsman
Florida Bar No. 1051696
andy@udelsman.law
UDELSMAN LAW PLLC
PO Box 557652
Miami, FL 33255
(786) 390 -2698

Adrian K. Felix, Esq.
Florida Bar No. 30846
afelix@bilzin.com
eservice@bilzin.com
Kenneth J. Duvall, Esq.
Florida Bar No. 121826
kduvall@bilzin.com
Brandon Storm, Esq. (*pro hac vice*)
bstorm@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 350-7234
Direct Fax: (305) 351-2195

**Attorneys for Plaintiffs and the Plaintiff Class**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve it electronically on all counsel of record or pro se parties who are authorized to receive Notices of Electronic Filing.

BY: */s/ Dante P. Trevisani*
Dante P. Trevisani